AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Case No. 22-CR-240 |
| Sung Kook (Bill) Hwang and Patrick Halligan | ) |
| Defendant | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Patrick Halligan

Date:   04/27/2022

s/ Mary E. Mulligan
*Attorney's signature*

Mary E. Mulligan
*Printed name and bar number*

Friedman Kaplan Seiler & Adelman LLP
7 Times Square
New York, NY 10036
*Address*

mmulligan@fklaw.com
*E-mail address*

(212) 833-1100
*Telephone number*

(212) 833-1250
*FAX number*