AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| United States of America )<br>*Plaintiff* )<br>v.     )<br>Sung Kook (Bill) Hwang and Patrick Halligan )<br>*Defendant* ) | Case No.   22-CR-240 |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Patrick Halligan

Date:     04/27/2022

s/ Timothy M. Haggerty
*Attorney's signature*

Timothy M. Haggerty
*Printed name and bar number*

Friedman Kaplan Seiler & Adelman LLP
7 Times Square
New York, NY 10036

*Address*

thaggerty@fklaw.com
*E-mail address*

(212) 833-1100
*Telephone number*

(212) 833-1250
*FAX number*