# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA
V.

Sung Kook (Bill Hwang)
Defendant

## AGREEMENT TO FORFEIT PROPERTY

CASE NUMBER: CRIMINAL NO. **22cr240**

I/we, the undersigned, acknowledge pursuant to 18 U.S.C. §3142(c) (1) (B) (xi) in consideration of the release of the defendant that I/we and my/our personal representatives jointly and severally agree to forfeit to the United States of America the following property:

1265 15th Street, Apt. 9D
Fort Lee, NJ 07024

and there has been posted with the court the following indicia of my/our ownership of the property:

COPY OF DEED

I/we further declare under penalty of perjury that I am/we are the sole owner(s) of the property described above and that the property described above is not subject to any lien, encumbrance, or claim of right or ownership except my/our own, that imposed by this agreement, and those listed below:

and that I/we will not alienate, further encumber, or otherwise willfully impair the value of my/our interest in the property.

The conditions of this agreement are that the defendant **Sung Kook (Bill) Hwang** (Name) is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing agreement (including any proceedings on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this agreement, then this agreement is to be void, but if the defendant fails to obey or perform any of these conditions, the property described in this agreement shall immediately be forfeited to the United States. Forfeiture under this agreement for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the property is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each debtor jointly and severally for forfeiture of the property together with interest and costs, and execution may be issued and the property secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States of America.

This agreement is signed on **5-5-2022** (Date) at **26 Trafalgar Road, Tenafly NJ 07670** (Place)

Defendant _____(signed)_____ Sung Kook (Bill) Hwang   Address **26 Trafalgar Rd. Tenafly, NJ 07670**

Owner(s)/ _____(signed)_____ Sung Kook (Bill) Hwang   Address **26 Trafalgar Rd. Tenafly, NJ 07670**

Signed and acknowledged before me on **5/5/2022** (Date)

_____(signed)_____
Third-Party Witness

Approved: _____   _____
Judge Andrew L. Carter Jr.                Courtroom Deputy Clerk

Scanned with CamScanner

# Deed

This Deed is made on November 24, 2014
BETWEEN
Jungshin Kim, unmarried,

whose post office address is
**1265 15th Street, Unit #9D**
**Fort Lee, New Jersey 07024**

referred to as the Grantor,
AND Sung Kook Hwang,

whose post office address is
**about to be 1265 15th Street, Unit #9D**
**Fort Lee, New Jersey 07024**

referred to as the Grantee.
The words "Grantor" and "Grantee" shall mean all Grantors and all Grantees listed above.

1. **Transfer of Ownership.** The Grantor grants and conveys (transfers ownership of) the property (called the "Property") described below to the Grantee. This transfer is made for the sum of $ 345,000.00

The Grantor acknowledges receipt of this money.

2. **Tax Map Reference.** (N.J.S.A. 46:15-1.1) Municipality of **Borough of Fort Lee**
Block No. **1651** Lot No. **2** Qualifier No. **C009D** Account No.
☐ No lot and block or account number is available on the date of this Deed. (Check box if applicable.)

3. **Property.** The Property consists of the land and all the buildings and structures on the land in the **Borough** of **Fort Lee**
County of **Bergen** and State of New Jersey. The legal description is:

☒ Please see attached Legal Description annexed hereto and made a part hereof. (Check Box if Applicable.)
Being the same premises conveyed to Jungshin Kim, as set forth in Deed from Yelena Premysler, unmarried, which Deed was dated January 27, 2006 recorded February 14, 2006 in the Bergen County Clerk's Office in Deed Book 9015 Page 043.

Prepared by: (print signer's name below signature)

David G. Polazzi, Esq.

(For Recorder's Use Only)

103 - Deed - Bargain and Sale Cov. to Grantor's Act -
Ind. to Ind. or Corp. Plain Language
Rev. 7/01 PG/05

Powered by HotDocs®

©2005 by ALL-STATE LEGAL®
A Division of ALL-STATE International, Inc.
www.aslegal.com 800.222.0510 Page 1

The street address of the Property is:
1265 15th Street, Unit #9D
Fort Lee, New Jersey 07024

**4. Promises by Grantor.** The Grantor promises that the Grantor has done no act to encumber the Property. This promise is called a "covenant as to grantor's acts" (N.J.S.A. 46:4-6). This promise means that the Grantor has not allowed anyone else to obtain any legal rights which affect the Property (such as by making a mortgage or allowing a judgment to be entered against the Grantor).

**5. Signatures.** The Grantor signs this Deed as of the date at the top of the first page. (Print name below each signature.)

Witness by:

_____  _____ Her Attorney in Fact (Seal)
                                  Jungshin Kim by David G. Polazzi, her attorney in fact

                                  _____ (Seal)

STATE OF NEW JERSEY, COUNTY OF Bergen                SS:
I CERTIFY that on November 24, 2014

Jungshin Kim by David G. Polazzi, her attorney in fact

personally came before me and stated to my satisfaction that this person (or if more than one, each person):
(a) was the maker of this Deed; and,
(b) executed this Deed as his or her own act; and
(c) made this Deed for $ 345,000.00   as the full and actual consideration paid or to be paid for the transfer of title. (Such consideration is defined in N.J.S.A. 46:15-5.)

RECORD AND RETURN TO:
Christopher S. Martone, Esq.
Martone & Associates, LLC
2500 Lemoine Avenue
Fort Lee, New Jersey 07024

_____
Notary Public

*Print name and title below signature*

BOYONG SHIM
Notary Public, State of New Jersey
No. 2352923
Qualified in Bergen County
Commission Expires November 29, 2016

133 - Deed - Bargain and Sale Cov. to Grantor's Act -
Ind. to Ind. or Corp. Plain Language
Rev. 7/01 P6/05

Powered by HotDocs®

©2005 by ALL-STATE LEGAL®
A Division of ALL-STATE International, Inc.
www.aslegal.com  800.222.0510   Page 2