

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

May 5, 2022

**BY ECF**

The Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Sung Kook (Bill) Hwang, et al.*, 22 Cr. 240 (ALC)

Dear Judge Carter:

    The Government respectfully requests, with consent of the defendants, that the attached proposed protective order be entered in the above-captioned matter.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney for the
    Southern District of New York

By:   <u>s/ Matthew Podolsky</u>
    Matthew Podolsky
    Alex Rossmiller
    Andrew Thomas
    Assistant United States Attorneys
    (212) 637-1947/2415/2527

Attachment

cc:    Counsel of Record (by ECF)