```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5-18-22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                         Plaintiff,

    -against-

SUNG KOOK HWANG et al.,

                         Defendant.

-------------------------------------------------------------------- x

22-CR-240 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The Status Conference scheduled for May 19, 2022 is adjourned to **3:00 p.m.**

**SO ORDERED.**

Dated:    New York, New York
            May 18, 2022

                                                    */s/ Andrew L. Carter, Jr.*
                                                    **ANDREW L. CARTER, JR.**
                                                      **United States District Judge**