

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 24, 2022

**VIA ECF**

The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street

New York, New York 10007

   **Re:** *United States v. Sung Kook (Bill) Hwang*, *et al.*, 22 Cr. 240 (AKH)

Dear Judge Hellerstein:

  The above-captioned case originally was assigned, via Wheel C, to the Honorable Andrew L. Carter, United States District Judge, on April 25, 2022. On May 19, 2022, the parties appeared for an initial status conference.

  At the initial conference, Judge Carter indicated that he would need to recuse himself due to a conflict of interest relating to certain financial institution victims in the case. Judge Carter also excluded time under the Speedy Trial Act, in the interest of justice, through May 24, 2022. (*See* Minute Entry, May 19, 2022.) On May 23, 2022, the case was reassigned to this Court.

  Accordingly, the parties jointly respectfully request that the Court schedule a status conference for Wednesday, June 1, 2022, at 10:00 a.m., which we understand is available in the Court's schedule. At that conference, the Government expects to respectfully request that the Court set a date for trial that the Government anticipates will last approximately one to two months.

  The Government also respectfully requests that the Court exclude time under the Speedy Trial Act through June 1, 2022. The Government has conferred with counsel to both defendants, Bill Hwang and Patrick Halligan, respectively, and counsel for each defendant consents to the Government's request for the exclusion of time.

          Respectfully submitted,

          DAMIAN WILLIAMS
          United States Attorney

       By: _____
          Alex Rossmiller / Andrew Thomas / Matthew Podolsky
          Assistant United States Attorneys
          Tel.: (212) 637-2415

Cc: *Counsel to all defendants* (via ECF)