UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                       :

UNITED STATES OF AMERICA,          :
            :

            :
      vs.          :     Index No. 22-cr-240-AKH
            :

SUNG KOOK (BILL) HWANG, PATRICK  :
HALLIGAN,          :     **NOTICE OF APPEARANCE**
            :
         Defendants.    :
            :
            :
            :
------------------------------------------------------------------x

      PLEASE TAKE NOTICE that Bonnie M. Baker of Friedman Kaplan Seiler &

Adelman LLP, an attorney admitted to practice in this Court, hereby appears as counsel for

Defendant Patrick Halligan in the above-captioned action.  All notices given or required to be

given in the proceeding and all papers filed in the proceeding should be given to and served upon

the undersigned.

Dated:  New York, New York
       June 15, 2022

                    FRIEDMAN KAPLAN SEILER &
                     ADELMAN LLP

                    /s/ Bonnie M. Baker
                    Bonnie M. Baker (bbaker@fklaw.com)
                    7 Times Square
                    New York, New York  10036-6516
                    (212) 833-1144

                    *Attorneys for Defendant Patrick Halligan*