AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 22-cr-240-AKH |
| SUNG KOOK (BILL) HWANG, PATRICK HALLIGAN | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Patrick Halligan                                .

Date:   11/08/2022                                s/ Rupita Chakraborty
*Attorney's signature*

Rupita Chakraborty
*Printed name and bar number*
Friedman Kaplan Seiler & Adelman LLP
7 Times Square, 28th Floor
New York, NY 10036-6516

*Address*

rchakraborty@fklaw.com
*E-mail address*

(212) 833-1100
*Telephone number*

*FAX number*