

|  |  |
|---|---|
|  | **MARY E. MULLIGAN**<br>mmulligan@fklaw.com<br>212.833.1123 |

November 15, 2022

**VIA ECF**

SO ORDERED.

Hon. Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan
   United States Courthouse
500 Pearl St.
New York, NY 10007-1312

/s/ Alvin K. Hellerstein
November 15, 2022

        Re:    *United States v. Hwang et ano.*, No. 22-cr-240-AKH

Dear Judge Hellerstein:

      We are counsel to defendant Patrick Halligan. We write to respectfully request that Mr. Halligan be permitted to travel to Philadelphia, Pennsylvania during the period from December 9 – December 11, 2022. The purpose of the trip is for Mr. Halligan to spend time with his family, including attending the annual Army-Navy football game on December 10. Mr. Halligan would travel from his home on either December 9 or December 10, and he would return home on December 11. We have notified Pretrial Services where Mr. Halligan would be staying in Philadelphia if he is permitted to travel.

      Mr. Halligan's conditions of release permit him to travel in the Southern District of New York and the Eastern District of New York.[1] This request seeks permission for him to travel in the Eastern District of Pennsylvania and the District of New Jersey from December 9 – December 11, 2022.

      Officer Andrew Berglind and Assistant U.S. Attorney Alex Rossmiller have advised that Pretrial Services and the U.S. Attorney's Office, respectively, do not object to this request.

      We respectfully request that the Court endorse this letter to permit Mr. Halligan to travel as proposed.

Respectfully submitted,

Mary E. Mulligan

---

[1] Mr. Halligan's Appearance Bond, including the Order Setting Conditions of Release, is attached as Exhibit A.