UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
:
UNITED STATES OF AMERICA, :
:
:
vs. : Index No. 22-cr-240-AKH
:
SUNG KOOK (BILL) HWANG, PATRICK :
HALLIGAN, : **NOTICE OF APPEARANCE**
:
Defendants. :
:
:
:
-----------------------------------------------------------------x

       PLEASE TAKE NOTICE that Anil K. Vassanji of Friedman Kaplan Seiler & Adelman LLP, an attorney admitted to practice in this Court, hereby appears as counsel for Defendant Patrick Halligan in the above-captioned action.  All notices given or required to be given in the proceeding and all papers filed in the proceeding should be given to and served upon the undersigned.

Dated:   New York, New York
           December 2, 2022

                                        FRIEDMAN KAPLAN SEILER &
                                         ADELMAN LLP

                                         /s/ Anil K. Vassanji
                                         Anil K. Vassanji (avassanji@fklaw.com)
                                         7 Times Square
                                         New York, New York  10036-6516
                                         (212) 833-1100

                                         *Attorneys for Defendant Patrick Halligan*

3669976.1