UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SUNG KOOK (BILL) HWANG and PATRICK HALLIGAN,<br><br>Defendants. | Criminal No. 22-240 (AKH)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' OMNIBUS PRETRIAL MOTIONS** |

**THIS MATTER** having come before the Court upon the pretrial motions of defendants Sung Kook (Bill) Hwang, by Gibbons P.C. (Lawrence S. Lustberg, Esq. and Thomas R. Valen, Esq., appearing), and Patrick Halligan, by Friedman Kaplan Seiler & Adelman LLP (Mary E. Mulligan, Esq. and Timothy M. Haggerty, Esq., appearing), and the Court having considered the submissions of the parties and the arguments of counsel, and for good cause shown:

**IT IS** on this _____ day of _____ 2023,

**ORDERED** that Defendants' Pretrial Motions shall be and are hereby **GRANTED**; and it is further

**ORDERED** that the Indictment against Defendants Sung Kook (Bill) Hwang and Patrick Halligan is hereby **DISMISSED**; or, in the alternative, is it hereby

**ORDERED** that Paragraph 8 is **STRICKEN FROM THE INDICTMENT**; and it is further

**ORDERED** that evidence seized pursuant to search warrants issued to Mr. Hwang's electronic accounts is **SUPPRESSED AND EXCLUDED FROM EVIDENCE**; and it is further

**ORDERED** that a bill of particulars shall be and is hereby **GRANTED**; and it is further

1

**ORDERED** that the Government forthwith comply with its obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), including reviewing and producing exculpatory evidence in the possession of the SEC and CFTC.

_____
Honorable Alvin K. Hellerstein
United States District Judge