UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SUNG KOOK (BILL) HWANG and PATRICK HALLIGAN,<br><br>Defendants. | Criminal Action No. 22-240 (AKH)<br><br>*Document Electronically Filed*<br><br>**NOTICE OF DEFENDANT SUNG KOOK (BILL) HWANG'S MOTION TO DISMISS THE INDICTMENT FOR PROSECUTORIAL MISCONDUCT** |

**PLEASE TAKE NOTICE** that Defendants Sung Kook (Bill) hereby moves before the Honorable Alvin K. Hellerstein, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, at such time as the Court determines, for the entry of an order dismissing the indictment for prosecutorial misconduct, or in the alternative, setting a hearing to determine factual issues relevant to this Motion, including the nature and timing of the Government's decision to seek an Indictment against Mr. Hwang and the extent of the Government's use of the information it has obtained from Mr. Hwang.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Defendants shall rely upon the accompanying Brief in Support of Defendant's Motion to Dismiss the Indictment for Prosecutorial Misconduct and Declaration of Lawrence S. Lustberg, with exhibits appended thereto.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

**PLEASE TAKE FURTHER NOTICE** that a proposed Order is submitted herewith.

| | |
|---|---|
| Dated:  December 2, 2022 | Respectfully submitted, |
| | s/ Lawrence S. Lustberg |
| | Lawrence S. Lustberg<br>Thomas R. Valen<br>Jeffrey L. Nagel<br>Kevin R. Reich<br>**GIBBONS P.C.**<br>One Gateway Center<br>Newark, New Jersey 07102<br>(973) 596-4500<br>llustberg@gibbonslaw.com |
| | *Attorneys for Defendant Sung Kook (Bill) Hwang* |