UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SUNG KOOK (BILL) HWANG and PATRICK HALLIGAN,<br><br>Defendants. | Criminal No. 22-240 (AKH)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT SUNG KOOK (BILL) HWANG'S MOTION TO DISMISS THE INDICTMENT FOR PROSECUTORIAL MISCONDUCT** |

**THIS MATTER** having come before the Court upon the motion of Defendant Sung Kook (Bill) Hwang, by Gibbons P.C. (Lawrence S. Lustberg, Esq. and Thomas R. Valen, Esq., appearing), for an Order Dismissing the Indictment for Prosecutorial Misconduct; and the Court having considered the parties' submissions and the arguments of counsel, and for good cause shown:

**IT IS** on this _____ day of _____ 2023,

**ORDERED** that Defendant Sung Kook (Bill) Hwang's Motion to Dismiss for Prosecutorial Misconduct is hereby **GRANTED**; and it is further

**ORDERED** that the Indictment against Defendant Sung Kook (Bill) Hwang is hereby **DISMISSED**; or, in the alternative, is it hereby

**ORDERED** that a hearing to determine factual issues relevant to this Motion, including the nature and timing of the Government's decision to seek an Indictment against Mr. Hwang and the extent of the Government's use of the information it has obtained from Mr. Hwang is hereby set for _____, 2023, at _____.

1

                                                                                            _____
                                                                                            Honorable Alvin K. Hellerstein
                                                                                           United States District Judge