# EXHIBIT J

| | |
|---|---|
| **From:** | de Urioste, Alejandra <ADeUrioste@CFTC.gov> |
| **Sent:** | Tuesday, March 8, 2022 6:25 PM |
| **To:** | Valen, Thomas R.; Lustberg, Lawrence S |
| **Cc:** | Ringer, Steven I.; Murphy, Jack; Mermelstein, Jacob; Rankin, Benjamin |
| **Subject:** | CFTC inquiry |
| **Attachments:** | Hwang Proffer Letter.pdf; Statement to Persons.pdf |

Tom and Larry,

It was nice speaking with you earlier. As discussed, attached is a draft proffer agreement and a copy of our Statement to Persons Providing Information About Themselves to the CFTC.

Regards,
Alejandra