# EXHIBIT K

| | |
|---|---|
| **From:** | Dean, Andrew <DeanAn@SEC.GOV> |
| **Sent:** | Wednesday, March 9, 2022 11:04 AM |
| **To:** | Lustberg, Lawrence S |
| **Cc:** | Brodsky, Joshua; Zetlin-Jones, David; Valen, Thomas R.; Nawaz, Osman; Fitzpatrick, Brian |
| **Subject:** | RE: NY 10425 |
| **Attachments:** | NY-10425 SEC Proffer Agmt. 3.14.2022 Hwang.pdf; Form 1662.pdf |

Hi Larry, Tom – Nice connecting with you today. Attached please find a proffer agreement (we can all execute on Monday) and Form 1662.

Best,

Andrew

**From:** Lustberg, Lawrence S <LLustberg@gibbonslaw.com>
**Sent:** Tuesday, March 8, 2022 1:26 PM
**To:** Dean, Andrew <DeanAn@SEC.GOV>
**Cc:** Brodsky, Joshua <BrodskyJ@SEC.GOV>; Zetlin-Jones, David <zetlinjonesj@SEC.GOV>; Valen, Thomas R. <TValen@gibbonslaw.com>
**Subject:** RE: NY 10425

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Would 10 am tomorrow work? We can do that – and if you want, I can circulate a call-in or zoom, if it would make your lives easier.

Thanks.

Larry

**LAWRENCE S. LUSTBERG** | Director
Commercial & Criminal Litigation Group
**t:** 973-596-4731 | **c:** 201-407-4765 | **f:** 973-639-6285
llustberg@gibbonslaw.com | bio

**Gibbons P.C.** | One Gateway Center | Newark, NJ 07102-5310
**m:** 973-596-4500 | **f:** 973-596-0545 | office | map

gibbonslaw.com | gibbonslawalert.com

**From:** Dean, Andrew <DeanAn@SEC.GOV>
**Sent:** Tuesday, March 8, 2022 1:19 PM
**To:** Lustberg, Lawrence S <LLustberg@gibbonslaw.com>

**Cc:** Brodsky, Joshua <BrodskyJ@SEC.GOV>; Zetlin-Jones, David <zetlinjonesj@SEC.GOV>
**Subject:** RE: NY 10425

Sounds good Larry, we will wait to hear from you. Thanks.

Andrew

---

**From:** Lustberg, Lawrence S <LLustberg@gibbonslaw.com>
**Sent:** Tuesday, March 8, 2022 1:13 PM
**To:** Dean, Andrew <DeanAn@SEC.GOV>
**Cc:** Brodsky, Joshua <BrodskyJ@SEC.GOV>; Zetlin-Jones, David <zetlinjonesj@SEC.GOV>
**Subject:** RE: NY 10425

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hey Andrew – I am not surprised to be hearing from you, and look forward to seeing you on Monday, perhaps? Anyway, let me get with my partner, Tom Valen, and let you know a good time to talk later today or tomorrow. Will be in touch – thanks for reaching out.

Larry

**LAWRENCE S. LUSTBERG** | Director
Commercial & Criminal Litigation Group
**t:** 973-596-4731 | **c:** 201-407-4765 | **f:** 973-639-6285
llustberg@gibbonslaw.com | bio

**Gibbons P.C.** | One Gateway Center | Newark, NJ 07102-5310
**m:** 973-596-4500 | **f:** 973-596-0545 | office | map

gibbonslaw.com | gibbonslawalert.com

---

**From:** Dean, Andrew <DeanAn@SEC.GOV>
**Sent:** Tuesday, March 8, 2022 1:09 PM
**To:** Lustberg, Lawrence S <LLustberg@gibbonslaw.com>
**Cc:** Brodsky, Joshua <BrodskyJ@SEC.GOV>; Zetlin-Jones, David <zetlinjonesj@SEC.GOV>
**Subject:** NY 10425

Hi Lawrence – By way of introduction, I am an attorney in the SEC's Enforcement Division in NY. Do you have a few minutes today or tomorrow to touch base on an ongoing SEC investigation?

Best,

Andrew


Andrew Dean
Assistant Regional Director
Division of Enforcement - Asset Management Unit
U.S. Securities & Exchange Commission

200 Vesey Street, Suite 400, New York, NY 10281
(212) 336-1314
deanan@sec.gov

This email message is for the exclusive use of the intended recipient(s) and may contain confidential and/or privileged information. If you are not the intended recipient, please do not read, distribute, or take action in reliance upon this message. If you have received this email in error, please notify the sender immediately by return email and promptly delete this message and any attachments from your computer system. Please be advised that no privileges are intended to be waived by the transmission of this message.

**Disclaimer**
The contents of this message, together with any attachments, may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, printing, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please do not read this message or any attachments and please notify me immediately by reply e-mail or call Gibbons P.C. at 973-596-4500 and delete this message, along with any attachments, from your computer.