# EXHIBIT N

| | |
|---|---|
| **From:** | Podolsky, Matthew (USANYS) <Matthew.Podolsky@usdoj.gov> |
| **Sent:** | Friday, April 1, 2022 12:44 PM |
| **To:** | Lustberg, Lawrence S; Thomas, Andrew (USANYS); Valen, Thomas R. |
| **Cc:** | Rossmiller, Alexander (USANYS); Nagel, Jeffrey L. |
| **Subject:** | RE: Archegos - Hwang Trading Interview |

Thanks, Larry.

**From:** Lustberg, Lawrence S <LLustberg@gibbonslaw.com>
**Sent:** Friday, April 1, 2022 12:38 PM
**To:** Podolsky, Matthew (USANYS) <MPodolsky@usa.doj.gov>; Thomas, Andrew (USANYS) <AThomas@usa.doj.gov>; Valen, Thomas R. <TValen@gibbonslaw.com>
**Cc:** Rossmiller, Alexander (USANYS) <ARossmiller@usa.doj.gov>; Nagel, Jeffrey L. <JNagel@gibbonslaw.com>
**Subject:** [EXTERNAL] RE: Archegos - Hwang Trading Interview

We are all over the place today, so let's use my call-in:

866-793-9719
Code is 2655114#

**LAWRENCE S. LUSTBERG** | Director
Commercial & Criminal Litigation Group
**t:** 973-596-4731 | **c:** 201-407-4765 | **f:** 973-639-6285
llustberg@gibbonslaw.com | bio

**Gibbons P.C.** | One Gateway Center | Newark, NJ 07102-5310
**m:** 973-596-4500 | **f:** 973-596-0545 | office | map



gibbonslaw.com | gibbonslawalert.com 

**From:** Podolsky, Matthew (USANYS) <Matthew.Podolsky@usdoj.gov>
**Sent:** Friday, April 1, 2022 11:51 AM
**To:** Lustberg, Lawrence S <LLustberg@gibbonslaw.com>; Thomas, Andrew (USANYS) <Andrew.Thomas2@usdoj.gov>; Valen, Thomas R. <TValen@gibbonslaw.com>
**Cc:** Rossmiller, Alexander (USANYS) <Alexander.Rossmiller@usdoj.gov>
**Subject:** RE: Archegos - Hwang Trading Interview

5 pm works for us. Is there a convenient number for us to call?

Matt

**From:** Lustberg, Lawrence S <LLustberg@gibbonslaw.com>
**Sent:** Friday, April 1, 2022 11:39 AM
**To:** Thomas, Andrew (USANYS) <AThomas@usa.doj.gov>; Valen, Thomas R. <TValen@gibbonslaw.com>
**Cc:** Podolsky, Matthew (USANYS) <MPodolsky@usa.doj.gov>; Rossmiller, Alexander (USANYS)

<ARossmiller@usa.doj.gov>
**Subject:** [EXTERNAL] RE: Archegos - Hwang Trading Interview

I have something at 4:00. Any chance of a little earlier (like 3:00 or 3:30) or a little later? Like 5:00. Sorry to be difficult – if 4:00 is the only possible time, I will move my other meeting around, but if you have a little flexibility, that would be great. Thanks.

Larry

**LAWRENCE S. LUSTBERG** | Director
Commercial & Criminal Litigation Group
**t:** 973-596-4731 | **c:** 201-407-4765 | **f:** 973-639-6285
llustberg@gibbonslaw.com | bio

**Gibbons P.C.** | One Gateway Center | Newark, NJ 07102-5310
**m:** 973-596-4500 | **f:** 973-596-0545 | office | map

gibbonslaw.com | gibbonslawalert.com

---

**From:** Thomas, Andrew (USANYS) <Andrew.Thomas2@usdoj.gov>
**Sent:** Friday, April 1, 2022 11:33 AM
**To:** Valen, Thomas R. <TValen@gibbonslaw.com>; Lustberg, Lawrence S <LLustberg@gibbonslaw.com>
**Cc:** Podolsky, Matthew (USANYS) <Matthew.Podolsky@usdoj.gov>; Rossmiller, Alexander (USANYS) <Alexander.Rossmiller@usdoj.gov>
**Subject:** RE: Archegos - Hwang Trading Interview

Larry, Tom—

Do you guys have a few minutes to speak toward the end of the day? Maybe around 4pm?

Andrew

---

**From:** Valen, Thomas R. <TValen@gibbonslaw.com>
**Sent:** Tuesday, March 29, 2022 1:19 PM
**To:** Thomas, Andrew (USANYS) <AThomas@usa.doj.gov>
**Cc:** Podolsky, Matthew (USANYS) <MPodolsky@usa.doj.gov>; Rossmiller, Alexander (USANYS) <ARossmiller@usa.doj.gov>; Nagel, Jeffrey L. <JNagel@gibbonslaw.com>; Reich, Kevin R. <KReich@gibbonslaw.com>; Marino, Andrew J. <AMarino@gibbonslaw.com>; LaBruno, Christina M. <CLaBruno@gibbonslaw.com>; Lustberg, Lawrence S <LLustberg@gibbonslaw.com>
**Subject:** [EXTERNAL] RE: Archegos - Hwang Trading Interview

Andrew,

While Larry, Jeff, and I (and Bill) will be there in person tomorrow, some of the members of our team would like to join the interview via WebEx again, if that is possible. Could you please circulate a link to the group on this email? Thanks. See you tomorrow.

