# EXHIBIT R

| | |
|---|---|
| **From:** | Lustberg, Lawrence S |
| **Sent:** | Tuesday, April 26, 2022 3:01 PM |
| **To:** | 'Podolsky, Matthew (USANYS)' |
| **Subject:** | RE: Bill Hwang |

Totally agree – thanks, Matt.

**LAWRENCE S. LUSTBERG** | Director
Commercial & Criminal Litigation Group
**t:** 973-596-4731 | **c:** 201-407-4765 | **f:** 973-639-6285
llustberg@gibbonslaw.com | bio

**Gibbons P.C.** | One Gateway Center | Newark, NJ 07102-5310
**m:** 973-596-4500 | **f:** 973-596-0545 | office | map



gibbonslaw.com | gibbonslawalert.com 

---

**From:** Podolsky, Matthew (USANYS) <Matthew.Podolsky@usdoj.gov>
**Sent:** Tuesday, April 26, 2022 2:22 PM
**To:** Lustberg, Lawrence S <LLustberg@gibbonslaw.com>
**Subject:** RE: Bill Hwang

Larry,

No problem, and thank you for the note, for the thoughtful and thorough presentation, and for the collegiality throughout, which is how I think these matters should work and helps everyone.

Best,
Matt

**From:** Lustberg, Lawrence S <LLustberg@gibbonslaw.com>
**Sent:** Tuesday, April 26, 2022 11:52 AM
**To:** Podolsky, Matthew (USANYS) <MPodolsky@usa.doj.gov>
**Subject:** [EXTERNAL] Bill Hwang

Matt – I am so sorry – I was just reminded that I was supposed to have sent this to you yesterday. I was just really distracted, including that, as mentioned, I had to run home to get some insulin.

Anyway, I just want to again say – and to you, in particular – that I really do appreciate the courtesy, professionalism and serious consideration that you, Andrew and Alex (and indeed the whole office) has given this matter. I know you had to fight to get us some of the time we needed, and to be sure, there is more that we can, and probably will, say to shed light on it, but this really worked out as well as it could have, and I am personally very grateful. So thank you, really.

All the best – talk to you soon,

Larry

**LAWRENCE S. LUSTBERG** | Director
Commercial & Criminal Litigation Group
**t:** 973-596-4731 | **c:** 201-407-4765 | **f:** 973-639-6285
llustberg@gibbonslaw.com | bio

**Gibbons P.C.** | One Gateway Center | Newark, NJ 07102-5310
**m:** 973-596-4500 | **f:** 973-596-0545 | office | map

gibbonslaw.com | gibbonslawalert.com

**Disclaimer**
The contents of this message, together with any attachments, may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, printing, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please do not read this message or any attachments and please notify me immediately by reply e-mail or call Gibbons P.C. at 973-596-4500 and delete this message, along with any attachments, from your computer.