# EXHIBIT S

| | |
|---|---|
| **From:** | Lustberg, Lawrence S |
| **Sent:** | Wednesday, April 27, 2022 6:38 AM |
| **To:** | Podolsky, Matthew (USANYS); Rossmiller, Alexander (USANYS); Thomas, Andrew (USANYS) |
| **Cc:** | Valen, Thomas R. |
| **Subject:** | Bill Hwang |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Matt, Alex and Andrew –

Sorry for the early morning email. I just learned that Pat Halligan was arrested a little while ago. Please consider this a formal request that if, ultimately, the Government determines to criminally prosecute Bill Hwang – which, of course, I hope it will not, for the reasons we have said – that he be permitted to surrender for processing and that we negotiate bail and conditions of release. Given our full engagement with your office, Bill's having personally appeared twice, the fact that he has not traveled for two years and that he does not even have a passport (you will recall that he lost his and has not applied for a new one – per our agreement, if he finds his, I will take possession of it), I can assure you that he is not any risk of flight whatsoever and will promptly surrender if requested to do so. I hope this can be worked out and, for all of our peace of mind – including that I am back and forth a lot between NJ and DC these days since my daughter is about to have a baby, as I have mentioned. Anyway, I hope that we can work this out, as I understand does happen with a lot of defendants. Please let me know if that is possible and, if necessary, let's schedule what needs to be scheduled at your convenience. Thanks and hope to hear from you soon.

Larry

**LAWRENCE S. LUSTBERG** | Director
Commercial & Criminal Litigation Group
**t:** 973-596-4731 | **c:** 201-407-4765 | **f:** 973-639-6285
llustberg@gibbonslaw.com | bio

**Gibbons P.C.** | One Gateway Center | Newark, NJ 07102-5310
**m:** 973-596-4500 | **f:** 973-596-0545 | office | map



gibbonslaw.com | gibbonslawalert.com