UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
UNITED STATES OF AMERICA            :
                                    :
                                    :    **SCHEDULING ORDER**
    -against-                       :
                                    :    22 Cr. 240 (AKH)
                                    :
SUNG KOOK (BILL) HWANG and          :
PATRICK HALLIGAN,                   :
                                    :
                    Defendants.     :
------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Oral argument for the pretrial motions filed in the above-captioned criminal matter will be held on February 7, 2023 at 10:30 a.m., in Courtroom 14D.

      SO ORDERED.

Dated:    December 7, 2022
              New York, New York
                                      ALVIN K. HELLERSTEIN
                                      United States District Judge

1