UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

UNITED STATES OF AMERICA                      :
                                              :
                                              :    **SCHEDULING ORDER**
        -against-                             :
                                              :    22 Cr. 240 (AKH)
                                              :
SUNG KOOK (BILL) HWANG and                    :
PATRICK HALLIGAN,                             :
                                              :
                          Defendants.         :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Oral argument for the pretrial motions filed in the above-captioned criminal

matter is adjourned from February 7, 2023 to February 28, 2023 at 11:30 a.m., in Courtroom

14D.

        SO ORDERED.

Dated:      January 24, 2023                  _/s/ Alvin Hellerstein_____
            New York, New York                ALVIN K. HELLERSTEIN
                                              United States District Judge