

**MARY E. MULLIGAN**
mmulligan@fklaw.com
212.833.1123

January 25, 2023

<u>BY ECF</u>

Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

    Re: <u>United States v. Hwang et ano.</u>, No. 22-cr-240 (AKH)

Dear Judge Hellerstein:

  This firm represents defendant Patrick Halligan in the above-referenced matter. I write with the consent of all parties to request that the Court reschedule oral argument on defendants' pretrial motions.

  Yesterday, the Court scheduled oral argument to be held on February 28, 2023. ECF No. 56. I will be out of town on a pre-existing business trip that day, and therefore respectfully request that the appearance be rescheduled to a date that I can attend and that is convenient for all parties and the Court.

  I have conferred with counsel for Mr. Hwang and the Government, and all parties are available on February 23, 2023, if that date is convenient for the Court. The parties are also available on February 22, although February 23 is preferred.

  I thank the Court for its attention to this request.

          Respectfully submitted,

          *Mary Mulligan*

          Mary E. Mulligan

cc: All Counsel (by ECF)

7 Times Square, New York, NY 10036-6516 212.833.1100 fklaw.com

3707272.1