UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

UNITED STATES OF AMERICA                             :
                                                     :
                                                     :      **SCHEDULING ORDER**
            -against-                                :
                                                     :      22 Cr. 240 (AKH)
                                                     :
SUNG KOOK (BILL) HWANG and                           :
PATRICK HALLIGAN,                                    :
                                                     :
                        Defendants.                  :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Oral argument for the pretrial motions filed in the above-captioned criminal

matter is adjourned from February 28, 2023 to March 21, 2023 at 2:30 p.m., in Courtroom 14D.

        SO ORDERED.

Dated:     January 31, 2023
          New York, New York

                                   /s/ Alvin K. Hellerstein
                                   ALVIN K. HELLERSTEIN
                                   United States District Judge