UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
: 
UNITED STATES OF AMERICA :
: No. 22-CR-240 (AKH)
- v. - :
:
SUNG KOOK (BILL) HWANG and :
PATRICK HALLIGAN, :
:
                Defendants. :
:
---------------------------------------------------------------- x

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

      PLEASE TAKE NOTICE that, as of January 3, 2023, the law firm of Friedman Kaplan Seiler & Adelman LLP has changed its name to:

**FRIEDMAN KAPLAN SEILER ADELMAN & ROBBINS LLP**

      The firm's address and telephone number remain the same. The telephone numbers and email addresses for the attorneys in this matter also remain the same.

Dated:  New York, New York
          February 1, 2023

                                      Respectfully Submitted,

                                      FRIEDMAN KAPLAN SEILER
                                        ADELMAN & ROBBINS LLP

                                        s/ Timothy M. Haggerty
                                        Mary E. Mulligan (mmulligan@fklaw.com)
                                        Timothy M. Haggerty (thaggerty@fklaw.com)
                                        Bonnie M. Baker (bbaker@fklaw.com)
                                        Anil Vassanji (avassanji@fklaw.com)
                                        Rupita Chakraborty (rchakraborty@fklaw.com)
                                        7 Times Square
                                        New York, New York  10036-6516
                                        (212) 833-1100

                                        *Attorneys for Defendant Patrick Halligan*

3708345.1