# Exhibit C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION, :
:
Plaintiff, :
:
v. : 04 Civ 1584 (RJH)
:
MOISES SABA MASRI, :
:
Defendant. :

---

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between counsel for plaintiff and counsel Defendant MOISES SABA MASRI that the above captioned action be DISMISSED WITH PREJUDICE; and, it is FURTHER STIPULATED, that each party shall bear its own costs and expenses.

SO STIPULATED:

NIXON PEABODY LLP

_____
Alan M. Lieberman (AL-6517)
Counsel for Plaintiff
Securities and Exchange Commission

By: _____
Roger Crane  RC 0469
Counsel for Defendant
Moises Saba Masri

Dated: August 1, 2008.