AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 22-cr-240 |
| Sung Kook (Bill) Hwang and Patrick Halligan, et al | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sung Kook (Bill) Hwang                                                                              .

Date:    05/06/2023

s/Christina M. LaBruno
*Attorney's signature*

Christina M. LaBruno
*Printed name and bar number*
One Gateway Center
Newark, NJ 07102-5310

*Address*

clabruno@gibbonslaw.com
*E-mail address*

(973) 596-4500
*Telephone number*

(973) 596-0545
*FAX number*