

MARY E. MULLIGAN
mmulligan@fklaw.com
212.833.1123

May 16, 2023

**VIA ECF**

Hon. Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

SO ORDERED.

/s/ Alvin Hellerstein
U.S.D.J.
May 17, 2023

Re: *United States v. Hwang et ano.*, No. 22-cr-240-AKH

Dear Judge Hellerstein:

     We are counsel to defendant Patrick Halligan. We write to respectfully request that Mr. Halligan be permitted to travel to the District of Hawaii during the period from July 17 – July 24, 2023. The purpose of the trip is for Mr. Halligan to spend time with his wife and three children on a family vacation. Mr. Halligan would travel from his home on July 17, and he would return home on July 24. We have notified Pretrial Services where Mr. Halligan would be staying in Hawaii if he is permitted to travel, and we have also provided Pretrial Services with Mr. Halligan's flight itinerary.

     Mr. Halligan's conditions of release permit him to travel in the Southern District of New York and the Eastern District of New York.[1] This request seeks permission for him to travel in the District of Hawaii from July 17 – July 24, 2023.

     Officers Andrew Berglind and Stephen Boose of Pretrial Services in the Eastern District of New York and the Southern District of New York, respectively, have advised that Pretrial Services does not object to this request. We conferred with the U.S. Attorney's Office regarding this request, and Assistant U.S. Attorney Matthew Podolsky advised that in deference to Pretrial Services, the Government does not object to the requested travel.

     We respectfully request that the Court endorse this letter to permit Mr. Halligan to travel as proposed.

Respectfully submitted,

Mary E. Mulligan

---

[1] Mr. Halligan's Appearance Bond, including the Order Setting Conditions of Release, is attached as Exhibit A.