

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 15, 2023

<u>**VIA ECF**</u>

The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Sung Kook (Bill) Hwang, et al.*, 22 Cr. 240 (AKH)
             *United States v. Paulette Etoty*, 20 Cr. 187 (AKH)

Dear Judge Hellerstein:

      The Government writes regarding the trial schedules in *United States v. Hwang*, 22 Cr. 240 (AKH), and *United States v. Etoty*, 20 Cr. 187 (AKH). On May 10, 2023, new counsel for defendant Sung Kook (Bill) Hwang entered appearances in Case Number 22 Cr. 240 (AKH). Hwang's new counsel also contacted the Government, seeking consent for a trial adjournment, in part to accommodate certain personal scheduling conflicts. While the Government is prepared to proceed with the originally scheduled trial date, in light of discussions with Hwang's new counsel, the Government writes on behalf of all parties to respectfully request that the beginning of trial in *United States v. Hwang* be adjourned to February 20, 2024.

      Trial in *United States v. Etoty*, 20 Cr. 187 (AKH), is currently scheduled to begin February 21, 2024. However, both to permit additional time to prepare for that trial and to accommodate the length of trial in *United States v. Hwang*, which the parties currently expect to last approximately two months, the Government and Amy Gallicchio, Esq., on behalf of defendant Paulette Etoty, consent to adjournment of trial in *United States v. Etoty* to a date convenient to the Court in mid-May or later.

With respect to both *United States v. Hwang*, 22 Cr. 240 (AKH), and *United States v. Etoty*, 20 Cr. 187 (AKH), the Government requests that the period of any adjournment be excluded under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A). The exclusion of time will afford the parties time to adequately prepare for trial. The Government respectfully submits that the ends of justice served by the exclusion of time outweigh the interests of the defendants and the public in a speedy trial. Counsel for the defendants in both cases have advised the Government that the defendants do not object to the exclusion of time.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney

By:  _s/_                         
     Matthew Podolsky
     Alex Rossmiller
     Danielle Sassoon
     Mitzi Steiner
     Andrew Thomas
     Assistant United States Attorneys
     Tel.: (212) 637-1947

Cc: Counsel of Record (via ECF)