

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 17, 2023

**VIA ECF**

The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Sung Kook (Bill) Hwang, et al.*, 22 Cr. 240 (AKH)

Dear Judge Hellerstein:

      The Government writes respectfully to propose a briefing schedule regarding defendant Bill Hwang's motion for the issuance of various Rule 17(c) subpoenas, ECF Doc. 79 (the "Rule 17 Motion"), which was joined by defendant Patrick Halligan, ECF Doc. 80. The Government proposes that it be permitted to file any memorandum in opposition to the Rule 17 Motion on or before September 13, 2023, and that the defendants be permitted to file any reply memorandum in support of the Rule 17 Motion on or before September 27, 2023. Counsel to defendants Hwang and Halligan have informed the Government that this proposed schedule is acceptable to both defendants.

                                      Respectfully submitted,

                                      DAMIAN WILLIAMS
                                    United States Attorney

By: _____
                                    Matthew Podolsky
                                    Alex Rossmiller
                                    Andrew Thomas
                                    Assistant United States Attorneys
                                    Tel.: (212) 637-1947/-2415/-2106

Cc: Counsel of Record (via ECF)