

**MARY E. MULLIGAN**
mmulligan@fklaw.com
212.833.1123

November 6, 2023

**VIA ECF**

Hon. Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan
  United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    <u>United States v. Hwang, Halligan</u>, No. 22-cr-240-AKH

Dear Judge Hellerstein:

      We are counsel to defendant Patrick Halligan. We write to respectfully request that Mr. Halligan be permitted to travel to the Boston, Massachusetts area during the period from December 8 – December 10, 2023. The purpose of the trip is for Mr. Halligan to spend time with his family, including attending the annual Army-Navy football game, which is being held in Foxborough, Massachusetts on December 9. Mr. Halligan would travel from his home on December 8, and he would return home on December 10. We have provided Pretrial Services with the details of Mr. Halligan's family's hotel arrangements.

      Mr. Halligan's conditions of release permit him to travel in the Southern District of New York and the Eastern District of New York.[1] This request seeks permission for him to travel in the District of Massachusetts during the period from December 8 – 10, 2023; additionally, as he will be traveling by car from his home in New York, he is requesting permission to travel in and through the Northern District of New York, the District of Connecticut, and the District of Rhode Island while en route to and from his destination.

      We have conferred with Pretrial Services the U.S. Attorney's Office regarding this request, and both have advised that they do not object.

      We respectfully request that the Court endorse this letter to permit Mr. Halligan to travel as proposed.

      Respectfully submitted,

      *Mary Mulligan*

      Mary E. Mulligan

---

[1] Mr. Halligan's Appearance Bond, including the Order Setting Conditions of Release, is attached as Exhibit A.