UNITED STATES DISTRICT COURT
SOUNTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
UNITED STATES OF AMERICA,

        **ORDER**

    -against-

        22 Cr. 240 (AKH)

SUNG KOOK (BILL) HWANG and PATRICK HALLIGAN,

        Defendants.
-------------------------------------------------------------------

ALVIN K. HELLERSTEIN, U.S.D.J.:

    The Court will hear oral argument on ECF No. 79 and 80, the motion for issuance of Rule 17(c) subpoenas. The arguments will take place on November 14, 2023 at 10:30 a.m.

    SO ORDERED.

Dated:    November 9, 2023                      /s/ Alvin Hellerstein
             New York, New York           ALVIN K. HELLERSTEIN
                                                           United States District Judge