

MARY E. MULLIGAN
mmulligan@fklaw.com
212.833.1123

December 5, 2023

**VIA ECF**

Hon. Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan
   United States Courthouse
500 Pearl St.
New York, NY 10007-1312

       Re:   <u>United States v. Hwang, Halligan</u>, No. 22-cr-240-AKH

Dear Judge Hellerstein:

      We are counsel to defendant Patrick Halligan. We write to respectfully request that Mr. Halligan be permitted to travel to the Killington, Vermont area during the period from December 20 – December 22, 2023. The purpose of the trip is for Mr. Halligan to spend time with his family, including skiing with family. Mr. Halligan would travel from his home on December 20, and he would return home on December 22.

      Mr. Halligan's conditions of release permit him to travel in the Southern District of New York and the Eastern District of New York.[1] This request seeks permission for him to travel in the District of Vermont during the period from December 20 – 22, 2023; additionally, as he will be traveling by car from his home in New York, he is requesting permission to travel in and through the Northern District of New York, the District of Connecticut, and the District of Massachusetts while en route to and from his destination.

      We have conferred with Pretrial Services and the U.S. Attorney's Office regarding this request, and both have advised that they do not object.

      We respectfully request that the Court endorse this letter to permit Mr. Halligan to travel as proposed.

                   Respectfully submitted,

                   Mary E. Mulligan

---

[1] Mr. Halligan's Appearance Bond, including the Order Setting Conditions of Release, is attached as Exhibit A.