UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
            :
UNITED STATES OF AMERICA,             :
            :     **ORDER**
            :
    -against-             :     22 Cr. 240 (AKH)
            :
            :
SUNG KOOK (BILL) HWANG and PATRICK             :
HALLIGAN,
            :
                    Defendants.             :
            :
--------------------------------------------------------------- 

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The final pre-trial conference previously scheduled for February 14, 2024 is rescheduled to February 7, 2024 at 11:00 a.m. due to a conflict.

          SO ORDERED.

Dated:     January 5, 2024                               ___/s/ Alvin Hellerstein___
           New York, New York                     ALVIN K. HELLERSTEIN
                                                         United States District Judge