| | |
|---|---|
| **From:** | Lustberg, Lawrence S <LLustberg@gibbonslaw.com> |
| **Sent:** | Friday, January 13, 2023 1:38 PM |
| **To:** | Thomas, Andrew (USANYS); Haggerty, Timothy; Valen, Thomas R.; Mulligan, Mary; Nagel, Jeffrey L.; Reich, Kevin R. |
| **Cc:** | Sassoon, Danielle (USANYS); Rossmiller, Alexander (USANYS); Podolsky, Matthew (USANYS) |
| **Subject:** | RE: US v. Hwang, Halligan - USA Motion Opposition Filings |
| **Attachments:** | U.S v. Hwang, et al. -- Discussion of market and trading data and other subjects |

Thank you for sending Andrew – we appreciate that courtesy. Also, now that this is filed, and per my email to you of December 22 (attached), let us know when you want to have a broader discussion of the data issues raised in that letter, as well as scheduling (about which you write me on December 2. Thanks and Happy New Year to all of you.

Larry

**LAWRENCE S. LUSTBERG** | Director
Commercial & Criminal Litigation Group
**t:** 973-596-4731 | **c:** 201-407-4765 | **f:** 973-639-6285
llustberg@gibbonslaw.com | bio

**Gibbons P.C.** | One Gateway Center | Newark, NJ 07102-5310
**m:** 973-596-4500 | **f:** 973-596-0545 | office | map



gibbonslaw.com | gibbonslawalert.com 

---

**From:** Thomas, Andrew (USANYS) <Andrew.Thomas2@usdoj.gov>
**Sent:** Friday, January 13, 2023 8:17 AM
**To:** Lustberg, Lawrence S <LLustberg@gibbonslaw.com>; Haggerty, Timothy <thaggerty@fklaw.com>; Valen, Thomas R. <TValen@gibbonslaw.com>; Mulligan, Mary <mmulligan@fklaw.com>; Nagel, Jeffrey L. <JNagel@gibbonslaw.com>; Reich, Kevin R. <KReich@gibbonslaw.com>
**Cc:** Sassoon, Danielle (USANYS) <Danielle.Sassoon@usdoj.gov>; Rossmiller, Alexander (USANYS) <Alexander.Rossmiller@usdoj.gov>; Podolsky, Matthew (USANYS) <Matthew.Podolsky@usdoj.gov>
**Subject:** US v. Hwang, Halligan - USA Motion Opposition Filings

Counsel—

Please find enclosed a PDF set of the Government's filings in response to your various pretrial motions.

Sincerely,

Andrew Thomas
Assistant United States Attorney
212-637-2106

1