UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
: 
UNITED STATES OF AMERICA  :
: No. 22-CR-240 (AKH)
   - v. -   :
:
SUNG KOOK (BILL) HWANG and  :
PATRICK HALLIGAN,  :
:
                    Defendants.  :
:
---------------------------------------------------------------- x

### DEFENDANT PATRICK HALLIGAN'S JOINDER TO MOTION TO EXCLUDE EVIDENCE AND COMPEL DISCOVERY ON THE PROSECUTION'S RULE 16 VIOLATION

      PLEASE TAKE NOTICE that defendant Patrick Halligan hereby joins in the motion filed by defendant Sung Kook (Bill) Hwang to exclude evidence and compel discovery on the prosecution's Rule 16 violation [ECF No. 110, the "Motion to Exclude"]. Mr. Halligan joins the Motion to Exclude in full, and expressly incorporates, adopts, and relies upon the legal authorities and arguments set forth in the supporting memorandum of law [ECF No. 110] as well as the factual matters set forth in the Declaration of Jordan Estes [ECF No. 111].

      Mr. Halligan respectfully requests that the Court grant relief to the same and full extent set forth in the Motion to Exclude, including without limitation: (i) precluding the prosecution from offering or using the Undisclosed Trade Data (as defined in the Motion to Exclude) and (ii) ordering discovery to determine whether further sanctions or remedial measures are warranted.

4857-8104-0539.1

Dated: New York, New York
January 8, 2024

Respectfully Submitted,

FRIEDMAN KAPLAN SEILER
 ADELMAN & ROBBINS LLP


s/ Mary E. Mulligan
Mary E. Mulligan (mmulligan@fklaw.com)
Timothy M. Haggerty (thaggerty@fklaw.com)
Bonnie M. Baker (bbaker@fklaw.com)
Anil Vassanji (avassanji@fklaw.com)
Rupita Chakraborty (rchakraborty@fklaw.com)
7 Times Square
New York, New York 10036-6516
(212) 833-1100

*Attorneys for Patrick Halligan*

4857-8104-0539.1