UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

                        :

UNITED STATES OF AMERICA,         :      **<u>ORDER</u>**

                        :

       -against-             :      22 Cr. 240 (AKH)

                        :

                        :

SUNG KOOK (BILL) HWANG and PATRICK  :
HALLIGAN,

                        :

                 Defendants.    :

                        :

------------------------------------------------------------------

ALVIN K. HELLERSTEIN, U.S.D.J.:

      In light of the Defendants' motion to exclude and compel Rule 16 discovery (ECF No. 112), the parties shall appear before the Court on January 16, 2024 at 2:30 p.m. to discuss the recently disclosed trading data.  The Government shall submit its opposition to the Defense's motion by this Friday, January 12, 2024.

      SO ORDERED.

Dated:     January 8, 2024               _____/s/ Alvin Hellerstein_____
           New York, New York         ALVIN K. HELLERSTEIN
                                      United States District Judge