02/25/2021 14:42:36 UTC BILL HWANG (BHWANG@Bloomberg.net) posted: WILL: THANKS. GREAT! LET'S USE 66.5-67 LIMIT FOR VIAC PLEASE.

02/25/2021 14:43:34 UTC WILLIAM TOMITA (WTOMITA1@Bloomberg.net) posted: Got it thanks

02/25/2021 14:43:50 UTC PETER DESANTO (PDESANTO@Bloomberg.net) posted: so for VIPS i think we stay 1/3 of the volume and continue to get some cheap. above 37 there may be more supply, but sounds like not much

02/25/2021 14:44:18 UTC BILL HWANG (BHWANG@Bloomberg.net) posted: PETER: I LIKE THE PACE NOW PLEAS. HOW MUCH DONE?

02/25/2021 14:44:24 UTC PETER DESANTO (PDESANTO@Bloomberg.net) posted: $14.3mm

02/25/2021 14:44:47 UTC BILL HWANG (BHWANG@Bloomberg.net) posted: PETER GREAT. LET'S TARGET $75 MIL.

02/25/2021 14:44:50 UTC PETER DESANTO (PDESANTO@Bloomberg.net) posted: got it

02/25/2021 14:45:40 UTC BILL HWANG (BHWANG@Bloomberg.net) posted: PETER BUY $50 MIL. TME WITH 26.4 LIMIT PLEASE.

02/25/2021 14:45:46 UTC PETER DESANTO (PDESANTO@Bloomberg.net) posted: got it

02/25/2021 14:49:20 UTC BILL HWANG (BHWANG@Bloomberg.net) posted: PETER ON VIPS LET'S BE MORE AGGRESSIVE TO BUY MORE WITH 36.8 LIMIT. :-)

02/25/2021 14:49:27 UTC PETER DESANTO (PDESANTO@Bloomberg.net) posted: got it

02/25/2021 14:52:05 UTC PETER DESANTO (PDESANTO@Bloomberg.net) posted: +$17mm

02/25/2021 14:53:30 UTC BILL HWANG (BHWANG@Bloomberg.net) posted: PETER THANKS. TME TO 26.5

02/25/2021 14:53:34 UTC PETER DESANTO (PDESANTO@Bloomberg.net) posted: got it

02/25/2021 14:53:46 UTC BILL HWANG (BHWANG@Bloomberg.net) posted: VIPS TO 36.95

02/25/2021 14:53:50 UTC PETER DESANTO (PDESANTO@Bloomberg.net) posted: ok

02/25/2021 14:56:22 UTC PETER DESANTO (PDESANTO@Bloomberg.net) posted: VIPS +$20mm

02/25/2021 14:56:27 UTC PETER DESANTO (PDESANTO@Bloomberg.net) posted: TME +$5mm

02/25/2021 14:57:19 UTC BILL HWANG (BHWANG@Bloomberg.net) posted: PETER: THANKS! WE NEED SOME MORE. LET'S STAY FOR NOW AND SEE WHAT WE NEED TO DO. :-)

02/25/2021 14:57:39 UTC PETER DESANTO (PDESANTO@Bloomberg.net) posted: ok, sound good

02/25/2021 14:58:38 UTC WILLIAM TOMITA (WTOMITA1@Bloomberg.net) posted: VIAC +$130mm so far. Volume has started to fade with stock starting to get lifted again. We can wait at 67 for the time being.