01/26/2021 15:27:38 UTC DAIKI TANIGUCHI (DTANIGUCHI2@Bloomberg.net) posted:   VIAC also moving together

01/26/2021 15:31:40 UTC PETER DESANTO (PDESANTO@Bloomberg.net) posted:   VIPS:  MS just picked up a passive seller of $11mm over the day

01/26/2021 15:31:55 UTC BILL HWANG (BHWANG@Bloomberg.net) posted:   Got it.

01/26/2021 15:31:56 UTC PETER DESANTO (PDESANTO@Bloomberg.net) posted:   we have bought $5.4mm so far

01/26/2021 15:34:20 UTC PETER DESANTO (PDESANTO@Bloomberg.net) posted:   stock period   $mm traded % chg d/d $mm biggest block
FUTU  9:30-10  168.7     -10%     1.4
FUTU  10-10:30 87.0      -62%     0.6

01/26/2021 15:34:27 UTC PETER DESANTO (PDESANTO@Bloomberg.net) posted:   stock period   $mm traded % chg d/d $mm biggest block
TME   9:30-10  75.7      42%      10.8
TME   10-10:30 30.0      -22%     0.9

01/26/2021 15:34:35 UTC PETER DESANTO (PDESANTO@Bloomberg.net) posted:   stock period   $mm traded % chg d/d $mm biggest block
GSX   9:30-10  179.0     -55%     0.8
GSX   10-10:30 73.6      -63%     0.7

01/26/2021 15:37:52 UTC BILL HWANG (BHWANG@Bloomberg.net) posted:   35.3 for D K please

01/26/2021 15:37:59 UTC DAIKI TANIGUCHI (DTANIGUCHI2@Bloomberg.net) posted:   Got it

01/26/2021 15:44:38 UTC BILL HWANG (BHWANG@Bloomberg.net) posted:   Daiki, trade update now and every hour on the half hour please. so now then 11:30 next.

01/26/2021 15:44:48 UTC DAIKI TANIGUCHI (DTANIGUCHI2@Bloomberg.net) posted:   Got it, sounds good

01/26/2021 15:46:06 UTC DAIKI TANIGUCHI (DTANIGUCHI2@Bloomberg.net) posted:   **Orders Update**

| Side | Stock | Limit | Last Px | Filled | Order Size | |
|------|-------|-------|---------|--------|-----------|---------|
| B  | FUTU  | MKT    | 105.78 | $ 45.9mn | $ 107mn | Working |
| SS | FUTU  | MKT    | 105.78 | $ 0mn    | $ 21mn  |         |
| B  | GSX   | 100.00 | 98.42  | $ 59.3mn | $ 88mn  | Working |
| B  | DISCK | 35.30  | 34.85  | $ 8.1mn  | $ 30mn  | Working |
| B  | VIPS  | 28.60  | 28.53  | $ 7.1mn  | $ 31mn  | Working |
| B  | VIAC  | 49.80  | 50.16  | $ 2.3mn  | $ 31mn  | off limit |
| B  | TME   | 26.90  | 27.00  | $ 10.9mn | $ 30mn  | off limit |
| B  | FTCH  | 61.00  | 60.71  | $ 7mn    | $ 30mn  | Working |
| B  | TCBI  | 64.00  | 64.17  | $ 1.9mn  | $ 5mn   | off limit |

01/26/2021 15:56:06 UTC BILL HWANG (BHWANG@Bloomberg.net) posted:   Daiki how about FTCH 60.50?

01/26/2021 15:56:20 UTC DAIKI TANIGUCHI (DTANIGUCHI2@Bloomberg.net) posted:   Sounsd good,