

**From:** Rossmiller, Alexander (USANYS) <ARossmiller@usa.doj.gov>
**Sent:** Wednesday, October 26, 2022 12:26 PM
**To:**

**Cc:** Thomas, Andrew (USANYS) <AThomas@usa.doj.gov>; Podolsky, Matthew (USANYS) <MPodolsky@usa.doj.gov>; Sassoon, Danielle (USANYS) <DSassoon@usa.doj.gov>
**Subject:** RE: docs for Archegos production

Team,

Following up on our discussions over the past couple days, wanted to check in about a few things on Archegos.

First, it looks like at least two sets of documents that we received during the summer were never put in a queue for production. We're addressing those per the below, but going forward we need to make absolutely sure that *anything* we receive in that case is foldered as an incoming production (or agent report, or evidence, or whatever) **and also** presumptively put in a to-be-produced folder that we check regularly. To the extent we receive productions that go into Relativity and don't substantively exist on the share drive, whoever sends the materials to Relativity should also please send the AUSAs an email noting that that's been done, and then save a copy of that email in the to-be-produced file so we don't lose track of the relevant materials. I think there was kind of a gap where we had produced a bunch of stuff but hadn't yet transitioned to the kind of post-charge system where everything gets saved or logged both in incoming and to-be-outgoing.

Second, to fill any gaps in production status currently, we need to please prepare a production of most of the materials identified by Masha as being in our database but not having been produced. The vast majority of that will be a set of Deutsche Bank docs we received during the summer, plus a set of materials the CFTC got from Archegos (and then sent to us), the UBS docs we sent in native yesterday, and a handful of other one-off docs. The docs to be produced are labeled accordingly in

the attached. (There's no magic to the different colors, I just wanted to make sure none of the single docs got lost amidst the larger and adjacent groups of docs.)

Could we please get the ball rolling on exporting and producing these? And then my guess is we'll need to produce the CFTC materials that Alejandra is sending over today in a subsequent production, unless we're able to get those on Relativity very quickly and include them with this production. As always please let me know if any questions or issues at all about any of this.

Third, there's some organizational cleanup from stuff I noticed looking through the entity notes last week in connection with the *Brady* review, but I'll send a separate email on that.

thanks as always,

Alex

Alex Rossmiller
Assistant U.S. Attorney
Southern District of New York
212.637.2415