**DATA SOURCES AS OF 1/12/2024**

1. Archegos Bloomberg/EMSX trade data, SDNY_P022_0000000003 & SDNY_P022_0000000004. Only SDNY_P022_000000003 used so far.

2. Archegos EMSX order data:
   - SEC-DOJ-EPROD-000255412
   - SEC-DOJ-EPROD-000255413
   - SEC-DOJ-EPROD-000255414
   - SEC-DOJ-EPROD-000255415
   - SEC-DOJ-EPROD-000255416
   - SEC-DOJ-EPROD-000255417

3. Archegos trade blotter data:
   - SEC-DOJ-EPROD-000000001

4. NASDAQ Tick Data
   - Generally cancels, executions, and orders

5. NYSE Trade executions:
   - Note: is being phased out in exchange for market-wide TAQ trade data

6. Market-wide TAQ trade data
   - Trade executions for selected securities

7. CRSP Data
   - Price, volume, return, and shares outstanding by ticker and for indices

8. TAQ NBBO data
   - NBBO by ticker

9. Minute level pricing and volume to come from TAQ NBBO

**DATA SOURCES EXPECTED TO BE USED BY KEY ANALYSES**

1. VAR
    - Archegos Bloomberg/EMSX Trade Data → for Archegos buy and sell volume
    - TAQ NBBO Data → for price changes to calculate returns
    - Market-wide TAQ Trade Data → for market-wide volume to calculate Archegos imbalance

2. Probit and Order Change Analysis
    - Archegos Bloomberg/EMSX Trade Data → for Archegos order activity
    - TAQ NBBO Data → for price changes to calculate returns and for determining buyer/seller initiation in the Market-wide TAQ trade data
    - Market-wide TAQ trade data → for imbalance and volume

3. Midpoint Price Change
    - Archegos Bloomberg/EMSX Trade Data → for Archegos trades
    - NASDAQ Tick Data → for order book, midpoint changes, and price change

4. Implementation Shortfall
    - Archegos Bloomberg/EMSX Trade Data → for Archegos order and fill information
    - TAQ NBBO Data → for calculating time-of-order midpoints

5. Realized Spread
    - Archegos Bloomberg/EMSX Trade Data → for Archegos fill information and identifying Archegos-initiated trades in the Market-wide TAQ trade data
    - TAQ NBBO Data → for calculating midpoints over varying time horizons relative to each trade in the Market-wide TAQ trade data
    - Market-wide TAQ trade data → for calculating realized spreads using the above inputs

6. Algorithm and Exchange Analysis
    - Archegos Bloomberg/EMSX Trade Data → for Archegos trades and routing

7. Trade Summaries – Sizes and Aggressiveness
    - Archegos Bloomberg/EMSX Trade Data → for Archegos trades and sizes
    - TAQ NBBO Data → for NBBO and frequency of exceeding NBBO volume
    - Market-wide TAQ trade data → for trade volume and frequency of other participants exceeding NBBO volume
    - TBD (previously used): NASDAQ Tick Data → for more detailed analysis on NASDAQ tickers

8. Portfolio Summaries
    - Trade Blotter → for Archegos summary metrics like shares held
    - CRSP Shares Outstanding → for percentage of shares held
    - CRSP Pricing Data → for index returns and stock returns
    - TBD: foreign exchange rates

**FIELDS CURRENTLY USED FROM SDNY_P022_0000000003**

| field | used |
| --- | --- |
| activity | Yes |
| status | Yes |
| type | Yes |
| receive_ts | Yes |
| asof_ts | Yes |
| order_create_ts | Yes |
| side | Yes |
| quantity | Yes |
| fill_quantity | Yes |
| fill_ts | Yes |
| filled_quantity | Yes |
| ticker | Yes |
| exchange | Yes |
| handling_instruction | Yes |
| order_type | Yes |
| tif | Yes |
| gtd_dt | No |
| execution_price | Yes |
| average_price | Yes |
| stop_price | Yes |
| limit_price | Yes |
| broker | Yes |
| executing_broker | Yes |
| order_id | Yes |
| route_id | Yes |
| fill_id | Yes |
| account | No |
| trader | No |
| action_by | No |
| investor_id | No |
| block_id | No |
| instruction | No |
| commission_type | No |
| commission_rate | No |
| commission_currency | No |
| product | No |
| settlement_dt | No |
| order_originator | No |
| liquidity | Yes |
| last_capacity | Yes |
| last_market | Yes |
| strategy_name | Yes |

3

| | |
|---|---|
| strategy_start_tm | No |
| strategy_end_tm | No |
| strategy_urgency | No |
| strategy_min_vol | No |
| strategy_max_vol | No |
| originator_lei | No |
| aggregation_flag | No |
| si_flag | No |
| mifid_ii_instruction | No |
| execution_lei | No |
| broker_si | No |
| trade_reporting_indicator | No |
| trade_reporting_mic | No |
| apa_flag | No |
| otc_flags | No |
| waiver_flags | No |
| price_currency | No |
| trader_name | No |
| account_note | No |
| client_order_id | No |
| prev_client_order_id | No |