|  |  |
|---|---|
| **From:** | Rothman, Alexandra (USANYS) |
| **To:** | Rothman, Alexandra (USANYS); Rothschild, Samuel (USANYS); Podolsky, Matthew (USANYS); Thomas, Andrew (USANYS); Bianco, Grant (USANYS) [Contractor]; Sonderby, Madeline (USANYS) [Contractor]; Gamboa, Anna (USANYS) [Contractor] |
| **Subject:** | t/c with Eugene re DERA analysis |
| **Date:** | Friday, January 12, 2024 3:38:51 PM |

███████████████████████████████

\*\*\*

t.c with Eugene (DERA)
AR

3571-007: Bloomberg EMSX data & TAQ data & Archegos trade blotter
3571-009: Bloomberg EMSX data & TAQ data & Archegos trade blotter
3571-015 through 3571-017: Bloomberg EMSX data & TAQ data & trade blotter


Alexandra Rothman
Co-Chief, Civil Rights Unit, Criminal Division
United States Attorney's Office
Southern District of New York
One St. Andrew's Plaza
New York, NY 10007
(212) 637-2580