

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 16, 2024

**VIA ECF**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Sung Kook (Bill) Hwang, et al.*,
           22 Cr. 240 (AKH)

Dear Judge Hellerstein:

    The Government respectfully submits this letter in accordance with the pretrial schedule previously entered by the Court to provide the Court with the Government's proposed verdict form for the trial in this matter. That form is attached hereto as Exhibit A.

                                          Respectfully submitted,

                                          DAMIAN WILLIAMS
                                          United States Attorney

                        By: _____
                              Matthew Podolsky
                              Alexandra Rothman
                              Samuel P. Rothschild
                              Andrew Thomas
                              Assistant United States Attorneys
                              Tel.: (212) 637-1947/-2580/-2504/-2106

Cc: Counsel of Record (via ECF)