UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

SUNG KOOK (BILL) HWANG and
PATRICK HALLIGAN,

                        Defendants.

22 Cr. 240 (AKH)

Please indicate each of your verdicts with a check mark (✓).

**Count One: Racketeering Conspiracy**
(In violation of 18 U.S.C. § 1962(d))

**Bill Hwang**

      Guilty _____      Not Guilty _____

**Patrick Halligan**

      Guilty _____      Not Guilty _____

**Count Two: Securities Fraud – Scheme To Manipulate The Market**
(In violation of 15 U.S.C. §§ 78j(b) & 78ff; 17 C.F.R. § 240.10b-5; and 18 U.S.C. § 2)

**Bill Hwang**

      Guilty _____      Not Guilty _____

**Count Three: Market Manipulation – ViacomCBS (VIAC)**
(In violation of 15 U.S.C. §§ 78i(a)(2) & 78ff; and 18 U.S.C. § 2)

**Bill Hwang**

      Guilty _____      Not Guilty _____

**Count Four: Market Manipulation – Discovery Communications, Inc. (DISCA)**
(In violation of 15 U.S.C. §§ 78i(a)(2) & 78ff; and 18 U.S.C. § 2)

**Bill Hwang**

Guilty _____        Not Guilty _____


**Count Five: Market Manipulation – Discovery Communications, Inc. (DISCK)**
(In violation of 15 U.S.C. §§ 78i(a)(2) & 78ff; and 18 U.S.C. § 2)

**Bill Hwang**

Guilty _____        Not Guilty _____


**Count Six: Market Manipulation – GSX Techedu Inc. (GSX)**
(In violation of 15 U.S.C. §§ 78i(a)(2) & 78ff; and 18 U.S.C. § 2)

**Bill Hwang**

Guilty _____        Not Guilty _____


**Count Seven: Market Manipulation – iQIYI, Inc. (IQ)**
(In violation of 15 U.S.C. §§ 78i(a)(2) & 78ff; and 18 U.S.C. § 2)

**Bill Hwang**

Guilty _____        Not Guilty _____


**Count Eight: Market Manipulation – Tencent Music Group (TME)**
(In violation of 15 U.S.C. §§ 78i(a)(2) & 78ff; and 18 U.S.C. § 2)

**Bill Hwang**

Guilty _____        Not Guilty _____


**Count Nine: Market Manipulation – Vipshop Holdings Ltd (VIPS)**
(In violation of 15 U.S.C. §§ 78i(a)(2) & 78ff; and 18 U.S.C. § 2)

**Bill Hwang**

Guilty _____        Not Guilty _____

**Count Ten: Securities Fraud – Scheme To Defraud Archegos's Counterparties**
(In violation of 15 U.S.C. §§ 78j(b) & 78ff; 17 C.F.R. § 240.10b-5; and 18 U.S.C. § 2)

**Bill Hwang**

Guilty _____        Not Guilty _____

**Patrick Halligan**

Guilty _____        Not Guilty _____


**Count Eleven: Wire Fraud**
(In violation of 18 U.S.C. §§ 1343 & 2)

**Bill Hwang**

Guilty _____        Not Guilty _____

**Patrick Halligan**

Guilty _____        Not Guilty _____


New York, New York
_____, 2024

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

3