


**Barry H. Berke**
Partner
T 212.715.7560
F 212.715.7660
bberke@kramerlevin.com

1177 Avenue of the Americas
New York, NY 10036
T 212.715.9100
F 212.715.8000

**MARY E. MULLIGAN**
mmulligan@fklaw.com
212.833.1123

**January 16, 2024**

**BY ECF AND EMAIL**
Hon. Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: <u>United States v. Sung Kook (Bill) Hwang, et al.</u>, No. 22 Cr. 240 (AKH)

Dear Judge Hellerstein:

      On behalf of defendants Sung Kook (Bill) Hwang and Patrick Halligan, we respectfully submit a proposed verdict form, attached hereto.

      Respectfully submitted,

_____      _____
Barry H. Berke      Mary E. Mulligan
Dani R. James
Jordan Estes
Michael Martinez


cc:    Counsel of record

KL3 3682058.13