UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SUNG KOOK (BILL) HWANG and PATRICK HALLIGAN,<br><br>Defendants. | 22 Cr. 240 (AKH) |

## DEFENDANTS' JOINT PROPOSED VERDICT FORMS

| | |
|---|---|
| Barry H. Berke<br>Dani R. James<br>Jordan Estes<br>Michael Martinez<br><br>KRAMER LEVIN NAFTALIS & FRANKEL<br>1177 Avenue of the Americas<br>New York, NY 10036<br>(212) 715-9100<br><br>*Counsel for Defendant Sung Kook (Bill) Hwang* | Mary E. Mulligan<br>Timothy M. Haggerty<br>Bonnie M. Baker<br>Anil Vassanji<br>Rupita Chakraborty<br><br>FRIEDMAN KAPLAN SEILER ADELMAN & ROBBINS LLP<br>7 Times Square<br>New York, NY 10036<br>(212) 833-1100<br><br>*Counsel for Defendant Patrick Halligan* |

WE, THE JURORS, DULY DRAWN AND SWORN TO TRY THIS ACTION, IN ACCORDANCE WITH PRINCIPLES OF LAW AS CHARGED BY THE COURT, SAY WE FIND OUR VERDICT BY ANSWERING THE FOLLOWING QUESTIONS SUBMITTED BY THE COURT:

**As to defendant BILL HWANG**

I.      **COUNT ONE:  Racketeering Conspiracy**

   As to COUNT ONE, how do you find BILL HWANG?

   Not Guilty _____       Guilty _____

II.     **COUNT TWO:  Securities Fraud**

   As to COUNT TWO, how do you find BILL HWANG?

   Not Guilty _____       Guilty _____

III.    **COUNT THREE:  Market Manipulation (ViacomCBS (VIAC))**

   As to COUNT THREE, how do you find BILL HWANG?

   Not Guilty _____       Guilty _____

IV.     **COUNT FOUR:  Market Manipulation (Discovery Communications, Inc. (DISCA))**

   As to COUNT FOUR, how do you find BILL HWANG?

   Not Guilty _____       Guilty _____

V.      **COUNT FIVE:  Market Manipulation (Discovery Communications, Inc. (DISCK))**

   As to COUNT FIVE, how do you find BILL HWANG?

   Not Guilty _____       Guilty _____

VI.     **COUNT SIX:  Market Manipulation (GSX Techdu Inc. (GSX))**

   As to COUNT SIX, how do you find BILL HWANG?

   Not Guilty _____       Guilty _____

- 2 -

**VII.    COUNT SEVEN:  Market Manipulation (iQIYI, Inc. (IQ))**

As to COUNT SEVEN, how do you find BILL HWANG?

        Not Guilty _____        Guilty _____

**VIII.   COUNT EIGHT:  Market Manipulation (Tencent Music Group (TME))**

As to COUNT EIGHT, how do you find BILL HWANG?

        Not Guilty _____        Guilty _____

**IX.     COUNT NINE:  Market Manipulation (Vipshop Holdings Ltd. (VIPS))**

As to COUNT NINE, how do you find BILL HWANG?

        Not Guilty _____        Guilty _____

**X.      COUNT TEN:  Securities Fraud (Counterparties)**

As to COUNT TEN, how do you find BILL HWANG?

        Not Guilty _____        Guilty _____

**XI.     COUNT ELEVEN:  Wire Fraud (Counterparties)**

Mr. Hwang and Mr. Halligan filed a reconsideration motion together with this Verdict Form and Requests to Charge seeking dismissal of Count Eleven of the Indictment as contrary to the Supreme Court's unanimous decision in *Ciminelli v. United States*, 598 U.S. 306, 317 (2023) (reversing wire fraud convictions based on "right to control" theory).  As outlined in defendants' motion, Count Eleven alleges that defendants and others at Archegos "engaged in a scheme to defraud Archegos's trading counterparties of *their rights to control their assets*, and thereby exposed Archegos's counterparties to risk of economic harm, by false and misleading statements regarding Archegos's business, portfolio, and assets, including through interstate wires."  Indictment ¶ 82 (emphasis added).  This count must therefore be dismissed.  In the event the Court denies defendants' motion, however, defendants' respectfully request the opportunity to submit a proposed verdict form as to Count Eleven.

**As to defendant PATRICK HALLIGAN**

I. **COUNT ONE:  Racketeering Conspiracy**

As to COUNT ONE, how do you find PATRICK HALLIGAN?

Not Guilty _____        Guilty _____

II. **COUNT TEN:  Securities Fraud (Counterparties)**

As to COUNT TEN, how do you find PATRICK HALLIGAN?

Not Guilty _____        Guilty _____

III. **COUNT ELEVEN:  Wire Fraud (Counterparties)**

**Mr. Hwang and Mr. Halligan filed a reconsideration motion together with this Verdict Form and Requests to Charge seeking dismissal of Count Eleven of the Indictment as contrary to the Supreme Court's unanimous decision in *Ciminelli v. United States*, 598 U.S. 306, 317 (2023) (reversing wire fraud convictions based on "right to control" theory).  As outlined in defendants' motion, Count Eleven alleges that defendants and others at Archegos "engaged in a scheme to defraud Archegos's trading counterparties of *their rights to control their assets*, and thereby exposed Archegos's counterparties to risk of economic harm, by false and misleading statements regarding Archegos's business, portfolio, and assets, including through interstate wires."  Indictment ¶ 82 (emphasis added).  This count must therefore be dismissed.  In the event the Court denies defendants' motion, however, defendants' respectfully request the opportunity to submit a proposed verdict form as to Count Eleven.**