**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 23, 2024

*So ordered [signature]*
*1-23-24*
*A.K. Hellerstein*

**VIA ECF**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Sung Kook (Bill) Hwang, et al.*, S1 22 Cr. 240 (AKH)

Dear Judge Hellerstein:

The Government respectfully writes, on behalf of the parties, in response to the Court's January 22, 2024 order (Dkt. 137) directing the parties to propose a pretrial schedule in light of the adjournment of the trial to May 6, 2024. The parties propose the following pretrial schedule, to supersede any previously ordered pretrial schedule. The items in **bold** have been set by the Court.

| | |
|---|---|
| January 31, 2024 | The Government provides the defense with supplemental expert disclosures. |
| **February 7, 2024, 11 a.m.** | **Pretrial Conference** |
| February 7, 2024 | The defense provides the Government with any questions regarding the Government's supplemental expert disclosures. |
| February 14, 2024 | The Government provides the defense with any responses to the defense's questions regarding the Government's supplemental expert disclosures. |
| March 4, 2024 | The Government provides the defense with an updated exhibit list. |
| March 14, 2024 | The defense provides the Government with supplemental expert disclosures. |
| March 21, 2024 | The parties file any *Daubert* motions and any motions *in limine*. |

Case 1:22-cr-00240-AKH   Document 141   Filed 01/23/24   Page 2 of 2
Case 1:22-cr-00240-AKH   Document 140   Filed 01/23/24   Page 2 of 2

Page 2

| | |
|---|---|
| March 25, 2024 | The Government resumes providing the defense with material pursuant to Title 18, United States Code, Section 3500. |
| March 25, 2024 | The Government provides the defense with an updated witness list. |
| April 4, 2024 | The parties file any oppositions to *Daubert* motions and motions *in limine*. |
| April 8, 2024 | The defense provides the Government with an exhibit list. |
| April 10, 2024 | The parties file any replies in support of *Daubert* motions and motions *in limine*. |
| April 15, 2024 | The defense provides the Government with a witness list. |
| **April 16, 2024, 2:30 p.m.** | **Final Pretrial Conference** |
| April 22, 2024 | The defense provides the Government with material pursuant to Rule 26.2 of the Federal Rules of Criminal Procedure. |
| May 8 2024, 10 a.m. | **Trial** |

The parties respectfully request that the Court permit the parties to file a letter by February 5, 2024 indicating whether any party has an issue to raise with the Court during the February 7, 2024 pretrial conference. If no party has an issue to raise, the parties respectfully request that the Court consider adjourning the February 7, 2024 pretrial conference until the April 16, 2024 final pretrial conference, and arraigning the defendants on the Superseding Indictment at the final pretrial conference.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _s/_____
Matthew Podolsky
Alexandra Rothman
Samuel P. Rothschild
Andrew Thomas
Assistant United States Attorneys
Tel.: (212) 637-1947/-2580/-2504/-2106

Cc: Counsel of Record (via ECF)