

**MARY E. MULLIGAN**
mmulligan@fklaw.com
212.833.1123

January 26, 2024

**VIA ECF**

Hon. Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan
  United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:   <u>*United States v. Hwang, Halligan*, No. 22-cr-240-AKH</u>

Dear Judge Hellerstein:

     We are counsel to defendant Patrick Halligan. We write to respectfully request that Mr. Halligan be permitted to travel to the U.S. Virgin Islands during the period from February 16 – February 23, 2024. This trip, if approved, would be a family trip for Mr. Halligan, his wife, and children. Mr. Halligan would travel from his home on February 16, and he would return home on February 23.

     Mr. Halligan's conditions of release permit him to travel in the Southern District of New York and the Eastern District of New York.[1] This request seeks permission for him to travel in the District of the Virgin Islands during the period from February 16 – 23, 2024; additionally, as he will be traveling by flights that may connect through Atlanta, he is requesting permission to travel in the District of Northern Georgia while en route to and from his destination.

     We have conferred with Pretrial Services and the U.S. Attorney's Office regarding this request, and both have advised that they do not object.

     We respectfully request that the Court endorse this letter to permit Mr. Halligan to travel as proposed.

                                          Respectfully submitted,

                                          Mary E. Mulligan

---

[1] Mr. Halligan's Appearance Bond, including the Order Setting Conditions of Release, is attached as Exhibit A.