

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

February 5, 2024

**VIA ECF**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

>    **Re:**    ***United States v. Sung Kook (Bill) Hwang, et al.,***
>             S1 22 Cr. 240 (AKH)

Dear Judge Hellerstein:

The Government respectfully writes on behalf of all parties, pursuant to the Court's January 23, 2024 Order (Dkt. 141), to jointly request that the Court adjourn the February 7, 2024 pretrial conference until April 16, 2024, the date of the final pretrial conference. The defendants, through counsel, have informed the Government that they have no issues to raise with the Court on February 7, and that they consent to arraignment on the Superseding Indictment at the final pretrial conference. The Government does not have any issues to raise with the Court at this time, either.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:  s/_____
     Matthew Podolsky
     Alexandra Rothman
     Samuel P. Rothschild
     Andrew Thomas
     Assistant United States Attorneys
     Tel.: (212) 637-1947/-2580/-2504/-2106

Cc: Counsel of Record (via ECF)