UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- X
:
UNITED STATES OF AMERICA,                                              :
:   **ORDER**
:
-against-                                                              :   22 Cr. 240 (AKH)
:
:
SUNG KOOK (BILL) HWANG and PATRICK                                     :
HALLIGAN,                                                              :
:
Defendants.                                                            :
:
---------------------------------------------------------------------- 

ALVIN K. HELLERSTEIN, U.S.D.J.:

      By March 1, 2024, the parties shall submit a joint report to the Court on the status of the Defendants' motion for issuance of 17(c) subpoenas (ECF No. 79), to encompass the status of any ongoing or completed discussions with counterparty banks concerning document production.

      SO ORDERED.

Dated:    February 5, 2024                     /s/ Alvin K. Hellerstein
           New York, New York             ALVIN K. HELLERSTEIN
                                          United States District Judge