UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- X
                                                                      :
UNITED STATES OF AMERICA,            :
                                                                      :    **SCHEDULING ORDER**
                                                                        :
        -against-                           :    22 Cr. 240 (AKH)
                                                                          :
SUNG KOOK (BILL) HWANG and PATRICK  :
HALLIGAN,
                                                                        :
                                               Defendants.      :
                                                                               :
----------------------------------------------------------------------

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The final pre-trial conference set for April 16, 2024, at 2:30 p.m. will now be held on April 15, 2024, at 12:00 p.m. due to a scheduling conflict.

          SO ORDERED.

Dated:      February 20, 2024                ___/s/ Alvin K. Hellerstein___
              New York, New York             ALVIN K. HELLERSTEIN
                                                    United States District Judge