UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                   :
UNITED STATES OF AMERICA,         :
                                                   :    **SCHEDULING ORDER**
                                                   :
        -against-                     :    22 Cr. 240 (AKH)
                                                 :
SUNG KOOK (BILL) HWANG and PATRICK  :
HALLIGAN,
                                                 :
                           Defendants.   :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The conference originally set for March 13 at 11:30 a.m. is now rescheduled to March 20 at 9:30 a.m.

       SO ORDERED.

Dated:     March 6, 2024             /s/ Alvin K. Hellerstein
            New York, New York      ALVIN K. HELLERSTEIN
                                      United States District Judge