# Kramer Levin

**Barry H. Berke**
Partner
T  212.715.7560
F  212.715.8000
bberke@KRAMERLEVIN.com

1177 Avenue of the Americas
New York, NY 10036
T  212.715.9100
F  212.715.8000



So ordered
3-18-24
Alk. Hellerst[ein]

March 15, 2024

**BY EMAIL**

Hon. Alvin K. Hellerstein
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  <u>United States v. Sung Kook (Bill) Hwang, et al.</u>, No. 22 Cr. 240 (AKH)

Dear Judge Hellerstein:

We write regarding Your Honor's February 26, 2024 Order Regulating Voir Dire, which directed the parties to meet and confer and advise the Court of any proposed changes to the protocol.

We have conferred with all of the parties, and our only joint request is to ask that Your Honor consider slightly modifying whether we will sit on Fridays so there is greater flexibility in the event the trial is moving more slowly than anticipated, and Your Honor's schedule permits.

The current proposal states: "*It is not likely you will have to report Fridays.*"  We would suggest modifying that statement to language along the lines of the following: "*The current plan is that you will not have to report most Fridays, although that could change during the course of the trial.*"

Thank you for your consideration.

Respectfully submitted,

*/s/ Barry H. Berke*
Barry H. Berke
Dani R. James
Jordan Estes

cc:     Counsel of record