UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                       :
UNITED STATES OF AMERICA,                              :
                                                       :
                                                       :          No. 22-cr-240 (AKH)
                    v.                                 :
                                                       :
SUNG KOOK (BILL) HWANG and PATRICK                     :
HALLIGAN,                                              :
                                                       :
                    Defendants.                        :
                                                       :
------------------------------------------------------------x

## DECLARATION OF MARY E. MULLIGAN
## IN SUPPORT OF PATRICK HALLIGAN'S *DAUBERT* MOTION

1.      I am a member of the bar of this Court and a member of Friedman Kaplan

Seiler Adelman & Robbins LLP, counsel to defendant Patrick Halligan. I submit this declaration

to make part of the record certain documents related to Mr. Halligan's Motion to Exclude

Proposed Expert Testimony of Robert Battalio, Amit Seru, Carmen Taveras, and Joseph Mason.

The statements in this declaration are based on my personal knowledge.

2.      To the best of my knowledge, information, and belief, the exhibits to this

declaration are true and correct copies of the following documents.

3.      Exhibit A is a copy of the Expert Disclosure of Professor Robert Battalio,

dated December 8, 2023.

4.      Exhibit B is a copy of the Supplemental Expert Disclosure of Professor

Robert Battalio, dated January 31, 2024.

5.      Exhibit C is a copy of the Expert Disclosure of Professor Amit Seru, dated

December 8, 2023.

6.      Exhibit D is a copy of the Supplemental Expert Disclosure of Professor Amit Seru, dated January 31, 2024.

7.      Exhibit E is a copy of the Expert Disclosure of Carmen A. Taveras, dated December 8, 2023.

8.      Exhibit F is a copy of the Supplemental Expert Disclosure of Carmen A. Taveras, dated January 31, 2024.

9.      Exhibit G is a copy of the Expert Disclosure of Joseph R. Mason, dated December 8, 2023.

10.      Exhibit H is a copy of the Supplemental Expert Disclosure of Joseph R. Mason, dated January 31, 2024.

11.      I declare under penalty of perjury that the foregoing is true and correct.


Dated: New York, New York
        March 21, 2024


                                                  s/ *Mary E. Mulligan*
                                                  Mary E. Mulligan