UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
UNITED STATES OF AMERICA :
: No. 22-CR-240 (AKH)
- v. - :
:
SUNG KOOK (BILL) HWANG and :
PATRICK HALLIGAN, :
:
Defendants. :
:
------------------------------------------------------------x

### [PROPOSED] ORDER GRANTING DEFENDANT PATRICK HALLIGAN'S MOTION TO EXCLUDE PROPOSED EXPERT TESTIMONY OF ROBERT BATTALIO, AMIT SERU, CARMEN TAVERAS, AND JOSEPH MASON

**THIS MATTER** having come before the Court upon the motion of Defendant Patrick Halligan, by and through his counsel Friedman Kaplan Seiler Adelman & Robbins LLP, seeking exclusion of the government's proposed expert testimony pursuant to Federal Rules of Evidence 403 and 702, and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), and the Court having considered the submissions of the parties and the arguments of counsel, and for good cause shown:

**IT IS** on this _____ day of _____ 2024,

**ORDERED** that Defendant Patrick Halligan's Motion to Exclude Proposed Expert Testimony of Robert Battalio, Amit Seru, Carmen Taveras, and Joseph Mason shall be and is hereby **GRANTED**; and it is further

**ORDERED** that the government is instructed that it may not present the same opinion or testimony from multiple experts, encompassing all topics of expert opinion and testimony; and it is further

**ORDERED** that this Court's Order granting Defendant Sung Kook (Bill) Hwang's motion to exclude certain of the anticipated testimony and opinions of the government's proposed experts is hereby **GRANTED** and applies in full as to the government's case against Defendant Halligan.

_____
Honorable Alvin K. Hellerstein
United States District Judge