# EXHIBIT C

# Kramer Levin



**Jordan Estes**
Partner
**T** 212.715.9132
**F** 212.715.8132
jesetes@KRAMERLEVIN.com

1177 Avenue of the Americas
New York, NY 10036
**T** 212.715.9100
**F** 212.715.8000

**March 14, 2024**

**BY EMAIL**

Matthew Podolsky
Alexandra Rothman
Samuel Rothschild
Andrew Thomas
Assistant United States Attorneys
United States Attorney's Office
Southern District of New York
One Saint Andrews Plaza
New York, New York 10007

Re: _United States v. Sung Kook (Bill) Hwang, et al._, No. 22 Cr. 240 (AKH)

Dear Counsel:

Pursuant to Federal Rule of Criminal Procedure 16(b)(1)(C), we provide notice that the defense anticipates calling Fabio Savoldelli as an expert witness.

Set forth below are Mr. Savoldelli's qualifications and a summary of his anticipated testimony. We reserve the right to update, amend, and/or supplement the below summary of testimony based on further developments. Mr. Savoldelli's curriculum vitae, which details his professional and teaching experience over the last 40 years, is attached hereto as Exhibit A. Exhibit A also contains a list of all other cases in which he has testified in the last four years as an expert at trial or in a deposition.

## I.    QUALIFICATIONS

Mr. Savoldelli has 40 years of professional experience in investing and investment analysis, on behalf of financial institutions, including banks and asset management firms. Clients included family offices, banks, insurance companies, trusts, single-investor and co-mingled investors. Since 2007, Mr. Savoldelli has been an adjunct professor in the Department of Finance and Economics at the Columbia University Graduate School of Business, where he is the sole teacher of "Hedge Funds," a course focusing on trading, execution strategies (including slippage, execution algorithms, dark pools, strategies for swaps and other derivatives), portfolio risk, and other long horizon and short horizon strategies common in various hedge fund styles.

Mr. Savoldelli's consulting and academic work was preceded by three decades of experience in finance, trading, and asset management, both for banks and private funds. In the 1980s and early 1990s, he served as a Senior Fund Manager and Head of Derivatives for the Bank of Tokyo in London, England, where he introduced high-yield and dynamic derivative product hedging, and as the Deputy Chief Investment Officer and Head of Fixed Income and Derivatives for the Swiss Bank Corporation in New York, where his responsibilities included training investment staff in trade execution strategies, modern portfolio theory, and derivatives. He was Chief Investment Officer for the Americas at Chase Manhattan Private Bank, where he set the investment policy, including execution review, for all institutional and private client accounts in North and South America, a total of $22 billion in discretionary and trust assets.

From the late 1990s into the late 2000s, Mr. Savoldelli worked on investment strategies at Merrill Lynch, first as Managing Director of the Industry Specialist Group within its Global Markets & Investment Banking (GMI) segment, at that time one of the world's largest equity trading and underwriting operations. In that role, he advised commercial and central banks on asset allocation (including to hedge funds), on advanced portfolio management based on the banks' particular regulatory constraints, and on resultant optimal execution strategies. He also advised mutual fund companies on improving their total performance and Morningstar ratings through superior asset allocation. He next served as a Managing Director within Merrill Lynch's asset management segment, Merrill Lynch Investment Managers (MLIM), and as President and Chief Investment Officer of MLIM Alternative Strategies. At Merrill Lynch, he selected the initial portfolios in the Merrill Lynch Hedge Access Program and multiple separate accounts, and throughout his tenure at MLIM he oversaw multiple separate managed accounts which gave him direct visibility into hedge fund strategies including their execution strategies across asset classes.

From 2007 to 2012, Mr. Savoldelli was Chief Investment Officer and Partner at Optima Fund Management, where he oversaw the investment and performance of $3.2 billion in funds and was the sector head for discretionary macro, quantitative investments, fixed income, and frontier strategies. He also regularly reviewed execution strategies for Optima's $1 billion+ equity long-short managed accounts portfolio.

In the above roles, Mr. Savoldelli had transparency into managed accounts and thus had direct visibility into trading styles of large hedge funds, including execution of large trades. Mr. Savoldelli implemented a quantitative alternative investment allocation that integrated traditional portfolios with hedge funds and private equity investments. In his multiple roles as Chief Investment Officer, Mr. Savoldelli regularly supervised, reviewed, and analyzed investment risk and execution policy.

## II.   SUMMARY OF ANTICIPATED TESTIMONY

Mr. Savoldelli will offer testimony on background topics related to family offices, common trading practices, and financial markets that the jury will need to understand as part of its consideration of the defense case. Unless otherwise noted, the basis for Mr. Savoldelli's testimony will be research, academic literature, publicly available information including industry news, and his 40 years of professional experience and training in finance, trading, and investment and asset

management, which, as explained above, includes overseeing investment strategies on behalf of banks, institutional asset managers, and hedge funds; his 15 years of teaching a graduate-level course on hedge funds at Columbia University's Graduate School of Business; and his decade of consulting on investment strategies for a family office.

Appendix A contains a list of documents and publications that Mr. Savoldelli relies upon.

1. Mr. Savoldelli will testify that family offices manage the assets of wealthy families and individuals, and provide these investors with desirable benefits, such as close control over their own investments, as well as privacy and confidentiality. He will testify that family offices can be run in a variety of ways, in accordance with the wishes, goals, and risk profile of the family or individual whose funds the office manages.

2. Mr. Savoldelli will testify that family offices may be run by the individual whose assets are under management, and in such cases that individual, as the investment manager, has sole discretion to adjust the office's investment style, portfolio composition, leverage, or other investment parameters in response to personal developments or changes to the markets. Some wealthy families and individuals have generated their wealth by engaging in hedge fund investing and may run their family offices as one may run a hedge fund, in a manner consistent with the regulatory framework that applies to family offices.

3. Mr. Savoldelli will testify about industry standards and practices in connection with the United States Securities and Exchange Commission's Family Office Rule (Advisers Act Rule 202(a)(11)(G)-1, which took effect in 2011, commonly referred to as the "Family Office Rule," which exempts family offices from a variety of regulations that apply to other asset management firms like hedge funds, which manage capital or assets from outside investors. Prior to 2011, family offices were exempt from registration under the Investment Advisers Act of 1940 under certain conditions, or could obtain exemptive orders from the SEC.

4. Mr. Savoldelli will testify that, due to their particular nature and regulation, family offices operate in a manner distinct from other trading structures. Mr. Savoldelli will testify that family offices make investment decisions in accordance with any reasoning, process, or data they wish and need not explain the bases of these decisions to outside investors. Further, a family office can quickly change their investment decision-making techniques as is best suited for the circumstances according to the sole judgment of the investment manager/owner of the family office. Unlike with hedge funds where managers are paid based on potentially inflated "mark-to-market" prices, Mr. Savoldelli will testify that a family office without outside investors is not incentivized to attempt to impact prices for the purpose of capturing performance fees or to provide inflated mark-to-market valuations to investors.

