# Exhibit E

FD-302 (Rev. 5-8-10)

**FEDERAL BUREAU OF INVESTIGATION**



Date of entry    12/28/2023

    On December 15, 2023, SHUYI XU was interviewed via Webex video conference by Southern District of New York (SDNY) Assistant United States Attorneys Alexandra Rothman and Matthew Podolsky. Also present for the interview were Federal Bureau of Investigation Special Agent Taylor LaGrange and XU's counsel, Attorneys Peter Neiman and Sara Maldonado of WilmerHale law firm.



Investigation on 12/15/2023 at New York, New York, United States (Other (Webex))

File # 318B-NY-3416770      Date drafted 12/16/2023

by Taylor N. LaGrange

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

318B-NY-3416770

Continuation of FD-302 of (U) Interview of Shuyi Xu, 12/15/2023 , On 12/15/2023 , Page 4 of 8

█████████████████████████████████████████
████████

███████████████████████████████████████████
██████████████████████████████████████
████████

      ███████████████████████████████████████
██████████████████████████████████████████
████████████████████████████

      █████████████████████████████████████
██████████████████████████████████████████
██████████████████████████████████████████
██████████████████████████████████████████
██████████████████████████████████████████
████████████████████████████████████

      ███████████████████████████████████████
█████████████████████

      ██████████████████████████████████████████
██████████████████████████████████████████
███████████████████████ If XU knew ARCHEGOS's positions were greater than 30% of NAV, XU would have taken different actions. Because the impact would have been greater, there would likely have been more credit limits or internal discussions regarding exposure and lending. It would have had a material impact.

██████████████████████████████████████████
██████████████████████████████████████████
██████████████████████████████████████████
██████████████████████████████████████████
█████████████████████████████████

      ██████████████████████████████████████████
██████████████████████████████████████████
██████████████████████████████████████████
████████████

██████████████████████████████████████████
██████████████████████████████████████
████████