# Exhibit F

FD-302 (Rev. 5-8-10)                - 1 of 12 -



FEDERAL BUREAU OF INVESTIGATION

Date of entry    09/01/2021

On August 3, 2021, SCOTT BECKER, date of birth August 16, 1983, was interviewed at the US Attorney's Office for the Southern District of New York. BECKER was represented during the interview by his attorneys, Jason Brown and Phoebe King. Present (in person or via video-teleconference) during the interview from the government were SA Thomas McDonald, SA William Bolinder, AUSA Andrew Thomas, AUSA Matthew Podolsky, AUSA Alex Rossmiller, Andrew Dean (SEC), Joshua Brodsky (SEC), David Zetlin-Jones (SEC), Brian Fitzpatrick (SEC), Osman Nawaz (SEC), Jack Murphy (CFTC), and Alejandra de Urioste (CFTC).

Investigation on  08/03/2021  at  New York, New York, United States (In Person)

File #  318B-NY-3416770                                      Date drafted  08/05/2021

by  Thomas W. McDonald, William A. Bolinder

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

■■■

In early 2020, ACM had a large short position in TESLA that had not performed well, and by February 2020, the firm was down roughly 70% year-to-date, largely as a result of the TESLA position. ACM's gross exposure and leverage had grown extremely high because of this poor performance, and between February and April 2020, ACM's prime brokers were calling more frequently for updates.

BECKER asked HALLIGAN what he should tell the banks about ACM's gross exposure. In response, HALLIGAN created a monthly report that calculated ACM's year-to-date average gross exposure, a number that significantly understated the firm's true gross exposure at the time. HALLIGAN told BECKER to provide that misleading figure to the banks in response to their questions.

