# Exhibit G

8/3/21
Scott Becker
Jason Brown
Phoebe King
Andrew Thomas
Alex Rossmiller
Matt Podolsky
Andrew Dean (SEC)
Josh Brodsky
David Jones
Brian Fitzpatrick
one more SEC
Jack Murphy (CFTC)
Alejandra (CFTC)
Bollinder
TM

3501-002
Becker, Scott
Page 1 of 24

- Plt made monthly report - w/ year to date avg. gross exp.
- This was lower the the real #
- Plt told me to use this # w/ banks

3501-002
Becker, Scott
Page 9 of 24