# Exhibit I

FD-302 (Rev. 5-8-10)

- 1 of 14 -



**FEDERAL BUREAU OF INVESTIGATION**

Date of entry  02/15/2022

On December 20, 2021, SCOTT BECKER, previously known, was interviewed via Webex. BECKER was represented during the interview by his attorneys, Jason Brown and Phoebe King. Present during the interview from the government were SA William Bolinder, AUSA Andrew Thomas, AUSA Matthew Podolsky, David Zetlin-Jones (SEC), Andrew Dean (SEC), Brian Fitzpatrick (SEC), Alejandra de Urioste (CFTC), Jack Murphy (CFTC), and Ben Rankin (CFTC). Also present for parts of the interview was SA Andreas Economou-Ellison with the FBI.



Investigation on 12/20/2021 at New York, New York, United States (, Other (WebEx))

File # 318B-NY-3416770                              Date drafted 12/20/2021

by William A. Bolinder, ECONOMOU-ELLISON ANDREAS MICHAEL

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.



[The document labeled '00 MUFG-Archegos-0000418-MUFG-Archegos-0000429_native' was reviewed with BECKER.]

   BECKER was generally aware of the type of language being used in this document, but was not aware of what language was specifically used with

MUFG.

