# Exhibit J

FD-302 (Rev. 5-8-10)



**FEDERAL BUREAU OF INVESTIGATION**

Date of entry: 05/19/2022

On April 15, 2022, SCOTT BECKER (BECKER), formerly employed at Archegos Capital Management (Archegos), was interviewed at the United States Attorney's Office, Southern District of New York, located at One Saint Andrew's Plaza, New York, New York 10007. Present during the interview was BECKER's legal counsel Jason Brown and Phoebe King from Cohen & Gressner; Special Agent Andreas M. Economou-Ellison from the Federal Bureau of Investigation; and Assistant United States Attorney (AUSA) Andrew Thomas and AUSA Matthew Podolsky.



Investigation on 04/15/2022 at New York, New York, United States (In Person)

File # 318B-NY-3416770                    Date drafted 04/15/2022

by ECONOMOU-ELLISON ANDREAS MICHAEL

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

318B-NY-3416770

Continuation of FD-302 of (U) Interview of Scott Becker on 04/15/2022 , On 04/15/2022 , Page 5 of 8



[Agent Note: At this point in the interview, BECKER reviewed Document C, which will be maintained as a 1A associated with this serial. After review, BECKER provided the following information:]


MUFG sent an automated email to the operations team and then someone from the team reviewed the documents.

Pre-COVID, the procedure was for operations to print the trade confirms out. Starting in or about March 2020, the operations team started using DocuSign for HALLIGAN to sign them instead of mailing the physical document to HALLIGAN's house to sign. BECKER was the first to sign up for DocuSign, but in or about mid to late 2020, the other operations team members got their own accounts as well. HALLIGAN would go into DocuSign to give his signature and then the document could be downloaded through DocuSign. The brokers accepted the document signed in this fashion.



318B-NY-3416770

Continuation of FD-302 of (U) Interview of Scott Becker on 04/15/2022 , On 04/15/2022 , Page 6 of 8

BECKER did not have any specific conversations with Ropes & Gray regarding the clause in the third to last page of Document C, paragraph (iii) Exchange Act Filing, section (C). ████████████