# Exhibit M

(Multicurrency—Cross Border)



# ISDA®

International Swap Dealers Association, Inc.

# MASTER AGREEMENT

dated as of
December 6, 2013
between

GOLDMAN SACHS INTERNATIONAL    and    ARCHEGOS FUND, LP

have entered and/or anticipate entering into one or more transactions (each a "Transaction") that are or will be governed by this Master Agreement, which includes the schedule (the "Schedule"), and the documents and other confirming evidence (each a "Confirmation") exchanged between the parties confirming those Transactions.

Accordingly, the parties agree as follows:—



Copyright © 1992 by International Swap Dealers Association, Inc.

GOVERNMENT
EXHIBIT
311
22 Cr. 240 (AKH)

Grand Jury Material: Confidential Pursuant to Fed. R. Crim. P. 6(E)

GS-ARCHEGOS-SDNY-00000019
SDNY_P001_0004949341

**Part 3.  Agreement to Deliver Documents**



(b)    For the purpose of Section 4(a)(ii) each party agrees to deliver the following documents, as applicable:

| Party required to deliver document | Form/Document/ Certificate | Date by which to be delivered | Covered by Section 3(d) Representation |
|---|---|---|---|
| GSI and Counterparty | Evidence reasonably satisfactory to the other party of the signing authority and specimen signature of any individual executing this Agreement, any Credit Support Document and any Confirmation on its behalf | Upon or promptly following execution of this Agreement and thereafter promptly following request | Yes |
| GSI and Counterparty | Any Credit Support Document specified in Part 4(f) herein | Promptly following execution of this Agreement | No |

(GSI Form of Hedge Fund Schedule (NY Law) (July2012)

- 5 -

Grand Jury Material: Confidential Pursuant to Fed. R. Crim. P. 6(E)

GS-ARCHEGOS-SDNY-00000041
SDNY_P001_0004949363

| Party required to deliver document | Form/Document/ Certificate | Date by which to be delivered | Covered by Section 3(d) Representation |
|---|---|---|---|
| GSI | Most recent annual audited public financial statements of GSI's Credit Support Provider | Promptly following reasonable demand by Counterparty | Yes |
| Counterparty | Annual and semi-annual financial statements of Counterparty | Promptly following reasonable demand by GSI | Yes |
| Counterparty | Resolutions or other documents evidencing authority to enter into this Agreement and Transactions hereunder | Upon execution of this Agreement | Yes |
| Counterparty | Monthly written statement of Net Asset Value and performance data | Within 10 calendar days from each month end, and a good-faith oral estimate within 24 hours following request by GSI | Yes |
| Counterparty | Investment management agreement | Upon request by GSI | Yes |
| GSI and Counterparty | Any other information reasonably requested by the other party | Upon request | Yes |



(GSI Form of Hedge Fund Schedule (NY Law) (July 2012)

Grand Jury Material: Confidential Pursuant to Fed. R. Crim. P. 6(E)

GS-ARCHEGOS-SDNY-00000042
SDNY_P001_0004949364