# Exhibit Q



OFFICIAL RECORD

# FEDERAL BUREAU OF INVESTIGATION

Date of entry  09/03/2021

NASTASSIA LOCASTO, Vice President at Goldman Sachs, was interviewed at the United States Attorney's Office for the Southern District of New York located at 1 Saint Andrews Plaza, New York, NY 10007. Present during the interview were LOCASTO's counsel Victor Hou and Natalie Turchi. Also present from Goldman Sachs in-house counsel was David Markowitz. ▉

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

Investigation on 08/12/2021 at New York, New York, United States (In Person)

File # 318B-NY-3416770        Date drafted 08/16/2021

by William A. Bolinder, Thomas W. McDonald

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

318B-NY-3416770

Continuation of FD-302 of (U) Interview of Nastassia Locasto - August 12, 2021 , On 08/12/2021 , Page 9 of 15

If ARCHEGOS had significant positions at other dealers and were already in the names that they were representing to be new names they were taking on with Goldman, this would have mattered and would have been very significant for LOCASTO and Goldman to know. There are Section 16 rules for considerations around disclosures in regards to ownership thresholds, so it would have been important for LOCASTO to know about ARCHEGOS's holdings for escalation purposes to raise to Goldman's legal team. There is a general guideline that at approximately 5% ownership of a company's stock, there has to be a representation that clients sign that they will fulfill their filing obligations. The rule is approximately 10% for U.S. issued companies.

