# Exhibit U

AO 245E (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
Sheet 1

# UNITED STATES DISTRICT COURT

District of _____

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| V. | (For Organizational Defendants) |
| TIGER ASIA MANAGEMENT, LLC | CASE NUMBER: 2:12cr808(SRC)(1) |
| | LAWRENCE S. LUSTBERG, ESQS. |
| | Defendant Organization's Attorney |

**THE DEFENDANT ORGANIZATION:**

☑ pleaded guilty to count(s)  one information

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The organizational defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18:1343 | Wire Fraud | 12/2008 - 1/2009 | 1 |

The defendant organization is sentenced as provided in pages 2 through ___3___ of this judgment.

☐ The defendant organization has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant organization must notify the United States attorney for this district within 30 days of any change of name, principal business address, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant organization must notify the court and United States attorney of material changes in economic circumstances.

Defendant Organization's
Federal Employer I.D. No.: _____

Defendant Organization's Principal Business Address:

SPECIAL ASSESSMENT: $400.00 ON COUNT 1
INFORMATION

12/12/2012
Date of Imposition of Judgment

_Signature of Judge_

Stanley R. Chesler, U. S. D. J.
Name of Judge / Title of Judge

12/12/2012
Date

Defendant Organization's Mailing Address:

GOVERNMENT EXHIBIT 2705
22 Cr. 240 (AKH)

AO 245E    (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
Sheet 2 — Probation

DEFENDANT ORGANIZATION: TIGER ASIA MANAGEMENT, LLC
CASE NUMBER: 2:12cr808(SRC)(1)

Judgment—Page 2 of 3

## PROBATION

The defendant organization is hereby sentenced to probation for a term of :
**1 YEAR ON COUNT ONE OF THE INFORMATION**

The defendant organization shall not commit another federal, state or local crime.

If this judgment imposes a fine or a restitution obligation, it is a condition of probation that the defendant organization pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant organization must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page (if indicated below).

## STANDARD CONDITIONS OF SUPERVISION

1) within thirty days from the date of this judgment, the defendant organization shall designate an official of the organization to act as the organizations's representative and to be the primary contact with the probation officer;
2) the defendant organization shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
3) the defendant organization shall notify the probation officer ten days prior to any change in principal business or mailing address;
4) the defendant organization shall permit a probation officer to visit the organization at any of its operating business sites;
5) the defendant organization shall notify the probation officer within seventy-two hours of any criminal prosecution, major civil litigation, or administrative proceeding against the organization;
6) the defendant organization shall not dissolve, change its name, or change the name under which it does business unless this judgment and all criminal monetary penalties imposed by this court are either fully satisfied or are equally enforceable against the defendant's successors or assignees; and
7) the defendant organization shall not waste, nor without permission of the probation officer, sell, assign, or transfer its assets.

SDNY_P015_0000000043

AO 245E (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
Sheet 2A — Probation

DEFENDANT ORGANIZATION: TIGER ASIA MANAGEMENT, LLC
CASE NUMBER: 2:12cr808(SRC)(1)

Judgment—Page 3 of 3

## ADDITIONAL PROBATION TERMS

CONSENT JUDGMENT AND ORDER OF FORFEITURE FILED IN THE AMOUNT OF $16,257,918.00

SDNY_P015_0000000044