# Exhibit V

From: Park, Raymond
Sent: Sunday, December 28, 2008 6:56 PM
To: Hwang, Bill; Tomita, William
Subject: Re: Trades

Got it

—— Original Message ——
From: Hwang, Bill
To: Tomita, William; Park, Raymond
Sent: Sun Dec 28 18:33:38 2008
Subject: Trades

NO TRADES in Japan and Korea.

For HK DAY ORDER,

Short $5 mil. BOC,

Long.BUY $5 mil. each ICBC, CCB and China Life

For LONG BUY, USE Japanese and/or Execution only brokers and DO NOT TRADE last one hour.

**GOVERNMENT
EXHIBIT
2751**
22 Cr. 240 (AKH)

FOIA Confidential Treatment Requested by Tiger Asia