# Exhibit W

Message Sent: 12/30/2008 23:13:16
From: WTOMITA1@Bloomberg.net|WILLIAM TOMITA(5464256)|TIGER ASIA MANAGEMEN|237861|237861
To: OFFPISTE@Bloomberg.net|RAYMOND PARK(4000421)|TIGER ASIA MANAGEMEN|237861|237861
Subject: ORder pls: Long sell 939 HK CCB, 34,530,000 shs. please sell

ORder pls: Long sell 939 HK CCB, 34,530,000 shs. please sell
full size during auction.


*WILL GO TO FOX



GOVERNMENT
EXHIBIT
2752
22 Cr. 240 (AKH)

FOIA Confidential Treatment Requested by Tiger Asia

TIGA-E-00389252

SDNY_P021_0000000002