# Exhibit X

From: Hwang, Bill
Sent: Monday, January 05, 2009 8:47 PM
To: Park, Raymond; Tomita, William
Subject: Re: CCB

Correct!

—— Original Message ——
From: Park, Raymond
To: Hwang, Bill; Tomita, William
Sent: Mon Jan 05 20:46:05 2009
Subject: RE: CCB

Got it.  Cancels the previous instructions.

——Original Message——
From: Hwang, Bill
Sent: Monday, January 05, 2009 8:45 PM
To: Park, Raymond; Tomita, William
Subject: CCB

Today
let's
1) short $30 mil. AND long buy $10 mil during the regular session

2) And then, Long sell $5 mil at the Auction.

**GOVERNMENT
EXHIBIT
2753**
22 Cr. 240 (AKH)

FOIA Confidential Treatment Requested by Tiger Asia

TIGA-E-00006354

SDNY_P021_0000000003