# Exhibit Y

**From:** Tomita, William
**Sent:** Tuesday, January 06, 2009 3:04 AM
**To:** DeSanto, Peter; Becker, Scott; Osei, Barima
**Cc:** Park, Raymond
**Subject:** CCB

4 trades:

Bot long 17 mm shs w/ CLSA.
Long sold 17 mm shs w/ Daiwa.

Sold short 50 mm shs w/ Nom.
Sold short 43 mm shs w/ Fox.

Pls settle shorts at MS PB.

**GOVERNMENT EXHIBIT 2754**
22 Cr. 240 (AKH)

FOIA Confidential Treatment Requested by Tiger Asia

TIGA-E-00154077

SDNY_P021_0000000004