# Exhibit Z

**From:** Tomita, William
**Sent:** Tuesday, January 06, 2009 9:39 PM
**To:** Halligan, Patrick
**Cc:** Park, Raymond
**Subject:** CCB w/ CS

Pat,

I think it will be a lot less suspicious w/ CS to convert from swap to cash at CS PB (assuming HK shorts are OK to settle there), than transferring it away. I know we were adverse to this as we have not settled any trades there before. Let us know what you think.

Thx,
Will

FOIA Confidential Treatment Requested by Tiger Asia

GOVERNMENT
EXHIBIT
2755
22 Cr. 240 (AKH)

TIGA-E-00154376

SDNY_P021_0000000005