# Exhibit AA

**From:** Tomita, William
**Sent:** Wednesday, January 07, 2009 2:30 AM
**To:** Hwang, Bill
**Cc:** Park, Raymond; Halligan, Patrick
**Subject:** CCB swap conversions / settlement

Bill,

We've converted our full swap positions at BNP, MS & CS to cash positions. We also converted all except $50 mm USD at DB swap to cash.

This means that we should have around 1,675 mm shares short as cash that can get collapsed when the long allocation settles. The allocation size was 1,997 mm shs, so this will leave us w/ a balance of 322 mm shs to collapse (~$165 m USD).

In terms of where the long allocations will physically settle, this will be determined tomorrow w/ Pat's team, and to my knowledge is not yet set in stone until then.

The Citi swap position we have left unconverted as the timing did not seem right from a strategic standpoint to protect our motivation and intent, but we assume tomorrow should be OK to do so.

UBS, Nom, and Maq swap we have left unconverted for the time being as discussed.

Thx,
Will

GOVERNMENT
EXHIBIT
2756
22 Cr. 240 (AKH)

FOIA Confidential Treatment Requested by Tiger Asia

TIGA-E-00007294

SDNY_P021_0000000006