# Exhibit BB

From: Tomita, William
Sent: Tuesday, January 13, 2009 12:51 AM
To: Hwang, Bill
Cc: Park, Raymond
Subject: RE: BOC

Sounds good--Thanks.

——Original Message——
From: Hwang, Bill
Sent: Tuesday, January 13, 2009 12:51 AM
To: Tomita, William
Subject: Re: BOC

Sure.  Don't worry even if it happens again.

—— Original Message ——
From: Tomita, William
To: Hwang, Bill; Park, Raymond
Sent: Tue Jan 13 00:48:20 2009
Subject: RE: BOC

OK we will do so. If for some reason it ticks down again like yesterday's PM session it may be difficult to complete the full
size but will watch it closely so as to avoid that best possible.

——Original Message——
From: Hwang, Bill
Sent: Tuesday, January 13, 2009 12:46 AM
To: Tomita, William; Park, Raymond
Subject: Re: BOC

Perfect. Don't finish the short selling too early.  Short steadily until the end pls.

—— Original Message ——
From: Tomita, William
To: Hwang, Bill; Park, Raymond
Sent: Tue Jan 13 00:43:51 2009
Subject: RE: BOC

Understood. We will short the remaining aprox $13.4 mm USD balance in the PM session.

This will bring us to an aprox total short of $134.2 mm USD (550,226,000 shs).

——Original Message——
From: Hwang, Bill
Sent: Tuesday, January 13, 2009 12:41 AM
To: Tomita, William; Park, Raymond
Subject: Re: BOC

I changed my mind.

Short remainder in the PM pls.

—— Original Message ——
From: Tomita, William
To: Park, Raymond; Hwang, Bill
Sent: Mon Jan 12 23:34:13 2009
Subject: RE: BOC

AM session just closed. Total shorted today: $28.7 mm.

Total size of short including today's new short is: $120.8 mm (499,226,000 shs).

GOVERNMENT
EXHIBIT
2757
22 Cr. 240 (AKH)

FOIA Confidential Treatment Requested by Tiger Asia

TIGA-E-00010730

SDNY_P021_0000000007