-Tom

**THOMAS R. VALEN** | Director
Vice Chair, Commercial & Criminal Litigation Group
**t:** 973-596-4885 | **c:** 201-407-4736 | **f:** 973-639-6240
tvalen@gibbonslaw.com | bio

**Gibbons P.C.** | One Gateway Center | Newark, NJ 07102-5310
**m:** 973-596-4500 | **f:** 973-596-0545 | office | map

gibbonslaw.com | gibbonslawalert.com

---

**From:** Thomas, Andrew (USANYS) <Andrew.Thomas2@usdoj.gov>
**Sent:** Saturday, March 26, 2022 8:05 PM
**To:** Lustberg, Lawrence S <LLustberg@gibbonslaw.com>; Valen, Thomas R. <TValen@gibbonslaw.com>
**Cc:** Podolsky, Matthew (USANYS) <Matthew.Podolsky@usdoj.gov>; Rossmiller, Alexander (USANYS) <Alexander.Rossmiller@usdoj.gov>; Nagel, Jeffrey L. <JNagel@gibbonslaw.com>; Reich, Kevin R. <KReich@gibbonslaw.com>; Marino, Andrew J. <AMarino@gibbonslaw.com>; LaBruno, Christina M. <CLaBruno@gibbonslaw.com>
**Subject:** RE: Archegos - Hwang Trading Interview

Documents 18 – 21.

Please let me know if you received all 21 documents.

---

**From:** Lustberg, Lawrence S <LLustberg@gibbonslaw.com>
**Sent:** Saturday, March 26, 2022 5:50 PM
**To:** Thomas, Andrew (USANYS) <AThomas@usa.doj.gov>; Valen, Thomas R. <TValen@gibbonslaw.com>
**Cc:** Podolsky, Matthew (USANYS) <MPodolsky@usa.doj.gov>; Rossmiller, Alexander (USANYS) <ARossmiller@usa.doj.gov>; Nagel, Jeffrey L. <JNagel@gibbonslaw.com>; Reich, Kevin R. <KReich@gibbonslaw.com>; Marino, Andrew J. <AMarino@gibbonslaw.com>; LaBruno, Christina M. <CLaBruno@gibbonslaw.com>
**Subject:** [EXTERNAL] RE: Archegos - Hwang Trading Interview

Andrew – We have all tried, and none of us is able to open the Box to look at these documents. I can't even reset my password and when Tom resets his, he gets a message that the shared file "has been removed or is unavailable to you." Any way we can get these as attached .pdfs, or some other way, that might make them accessible to us? Sorry to bother you, and thanks. Also copying Christina LaBruno and Andrew Marino of our team who are younger and more tech-savvy, with the hope that if you send it to them, that might give us the greatest chance at success. Thanks again.

Larry

**LAWRENCE S. LUSTBERG** | Director
Commercial & Criminal Litigation Group
**t:** 973-596-4731 | **c:** 201-407-4765 | **f:** 973-639-6285
llustberg@gibbonslaw.com | bio

**Gibbons P.C.** | One Gateway Center | Newark, NJ 07102-5310
**m:** 973-596-4500 | **f:** 973-596-0545 | office | map

gibbonslaw.com | gibbonslawalert.com

---

**From:** Thomas, Andrew (USANYS) <Andrew.Thomas2@usdoj.gov>
**Sent:** Saturday, March 26, 2022 2:39 PM
**To:** Lustberg, Lawrence S <LLustberg@gibbonslaw.com>; Valen, Thomas R. <TValen@gibbonslaw.com>
**Cc:** Podolsky, Matthew (USANYS) <Matthew.Podolsky@usdoj.gov>; Rossmiller, Alexander (USANYS) <Alexander.Rossmiller@usdoj.gov>; Nagel, Jeffrey L. <JNagel@gibbonslaw.com>; Reich, Kevin R. <KReich@gibbonslaw.com>
**Subject:** Archegos - Hwang Trading Interview

Larry, Tom—

I uploaded to USAFx a set of documents for your use in preparing for Wednesday's meeting.
https://usafx.box.com/s/qoe6u3gd7oq5j81i5qw40we4lvzlch47

Let me know if you have trouble accessing the documents.

Sincerely,
Andrew

**Disclaimer**
The contents of this message, together with any attachments, may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, printing, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please do not read this message or any attachments and please notify me immediately by reply e-mail or call Gibbons P.C. at 973-596-4500 and delete this message, along with any attachments, from your computer.