5. Mr. Savoldelli will testify that a concentrated investment strategy is a strategy used by investors who focus their investments in a small number of companies they see as offering opportunities for profit, and that this strategy can yield much higher returns than diversified investments. Diversification is best for investors who do not have the skill, interest, conviction, or risk tolerance to make financial bets that they believe will perform better than their market price indicates. Professional investors have specialized training, skills, knowledge and experience to

identify potentially successful investments and attempt to outperform the market by taking on large and concentrated positions rather than by diversifying their investments.

6. Mr. Savoldelli will testify that a private equity approach to public equity investment may involve taking a long-term and high conviction view of a security with deep knowledge of the company and its competitive landscape. Having a high conviction in an investment means that an investor has a strong belief in the success of the investment: that the investment has a strong chance of outperforming the market or generating a higher return than other investments.

7. Mr. Savoldelli will testify about the potential advantages of trading in total return swaps, including that they (1) allow investors to gain long or short exposure to certain assets that are difficult to access directly, (2) may be cheaper and easier to leverage than stock purchased on margin, and (3) may not require disclosure. Mr. Savoldelli will testify and that it is common for leveraged funds to enter into total return swaps with multiple major global financial institutions for a variety of reasons. Mr. Savoldelli will also testify about the size of the market for these instruments.

8. Mr. Savoldelli will further testify that, as a common industry practice, bank counterparties may price a long total return swap for a client by buying the stock in the amount equaling the swap size, which then provides a market price or mark for the swap from which gains or losses can be measured. The stock can also serve as a hedge for the counterparty. Mr. Savoldelli will testify that after an initial purchase, the counterparty may lend the stock to short sellers, or sell it and hedge the swap in another way such as through a swap with another customer seeking short exposure, thereby returning the shares to the market.

In addition to his professional and teaching experience, the basis for Mr. Savoldelli's testimony on total return swaps will be his review of public reports issued by regulators and other publicly available information.

9. Mr. Savoldelli will testify that transacting with multiple counterparties is commonplace for, and may be advantageous to, institutional asset managers and funds. He will testify that transacting with multiple counterparties may allow investors to negotiate better terms (including margin rates) and pricing from each of them. Mr. Savoldelli will testify that it is not unusual for investors to transfer positions between counterparties, including for the purpose of optimizing margin. He will also testify that the use of multiple counterparties is a form of risk mitigation, minimizing the risk of frontrunning and minimizing the fund's losses in the event that any single counterparty fails or experiences financial difficulties. Mr. Savoldelli will testify that informed investors are in particular cognizant of the risk that front running represents to their high conviction and concentrated investment ideas, in light of non-infrequent front running allegations and settlements involving prominent Wall Street banks and other financial institutions, as well as the experience of prominent hedge funds as far back as Long Term Capital Management in 1998, if not before. Recent examples in the press include Morgan Stanley in 2024, Nuveen in 2023, OppenheimerFunds in 2022, and 14 specialist firms in 2009.

10. Mr. Savoldelli will testify that institutional asset managers and funds commonly use

leverage for a variety of reasons. Borrowing funds, he will testify, amplifies the gains of a successful trade, and so institutional asset managers and funds use leverage to increase their potential returns. Conversely, leverage amplifies the losses of an unsuccessful trade. Mr. Savoldelli will further testify that institutional asset managers and funds seek to minimize margin rates.

11. Mr. Savoldelli will testify that it is standard industry practice for funds to tightly control disclosure of the names and/or magnitudes of their positions, including by gradually building a position in a company, trading in swaps, using multiple counterparties, and having confidentiality agreements, regarding positions and sizes, with employees and counterparties. He will testify that investors that publicly disclose their positions can risk:

    a.    Undermining their competitive advantage by allowing others to replicate their investment analysis and profit off of the same opportunities;

    b.    Impacting the market by attracting the attention of other investors, whose "copycat" pursuit of the same opportunities can impact the price of an asset and dilute potential investment gains; and

    c.    Market participants seeking to profit by targeting their positions with offsetting trades.

12. Mr. Savoldelli will testify that in negotiating counterparty agreements with banks, the amount of information a customer provides with respect to its positions and other issues is subject to negotiation.

13. Mr. Savoldelli will testify that investors can seek confidential treatment from the Securities and Exchange Commission for certain holdings on their quarterly Schedule 13F disclosures, and that numerous investors, including Warren Buffet's Berkshire Hathaway, regularly request and obtain permission for confidential treatment of their recent acquisitions.

14. Mr. Savoldelli will testify that investors often seek to structure their business activities so as to minimize the burden of regulatory filings.

15. Mr. Savoldelli will testify that it is standard industry practice for investors to use indicative portfolios and/or decoy or sample names when negotiating with counterparties, including for the purpose of avoiding frontrunning. Mr. Savoldelli will testify about block trading, and that it is standard industry practice for investors seeking to execute block trades to choose to disclose a list of stocks to potential counterparties—containing both the stock they want to purchase and potentially decoy stocks—rather than disclose the target stock alone, to avoid potential frontrunning by the counterparties, their employees, or their clients.

16. Mr. Savoldelli will testify about trading at the close and the concepts of liquidity and slippage, or the difference between a theoretical open exchange price of a trade and the price at which the trade is actually executed, including all costs. Some amount of slippage is often expected by large investors, who generally attempt to minimize it by utilizing execution algorithms

expected by large investors, who generally attempt to minimize it by utilizing execution algorithms and other trading strategies, balancing those strategies against the increased market risks associated with slower execution.

17. Mr. Savoldelli will testify that, generally speaking, markets are most liquid at or near the market close, and that greater liquidity minimizes slippage because it allows traders to buy or sell assets quickly and at a price closer to the pre-execution market price.  He will further testify that trading during periods of high volume, such as near the close, allows a trader to "blend into the crowd" and reduce slippage even with larger orders relative to total liquidity. This is because during period of high liquidity there are typically not only more trades but also more market participants trading, so the market is deeper (the shares available on the bid and the ask are larger). As a result, orders can be executed more quickly, traders can take advantage of narrower bid-ask spreads, and individual transactions will appear less conspicuous and as a result improve the trader's slippage and information leakage.  Traders seeking to take advantage of the beneficial trading conditions near the close may increase their trading intensity during that time. Mr. Savoldelli will also testify that off-hours trading can offer benefits to certain traders. Traders seeking to react early to overnight news, take advantage of volatility, or prepare for the regular trading session ahead may trade before the market open.

18. Mr. Savoldelli will also testify that stock prices can sometimes fall when there is an imbalance of sellers, commonly called a "flush out."  This typically occurs shortly after the market open, when price insensitive investors execute market (as opposed to limit) sell orders in response to overnight news. Stock prices commonly rebound quickly after these flush outs.  Professional traders prefer not to buy during such a flush out, preferring instead to wait for the sellers to "flush out" and the price to settle and begin rebounding before entering the market.  Mr. Savoldelli will also testify to the common industry understanding of phrases such as "sellers show up when we start buying."

19. Mr. Savoldelli will testify that traders may decide to trade and build a position quickly or slowly depending on a variety of factors, including the portfolio manager's objectives and strategy, expected price movements, and market conditions (including liquidity, volatility, market activity, and anticipated market events such as earnings reports).

20. Mr. Savoldelli will also testify to the tradeoff between quantity, execution speed and execution risk as a result of slippage from potential price impact and the possibility of the price moving away from the target price.  He will testify about the risk of the market price increasing before the trader can buy as much as they intended to.  Faster execution of larger buy orders for a stock, for example, increases the risk of execution price increasing while lowering the risk that other market participants will bid up the price of the stock before the trader can fill its order.

21. Mr. Savoldelli will testify that there is therefore a cost of trading and an opportunity cost of not trading. Traders use various tools to choose execution speed given their level of conviction and other parameters. This tradeoff is commonly understood in the industry. For example, the Bloomberg "Transaction Cost Analysis" tool can inform a trader about the trade cost with a "time risk" component, which is the risk of the price moving away from the target price before the trader can fill its order. For high conviction trades such as buying Amazon, Tesla, or

Nvidia during their price increase phases, Mr. Savoldelli will testify, the risk of the price moving away can exceed the risk of price impact or other trading risks. Traders may err on the side of execution speed over potentially higher price impact.

22. Mr. Savoldelli will testify about limit prices and how they are used in trading.  He will testify that limit prices can mitigate slippage and also allow portfolio managers and/or traders to adjust their execution strategy if the price unexpectedly changes. It is a common industry trading practice to enter limit buy orders with limit prices above the current price, particularly with large orders. This prevents the order from executing at increasing prices if liquidity proves to be lower than expected and the order exhausts the available stock for sale at prices near the current price. It also protects from trade execution errors, known as "fat fingers."

23. Mr. Savoldelli will testify that "dark pools" are used by institutional asset managers and funds (and more recently by retail investors such as Interactive Brokers' IKBR PRO clients) and provide additional avenues for these funds to seek liquidity. Dark pools may offer reduced price impact at the risk of more uncertain execution, exposing the trader to the risk of the price moving in an unfavorable direction before the trader can fully execute the trade.

24. Mr. Savoldelli will explain that traders frequently "buy the dip," meaning that they buy their target stock when its price declines, anticipating a short-term price rebound and a resulting profit. This is a well-known execution strategy in stocks, and also with other financial assets like foreign exchange, commodities, fixed income, etc. For a trader with a high conviction in the long-term prospects for a stock, buying the dip presents an opportunity to increase their position while the stock, or any other financial asset, is "on sale."

25. Mr. Savoldelli will testify that short-term trading decisions are not always based on long-term fundamental valuations of a stock, and instead may be based on anticipation of short-term market movements. Mr. Savoldelli will testify that a trader with a long position in a stock who may be seeking to increase their exposure in the long run may nevertheless "trade around the position" and sell some of the stock instead for a variety of reasons, including because they anticipate the ability to buy the stock back shortly thereafter at lower prices. Mr. Savoldelli will testify that not every effort to "trade around a position" is successful, and if the stock does not in fact decline the trader may seek to buy back the stock they just sold at a higher price. Because stock markets are not predictable, not all individual trades will appear to be successful or "economic" in retrospect.

26. Mr. Savoldelli will testify that certain trading techniques such as using limit prices as opposed to market orders with no limit price, placing orders at the end of the day when the market has greater liquidity, using algorithms, using swaps (in which any hedges purchased by bank counterparties may be lent out) as opposed to stock purchases, buying when prices decline, and seeking to avoid disclosure, are consistent with a trader attempting to minimize price impact and maximize returns.

27. Mr. Savoldelli will explain what excess margin is.  He will testify that, as a general matter, portfolio managers may withdraw excess margin and reinvest or redeploy it.

28. Mr. Savoldelli will testify about the concepts of liquidity and solvency and how institutional asset managers and funds apply those concepts, including that funds are considered solvent if they have assets greater than their liabilities.

## III.      RESERVATION OF RIGHTS TO SUPPLEMENT DISCLOSURES

The defense reserves their right to supplement and/or amend these disclosures, including in response to the government's disclosures and the evidence presented in its case-in-chief.

\*\*\*

Please let us know if you have any questions.  We are available to meet and confer to further discuss these disclosures.

Very truly yours,

Barry H. Berke
Dani R. James
Jordan Estes

cc:     Mary E. Mulligan
        Timothy M. Haggerty

Reviewed and Approved by:

Fabio Savoldelli

## Appendix A – Sources Relied Upon

*Documents Previously Produced*

- "2010 Flash Crash: The Stock Market Crash of March 6, 2010," Corporate Finance Institute. KL-BH-00023673.
- "Archive," *CFTC*. KL-BH-00026857.
- "Asset Allocators Are Mired in Bureaucracy - But They Don't Have to Be," *Institutional Investor*, February 2, 2022. KL-BH-00025411.
- "Bank Failures in Brief," *FDIC,* 2023. KL-BH-00028082.
- "Behind the Scenes: An Insider's Guide to the NYSE Closing Auction," *NYSE*. KL-BH-00026579.
- "Building Blocks for Building Block Trades," *Traders Magazine*, January 28, 2013. KL-BH-00024312.
- "Closing Volume Discovery," Cantor Fitzgerald, *Traders Magazine*, November 26, 2019. KL-BH-00026532.
- "Dark Pools, Internalization, and Equity Market Quality," *CFA Institute*, October 2012. KL-BH-00024657.
- "Debt vs Equity Financing," *Corporate Finance Institute*. KL-BH-00026439.
- "Derivatives - A Practical Guide to Trustees' Responsibilities," *National Association of Pension Funds*, December 2011. KL-BH-00029943.
- "ESMA Annual Statistical Report on EU Derivatives Market," *European Securities and Markets Authority*, 2019. KL-BH-00026982.
- "Family Office Survey Report," *Citi Private Bank*, 2022. KL-BH-00025359.
- "Fast-Moving Markets," *Schwab.com*. KL-BH-00023724.
- "Final Rule: Capital, Margin, and Segregation Requirements for Security-Based Swap Dealers and Major Security-Based Swap Participants and Capital and Segregation Requirements for Broker-Dealers," *Securities and Exchange Commission*, August 22, 2019. Release No. 34-86175 File No. S7-08-12. KL-BH-00027039.
- "Final Rule: Family Offices," *Securities and Exchange Commission*, Release No. IA-3220; File No. S7-25-10. KL-BH-00025725.
- "Financial Stability Report," *Board of Governors of the Federal Reserve System*, November 2021. KL-BH-00026189.
- "Foreign Exchange Prime Brokerage: Product Overview and Best Practice Recommendations," *Foreign Exchange Committee 2005 Annual Report*. KL-BH-00028084.
- "Frequently Asked Questions About Form 13F," *Securities and Exchange Commission,* May 25, 2023. KL-BH-00025254.
- "Hedge Funds," *Securities and Exchange Commission Office of Investor Education*. KL-BH-00026318.
- "High Frequency Trading (HFT) Definition," *Nasdaq*. KL-BH-00023693.
- "Information Required of Institutional Investment Managers Pursuant to Section 13(f) of the Securities Exchange Act of 1934 and Rules Thereunder," *Securities and Exchange Commission*. KL-BH-00025276.
- "Investing Instinct," *Investment Master Class*. KL-BH-00024315.
- "Investor Insight: Bill Nygren," *Value Investor Insight*, May 31, 2017. KL-BH-00024635.

- "IOSCO Investment Funds Statistics Report," *The Board of the International Organization of Securities Commissions*, January 2023. KL-BH-00026345.
- "J.P. Morgan Securities LLC Guide to Investment Banking Services and Prime Brokerage Services," *J.P. Morgan Securities*. KL-BH-00028199.
- "List of 5 US Single Family Offices of Hedge Fund Billionaires," *Familyofficehub.io*, October 10, 2021. KL-BH-00025620.
- "Margin Requirements for Non-Centrally Cleared Derivatives," *Basel Committee on Banking Supervision Board of the International Organization of Securities Commissions*, July 2019. KL-BH-00026397.
- "Pillar 3 Regulatory Disclosures Report," *Morgan Stanley*, December 31, 2022. KL-BH-00025083.
- "Prime Broker of the Year: Barclays," *Risk.net*, February 17, 2022. KL-BH-00029985.
- "Prime Brokerage Agreement," *BNP Paribas,* December 11, 2013. KL-BH-00027766.
- "Prime Brokerage Agreement," *Deutsche Bank AG*. KL-BH-00027731.
- "Prime Brokerage Survey," *Global Custodian*, 2015. KL-BH-00028165.
- "Prime Brokerage," *Corporate Finance Institute*. KL-BH-00027795.
- "Prime Brokers in Investment Banking," *Management Study Guide*. KL-BH-00029300.
- "Report on Security-Based Swaps Pursuant to Section 13(m)(2) of the Securities Exchange Act of 1934," *Securities and Exchange Commission*, July 15, 2022. KL-BH-00025325.
- "SEC Charges E*Trade, 5 Others, for Front Running," *Reuters*, March 5, 2009. KL-BH-00025235.
- "Security-Based Swap Markets," *Securities and Exchange Commission*. KL-BH-00027347.
- "Sound Practices for Hedge Fund Managers," *Managed Funds Association*, 2009. KL-BH-00029309.
- "Staff Report to Congress on Algorithmic Trading in U.S. Capital Markets," *Securities and Exchange Commission*, August 5, 2020. KL-BH-00023543.
- "Swap Dealer De Minimis Exception Preliminary Report," *U.S. Commodity Futures Trading Commission*, November 18, 2015. KL-BH-00026788.
- "Swaps Report Data Dictionary," *CFTC*. KL-BH-00026859.
- "The 2021 Prime Brokerage Survey," *Global Custodian*, 2021. KL-BH-00028149.
- "The 7 Habits of Highly Effective Prime Brokerage Relationships," *Scotiabank*, November 21, 2018. KL-BH-00029993.
- "The Business of Prime Broking – an Overview of Opportunities," *iBankGuru*. KL-BH-00030009.
- "The Family Office Rule Under the Investment Advisers Act," *Squire Patton Boggs,* 2017. KL-BH-00025777.
- "The Future of Family Offices," *Bloomberg*, 2017. KL-BH-00025339.
- "The Nasdaq Opening and Closing Crosses: Frequently Asked Questions," *Nasdaq Global Trading and Market Services*, 2018. KL-BH-00026583.
- "What Is Prime Brokerage? The Complete Guide," *CenterPoint Securities*. KL-BH-00027802.
- "Widening the Aperture: Family Office Investment Insights," *Goldman Sachs*, July 21, 2021. KL-BH-00025629.
- Adams, Nevin E. "Availability, Responsiveness Key To Prime Broker Success," *Plan Sponsor*, April 19, 2001. KL-BH-00029971.
- Agarwal, Prasun. "Institutional Ownership and Stock Liquidity," *SSRN Scholarly Paper*,

November 1, 2007. KL-BH-00024163.

- Agarwal, Vikas, Wei Jiang, Yuehua Tang, and Baozhong Yang. "Uncovering Hedge Fund Skill from the Portfolio Holdings They Hide," *Journal of Finance* 68, (2013). KL-BH-00024973.

- Aikman, J. S. *When Prime Brokers Fail: The Unheeded Risk to Hedge Funds, Banks, and the Financial Industry*. John Wiley & Sons, 2010. KL-BH-00027424.

- Amit, Raphael, Heinrich Liechtenstein, M. Julia Prats, Todd Millay, and Laird P. Pendleton. "Single Family Offices: Private Wealth Management in the Family Context," *Wharton Global Family Alliance*, May 2008. KL-BH-00025668.

- Aragon, George O., Michael Hertzel, and Zhen Shi. "Why Do Hedge Funds Avoid Disclosure? Evidence from Confidential 13F Filings." *Journal of Financial and Quantitative Analysis* 48, (2013). KL-BH-00024830.

- Asencio, Kevin. "The Family Office Rule: A Re-Examination," *Journal of Legislation* 46, (2019). KL-BH-00025647.

- Ashford, Kate. "What is Market Volatility – And How Should You Manage It?" *Forbes Advisor*, February 13, 2023. KL-BH-00023683.

- Bacidore, Jeff, Ben Polidore, Wenjie Xu, and Cindy Y. Yang. "Trading around the Close," *Journal of Trading* 8, (2012). KL-BH-00026454.

- Bailey, Jeffery V., and Thomas M. Richards. "A Primer for Investment Trustees Understanding Investment Committee Responsibilities," *CFA Institute Research Foundation*. 2017. KL-BH-00028219.

- Bazinas, Stefanos. "Off-hours Volumes Surge and They Are Here to Stay," *NYSE Data Insights*, April 19, 2022, KL-BH-00023087.

- Bazinas, Stefanos. "The Shifting Dynamics of the NYSE Closing Auction: An Inside View," *NYSE Data Insights*, October 11, 2023. KL-BH-00026568.

- Bebchuk, Lucian A, Alon Brav, Robert J Jackson Jr, and Wei Jiang. "Pre-Disclosure Accumulations by Activist Investors: Evidence and Policy," *Journal of Corporation Law* 39, (2013). KL-BH-00024850.

- Benello, Allen C., Michael Van Biema, and Tobias E. Carlisle. "Charlie Munger: Concentration's Muse: Quality without Compromise," in *Concentrated Investing*, 109–30. John Wiley & Sons, 2016. KL-BH-00024290.

- Benello, Allen C., Michael Van Biema, and Tobias E. Carlisle. "Conclusion: The Concentrated Investor's Temperament," in *Concentrated Investing*, 203–20. John Wiley & Sons, 2016. KL-BH-00024223.

- Benello, Allen C., Michael Van Biema, and Tobias E. Carlisle. "Introduction: Concentrated Investing," in *Concentrated Investing*, 1–4. John Wiley & Sons, 2016. KL-BH-00024241.

- Benello, Allen C., Michael Van Biema, and Tobias E. Carlisle. "Warren Buffett: The Kelly-Betting Value Investor: Portfolio Concentration for Value Investors," in *Concentrated Investing*, 89–107. John Wiley & Sons, 2016. KL-BH-00024245.

- Bogousslavsky, Vincent, and Dmitriy Muravyev. "Who Trades at the Close? Implications for Price Discovery, Liquidity, and Disagreement," *Journal of Financial Markets,* 66 (2023). KL-BH-00026465.

- Boyarchenko, Nina, Thomas M. Eisenbach, Pooja Gupta, Or Shachar, and Peter Van Tassel. "How Has Post-Crisis Banking Regulation Affected Hedge Funds and Prime Brokers?" *Liberty Street Economics*, October 19, 2020. KL-BH-00027416.

- Campbell, Stephen. "A Guide to Establishing a Family Office," *Citi Private Capital Group*, 2021. KL-BH-00025780.
- Celarier, Michelle. "Eddie Lampert Shattered Sears, Sullied His Reputation, and Lost Billions of Dollars. Or Did He?" *Institutional Investor*, December 3, 2018. KL-BH-00024356.
- Chambers, Donald R., Keith H. Black, and Nelson J. Lacey. "Alternative Investments: A Primer for Investment Professionals," *CFA Institute Research Foundation*, 2018. KL-BH-00025437.
- Chen, James. "Prime Brokerage Services, Example, Requirements for an Account," *Investopedia*, June 2, 2022. KL-BH-00028209.
- Chisholm, Andrew M. "Equity and Credit Default Swaps," in *Derivatives Demystified: A Step-by-Step Guide to Forwards, Futures, Swaps and Options*, 1st ed., 69–82. John Wiley & Sons, 2012. KL-BH-00026868.
- Christoffersen, Susan Kerr, Erfan Danesh, and David K. Musto. "Why Do Institutions Delay Reporting Their Shareholdings? Evidence from Form 13F." *SSRN Scholarly Paper*, June 11, 2018. KL-BH-00024885.
- Curry, Rachel. "Payment for Order Flow (PFOF) and Why It Matters to Investors," *Public.com*. KL-BH-00027814.
- Daly, Lyle. "What Is a Prime Brokerage Agreement?" *The Motley Fool*, February 16, 2023. KL-BH-00027828.
- Deli, Daniel, Paul Hanouna, Christof W. Stahel, Yue Tang, and William Yost. "Use of Derivatives by Registered Investment Companies," *Division of Economics and Risk Analysis, Securities and Exchange Commission*, December 2015. KL-BH-00026885.
- Dickson, Joel M., Lauren Mance, and James J. Rowley Jr. "Understanding Synthetic ETFs," *Vanguard Research*, June 2013. KL-BH-00027245.
- Ding, Xiaoya (Sara), Yang Ni, and Ligang Zhong. "Free Float and Market Liquidity around the World," *Journal of Empirical Finance* 38 (2016). KL-BH-00024264.
- Drake, Pamela Peterson, Raj Aggarwal, Cynthia Harrington, and Adam Kobor. "Measures of Leverage," in *CFA Program Curriculum*, 3rd ed., 189–218, 2022. KL-BH-00026157.
- Driebusch, Corrie, Alexander Osipovich, and Gregory Zuckerman. "What's the Biggest Trade on the New York Stock Exchange? The Last One," *Wall Street Journal*, March 14, 2018. KL-BH-00026535.
- Dunbar, Nicholas. *Inventing Money: The Story of Long-Term Capital Management and the Legends Behind It*. 1st ed., John Wiley & Sons, 2001. KL-BH-00027834.
- Eichengreen, Barry, and Donald Mathieson. "Hedge Funds: What Do We Really Know?" *International Monetary Fund*, 1999. KL-BH-00025018.
- Eren, Egemen. "Matching Prime Brokers and Hedge Funds," *SSRN Scholarly Paper*, December 5, 2015. KL-BH-00024743.
- Finnerty, John D. "The PricewaterhouseCoopers Credit Derivatives Primer," *PricewaterhouseCoopers*. KL-BH-00026614.
- Foley, Stephen. "Star Hedge Fund Managers Go Private in Search of an Easier Life," *FT Wealth*, September 2, 2020. KL-BH-00025335.
- Fontanills, George. "Fast Markets," in *Getting Started in Commodities*, 301. John Wiley & Sons, 2007. KL-BH-00023679.
- Frank, Mary Margaret, James M. Poterba, Douglas A. Shackelford, and John B. Shoven. "Copycat Funds: Information Disclosure Regulation and the Returns to Active Management

in the Mutual Fund Industry," *Journal of Law & Economics* 47 (2004). KL-BH-00024928.

- Frazzini, Andrea, Ronen Israel, and Tobias J. Moskowitz. "Trading Costs," *SSRN Scholarly Paper*, April 7, 2018. KL-BH-00023365.
- Gerasimova, Nataliya, and Eric Jondeau. "Strategic Interaction between Hedge Funds and Prime Brokers," *SSRN Scholarly Paper*, August 21, 2018. KL-BH-00028097.
- Hedges IV, James R. "Hedge Fund Transparency: Cutting Through the Black Box," *Hedge Fund Journal*, October 2006. KL-BH-00024957.
- Herbst-Bayliss, Svea. "Hedge Fund Celebrity John Paulson Shuts Firm to Become a Family Office," *Reuters*, July 1, 2020. KL-BH-00025810.
- Jegadeesh, Narasimhan, and Yanbin Wu. "Closing Auctions: Nasdaq versus NYSE," *Journal of Financial Economics* 143, (2022). KL-BH-00026544.
- Johnston, Richard. "Counterparty Risk - Where Do You Stand?" *IPE*, January 2009. KL-BH-00029975.
- Jorion, Philippe. "Hedge Funds vs. Alternative Risk Premia," *SSRN Scholarly Paper*, July 18, 2021. KL-BH-00026720.
- Kahraman, Bige, and Heather E. Tookes. "Trader Leverage and Liquidity," *Journal of Finance* 72, (2017). KL-BH-00026274.
- Kissell, Robert. "Algorithmic Trading," in *The Science of Algorithmic Trading and Portfolio Management*, 1–45. Elsevier, 2014. KL-BH-00023453.
- Kosowski, Robert L., and Salih N. Neftci. "Introduction to Interest-Rate Swap Engineering," in *Principles of Financial Engineering*, 107–47. Elsevier, 2015. KL-BH-00026679.
- Lemke, Tim. "What Is Prime Brokerage?" *The Balance*, January 28, 2022. KL-BH-00030000.
- Lhabitant, François-Serge. *Handbook of Hedge Funds*. John Wiley & Sons, 2011. KL-BH-00028403.
- Liberfield, Alex. "Why Don't Hedge Funds Have Websites," *TrendUp Now*, November 16, 2020. KL-BH-00024822.
- Lowe, Janet. "Don't Worry about Diversification," in *Warren Buffett Speaks*, 1997. KL-BH-00024286.
- Lowenstein, Roger. *When Genius Failed: The Rise and Fall of Long-Term Capital Management*. Random House Publishing Group, 2001. KL-BH-00029057.
- Lu, Zhongjin, and Zhongling Qin. "Leveraged Funds and the Shadow Cost of Leverage Constraints," *Journal of Finance* 76, (2021). KL-BH-00027302.
- Lynch, Katherine. "Concentrated Stock Funds: Winners and Losers in 2023's Market Rally," *Morningstar*, July 17, 2023. KL-BH-00024331.
- Lynch, Peter, and John Rothchild. "How Many Stocks is Too Many?" in *One Up on Wall Street: How to Use What You Already Know to Make Money in the Market*, 239–40. Simon and Schuster, 2000. KL-BH-00024345.
- Martin, Gerald S., and John Puthenpurackal. "Imitation Is the Sincerest Form of Flattery: Warren Buffett and Berkshire Hathaway," *SSRN Scholarly Paper*, April 15, 2008. KL-BH-00025032.
- Maus, Lisa, Mark Nichols, Erica Becker, Jimmy Ryan and John Boyle. "Collateral Optimization: Capabilities That Drive Financial Resource Efficiency." *EY*. KL-BH-00024807.
- Mindich, Eric, Anne Casscells, Marc Lasry, William Von Mueffling, Anne Dinning, Jonathon S Jacobson, James S. Chanos, Daniel S. Och, Daniel H. Stern, Edward Mulé. "Best Practices for the Hedge Fund Industry," *The Asset Managers' Committee*, January 15, 2009. KL-BH-

00027349.

- Mirvis, Theodore N, Adam O Emmerich, William Savitt, and Adam M Gogolak. "SEC Staff Advises that 13D Disclosure Requirements Do Not Extend to Total Return Equity Swaps," *Wachtell, Lipton, Rosen & Katz LLP*, June 9, 2008. KL-BH-00024967.
- Morrison, Alan D., and William J. Wilhelm Jr. *Investment Banking: Institutions, Politics, and Law*, Oxford University Press, 2007. KL-BH-00029587.
- Novy-Marx, Robert, and Mihail Velikov. "A Taxonomy of Anomalies and Their Trading Costs," *Review of Financial Studies* 29, (2016). KL-BH-00023498.
- Parsons, Joe. "Hedge Fund Performance Forces Prime Brokers to Rethink Risk," *The Trade*, August 20, 2019. KL-BH-00028380.
- Parsons, Joe. "Prime Brokerage Revenues to Top $30 Billion in 2020 as Report Shows How Banks Can Capitalise," *The Trade*, January 30, 2020. KL-BH-00028392.
- Pedersen, Lasse Heje. *Efficiently Inefficient: How Smart Money Invests and Market Prices Are Determined*. Princeton University Press, 2015. KL-BH-00023699.
- Ranawake, Jerome. "Margin Lock-Ups," *The Hedge Fund Journal*, September 2006. KL-BH-00026447.
- Risso-Gill, Christopher. *There's Always Something to Do: The Peter Cundill Investment Approach*, McGill-Queen's Press, 2011. KL-BH-00024368.
- Rose-Smith, Imogen. "Good Bye to All That," *Institutional Investor* 44, (2010). KL-BH-00025244.
- Seguin, Paul J. "Stock Volatility and Margin Trading," *Journal of Monetary Economics* 26, (1990). KL-BH-00026324.
- Shapiro, Peter. "How Swaps Work and Why Issuers Use Them," *Swap Financial Group*, April 11, 2008. KL-BH-00026750.
- Shen, Lucinda. "How Sears Ruined Its CEO Eddie Lampert's Hedge Fund," *Fortune*, March 31, 2017. KL-BH-00024339.
- Stafford, Philip. "No Easy Answers in Stock Markets' Last-Minute Rush," *Financial Times*, February 10, 2020. KL-BH-00026564.
- Stempel, Jonathan. "Buffett's Berkshire Hathaway Discloses $4.1 Billion TSMC Stake," *Reuters*, November 15, 2022. KL-BH-00024627.
- Stowell, David P. "Hedge Fund Issues and Performance," in *Investment Banks, Hedge Funds, and Private Equity*, 323–37. Elsevier, 2018. KL-BH-00025290.
- Stowell, David P. "Risk, Regulation, and Organizational Structure," in *Investment Banks, Hedge Funds, and Private Equity*, 309–22. Elsevier, 2018. KL-BH-00025308.
- Teall, John L. "Institutional Trading," in *Financial Trading and Investing*, 81–111. Elsevier, 2018. KL-BH-00023642.
- Teo, Desmond, and Bek Teng Low. "Guiding Family Offices to Achieve Their Ambitions and Secure Their Legacy," *EY*, August 10, 2021. KL-BH-00025423.
- Teo, Melvyn. "The Liquidity Risk of Liquid Hedge Funds," *Journal of Financial Economics* 100, (2011). KL-BH-00026587.
- Voss, Jason. "The Intuitive Investor: Why Intuition Is Important," *CFA Institute Enterprising Investor*, June 24, 2014. KL-BH-00024321.
- Webster, Kevin T. *Handbook of Price Impact Modeling*. CRC Press, 2023. KL-BH-00023730.
- Wigglesworth, Robin. "The 30 Minutes That Have an Outsized Role in US Stock Trading," *Financial Times*, April 24, 2018. KL-BH-00026608.

- Williams, Sean. "Warren Buffett's Portfolio Is More Concentrated Than Ever: 3 Stocks Make Up 63% of Invested Assets," *The Motley Fool*, May 22, 2023. KL-BH-00024618.
- Wilson, Richard C. *The Family Office Book: Investing Capital for the Ultra-Affluent*. John Wiley & Sons, 2012. KL-BH-00025819.
- Younglai, Rachelle and Jennifer Ablan. "Hedge Funds to Reveal U.S. Short Positions," *Reuters*, September 29, 2008. KL-BH-00024968.

***Other Sources***

- "ATS Transparency Data Quarterly Statistics - 2021 Quarterly Tables - 1st Quarter -All NMS Stocks," *FINRA*.
- "ATS Transparency Data Quarterly Statistics - 2023 Quarterly Tables – 3nd Quarter -All NMS Stocks," *FINRA*.
- "ATS Transparency Data Quarterly Statistics," *FINRA*.
- "Dedicated to Best Price Execution," *Interactive Brokers*.
- "Family Offices Not Exempted from Hedge Fund Registration," *Jones Day*, January 2006.
- "It's Gray Out There," *Traders Magazine*, June 18, 2008.
- "Managing Margin: A Competitive Opportunity," *Advent Software*, December 2012/ January 2013.
- "Trade Transparency: Multi-asset TCA & Surveillance," *Bloomberg*.
- "Trading: Execution Consulting," *Best Execution*, March 27, 2013.
- Banerji, Gunjan. "The 30 Minutes That Can Make or Break the Trading Day," *Wall Street Journal*, March 11, 2020.
- Bloomberg Transaction Cost Analysis Tool, *Bloomberg*.
- Bonini, Stefano, Thomas Shohfi, and Majeed Simaan. "Buy the Dip?" *European Financial Management*, (2023).
- Coleman, Julie. "Jim Cramer's Guide to Investing: How to Trade around a Core Position," *CNBC*, December 26, 2023.
- Curry, Benjamin. "Limit Order Vs Market Order," *Forbes*, April 5, 2023.
- Dolmetsch, Chris. "Ex-Nuveen Trader Pleads Guilty to $47 Million Insider Scheme," *Bloomberg*, November 28, 2023.
- Dolmetsch, Chris. "Ex-OppenheimerFunds Quant Gets 33 Months for Insider Trading," *Bloomberg*, April 12, 2022.
- Dziubinski, Susan. "4 Warren Buffett Stocks to Buy After Berkshire Hathaway's Latest 13F Filing," *Morningstar*, February 14, 2024
- Fitch, Asa. "Nvidia Hits $2 Trillion Valuation on Insatiable AI Chip Demand," *Wall Street Journal*, February 23, 2024.
- Goldstein, Matthew. "Morgan Stanley to Pay $249 Million in Block Trading Investigation," *New York Times*, January 12, 2024.
- Han, Munhee, and Sanghyun (Hugh) Kim. "Splitting and Shuffling: Institutional Trading Motives and Order Submissions Across Brokers," *SSRN Scholarly Paper*, September 30, 2020.
- Harris, Larry. "Trading and Electronic Markets: What Investment Professionals Need to Know," *CFA Institute Research Foundation*, October 19, 2015.
- Harris, Larry. Trading & Exchanges, Market Microstructure for Practitioners. Oxford University Press, 2003.

- Henriques, Diana B. "14 Trading Firms Settle Charges for $69 Million," *New York Times*, March 4, 2009.
- Kessous, Dan. "The Risk and Reward of More Dark Pool Trading," *Nasdaq*, December 1, 2021.
- Kinahan, JJ. "Yesterday's Late Pullback Could Show Volatility Remains In The Mix, Sector Rotation At Work," *Forbes*, August 12, 2020.
- Krishtop, Alex. "Limit Orders - Guaranteed Price, but Not Execution," in *Getting Started with Forex Trading Using Python*, 227–228. Packt Publishing, 2023.
- McCormick, Emily. "Tesla Hits $1 Trillion Market Cap as Shares Rally to Record High," *Yahoo Finance*, October 25, 2021.
- Moyer, Liz. "How Traders Use Front-Running to Profit From Client Orders," *New York Times*, July 20, 2016.
- Perold, Andre F. "The Implementation Shortfall: Paper Versus Reality," *Journal of Portfolio Management* 14, (1988).
- Streitfeld, David. "Amazon Hits $1,000,000,000,000 in Value, Following Apple," *New York Times*, September 4, 2018.
- Strumpf, Dan. "Stock-Market Traders Pile In at the Close," *Wall Street Journal*, May 27, 2015.
- Voss, Jason. "The Intuitive Investor: A Simple Model of Intuition," *CFA Institute Enterprising Investor*, July 22, 2014.

# EXHIBIT A

Fabio Savoldelli
New York, NY  10024
Tel (212) 579-4300 / Cell (917) 699 6294
Email – FPS@AltInvInst.com

**Consultant, Alternatives Investment Institute.** New York, NY (2012 to Present)
*Multi-State Family Office*: Advise CEO on full spectrum of hedge fund investments for retail and institutional clients. Perform analytics and due diligence on a range of alternative investments. Provide macroeconomic basis for investment positioning and participate in asset allocation and risk budgeting.
*Individual Hedge Funds*: Advise funds on structure and selection of service providers, advise funds on macroeconomic factors, risk positioning and hedging strategies.

***Board Positions 2016-Present):*** Independent Director, Sphera Global Healthcare and Sphera Global Biotech funds.

Fall Semesters, 2007-Present
**Adjunct Professor, Department of Finance and Economics,
Columbia University Graduate School of Business**

Sole professor teaching *Hedge Funds*, a course focused on identifying the drivers of success in hedge funds and the limitations of applying traditional security analysis for investments to hedge funds.  Lectures cover trades and portfolio risks in a variety of hedge fund styles, with particular focus on identifying risk, successful hedging strategies. Fiduciary responsibility, with the definition of primary and support roles, and the avoidance of conflicts of interest, is covered in all relevant lectures.

Lecture topics include:

- The role and obligations of the Manager, Administrator, Fund Accountant, Evaluation Agent, Prime Broker, Placement Agent, Consultants etc.
- Fiduciary Duty: Mangers, Marketers, Prime Brokers, Administrators, Auditors, Directors and Investors: who owes what to whom?  What is "disclosure?"  What is industry best practice for in the hedge fund world?
- When things go wrong… Side pockets, discretionary liquidity restrictions, forced liquidations and "fair value."  Impact and costs of hard decisions
- Hedge Fund Due Diligence: Questions to Ask and Expect
- Investor Criteria for Fund Investment and Retention
- Directional Investing (equity and macro), Event Driven Strategies, Arbitrage and Relative Value Strategies
- "Delivering Alpha" Alpha drivers, categories and styles.  Modeling resultant performance across asset classes.
- Quantitative Return Measures:
- Hedge Fund Leverage
- Short Selling.  Mechanics of short selling, risk and returns
- Hedge fund "core investment  philosophy"  and "residual trade risk"
- Merger Arbitrage as a "classic arbitrage strategy" with parallels to written options.  M&A cyclicality and the basis for merger arbitrage profitability.
- Fixed Income Arbitrage: key concepts and risks
- Long Term Capital: Lessons in Risk Control.  Some learned, some not…
- Equity Investing From a Hedge Fund Perspective
- Macro Investing From a Hedge Fund Perspective

May 2007 – May 2012
**Optima Fund Management,** New York
*Chief Investment Officer, Partner*
***Investment Leadership:***

*Chief Investment Officer*
Partner responsible for investment and performance of $3.2BN fund of funds, including manager selection and portfolio construction.  Set key components of "top down" view of sector allocation, as well as final responsibility for all "bottom up" manager selection.
Recognized in the industry as an early identifier of Madoff, with a proven track record of successfully avoiding operational issues in funds.
Sector Head for Discretionary, Quantitative, Fixed Income and Frontier strategies.  Selected / recruited team investing in funds across entire Hedge Fund spectrum.
Created fund platform for direct investment into approved managers.

1997 – April 2007
**Merrill Lynch,** New York, New York
**MLIM**
*Managing Director, ML Investment Managers*
*President, Chief Investment Officer, MLIM Alternative Strategies*
***Investment Leadership***
> Devised qualitative and quantitative due diligence process that has consistently avoided fund defaults, frauds and inappropriate strategies.
> Implemented quantitative alternative investment asset allocation methodology that produced a maximum monthly loss of less than 2%, with only two down months in three years.  Assets consistently outperformed HFR index with much lower volatility.
> Created broad alternative investment asset allocation model that integrates Hedge Funds, CDO, CBO and private equity investments with traditional portfolios.
> Oversaw ML proprietary capital in hedge funds and private equity investments.
> Selected mangers and approved service providers for ML Hedge Access, the first major hedge fund platform created for domestic and international investors.
**GMI**
*Managing Director, ML Industry Specialist Group*
> Led team of recognized industry experts in Banking, Insurance regulation, Structured Products and Asset Allocation.
> Advised insurance companies, commercial banks and central banks (G7 and Latin American) on asset allocation and advanced portfolio management, optimized to their regulatory constraints.
> Advised mutual fund companies on improving total performance and Morningstar (risk adjusted) ratings through superior asset allocation.

1995 - 1997
**Chase Manhattan Private Bank,** New York, New York
*Chief Investment Officer (Americas)*
> Set Investment policy for all Institutional and Private Client accounts in North and South America.  Co-Director, Chase Trust Committee.   Direct management of Chase Manhattan Bank's key clients.  Direct reports included 28-person team of domestic and international senior money managers, running $22 Bn in discretionary and Trust assets.
***Investment Leadership***
> Introduced alternative and international investments to domestic accounts.

1989 – 1995
**Swiss Bank Corporation,** New York, New York
*Deputy Chief Investment Officer, Head of Fixed Income and Foreign Exchange*
> Responsible for all investment activity in absence of CIO.
> Responsible for top-down component of asset allocation.
> Portfolio Review committee Senior Member, ensuring compliance with objectives across 100+ accounts.
> Extensive training of investment staff in theory, application and systems requirements of modern portfolio theory, derivatives and advanced fixed income and FX investment techniques.  Actively trained relationship managers.
> Broadened product line, including launch of first foreign bank managed SEC registered mutual fund.
*Director, Fixed Income*
> Responsible for all private client, institutional SBC Pension and 401(k) accounts.
> Aggregate returns ranked consistently in Money Magazine Top Ten Short-Intermediate Taxable Bond Funds.
*Deputy CIO, Equities*
> Set macro-economic factors, dividend discount parameters, set EPS estimates in all G7 and selected Pac Rim and Latin American markets.
> Extensive client contact with presentations to clients and to the media.  Presentations ranged from individual family office seminars to presentations to boards of Fortune 500 companies.

1987 – 1989
**Bank of Tokyo International Asset Management,** London, England
*Senior Fund Manager, Head of Dollar Block Fixed Income*
> Oversaw multi-currency investments.
> Devised asset allocation model, wrote analytics.
> Introduced high-yield and dynamic derivative product hedging.

1983 – 1985
**Edilesse Group,** Toronto, Canada
       Cash flow and rental analysis.
       Regulatory approvals and funding.

**Media/Industry Recognition:**
Bloomberg TV Contributing Editor on Hedge Funds
Numerous (non-purchased) speaking engagements, including AIMR best practice presentations
GAIM Monaco/London/Geneva conference etc.  Extensively quoted in all media.

**Academics:**
1986 – 1987
**London School of Economics,** London, England
Post Graduate Diploma in Business Studies (DBS), Awarded with "Academic Credit."

1986
**University of Windsor,** Windsor, Canada
B.A. Economics (First Class Honors in Econ.) Industrial Engineering Minor.

**Fabio Savoldelli**

**Testimony**

*Highline Capital Management, LLC v. High Line Venture Partners, L.P., et al.*, Case No. 1:15-cv-00660, United States District Court, Southern District of New York, 2015

*Kortright Capital Partners LP, et al., v. Investcorp Investment Advisers Limited*, Case No. 16-cv-7619, United States District Court, Southern District of New York, 2018

*Firefighters Retirement System, et al., v. Citco Group Limited, et al.*, Case No. 3:13-cv-00373, United States District Court, Middle District of Louisiana, 2018

*Arc Capital, LLC, Rakshitt Chugh And Peak XV Capital, LLC v. Aashish Kalra, Trikona Advisers, Ltd,* Case No. HHV-CV-14-v. 6047993-S, Superior Court J.D. of Hartford CT, 2020

*Iowa Pub. Emps.' Ret. Sys. et al. v. Bank of Am. Corp. et al.,* No. 1:17-cv-06221-KPF,  United States District Court, Southern District of New York, 2021

*Manbro Energy Corporation v. Chatterjee Advisors, LLC, et al.,* 20 Civ. 3773 (LGS). United States District Court, Southern District of New York, 2021

*GWA, LLC, George A. Weiss Tax Matters Partner, Petitioner, v. Commissioner of Internal Revenue, Respondent,* No. 6981-192022, United States Tax Court, 2022

*RMBS Recovery Holdings I, LLC, et al., v. HSBC BANK USA*, Case No. 2017-7583, Fairfax County Virginia Circuit Court, 2022

*Politan Capital Management LP et al., v. Joe E. Kiani and Masimo Corporation*, Court of Chancery of the State of Delaware, C.A. No. 2022-0948, 2023

*Delaware County Employees Retirement System v. Adapthealth Corp. et al.*, United States District Court Eastern District of Pennsylvania, Civ. Action No. 2:21-cv-03382-HB, 2023

*Aurelius Capital Master, Ltd. v. Hertz International Limited, et al.*, New York Supreme Court, County of New York, No. 654710/2021, 2023