UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
UNITED STATES OF AMERICA,                                    :
                                                             :
                                                             :        No. 22-cr-240 (AKH)
            v.                                               :
                                                             :
SUNG KOOK (BILL) HWANG and PATRICK                           :
HALLIGAN,                                                    :
                                                             :
                    Defendants.                              :
                                                             :
-------------------------------------------------------------x

### REPLY DECLARATION OF MARY E. MULLIGAN
### IN FURTHER SUPPORT
### OF PATRICK HALLIGAN'S MOTIONS *IN LIMINE*

1.      I am a member of the bar of this Court and a member of Friedman Kaplan

Seiler Adelman & Robbins LLP, counsel to defendant Patrick Halligan. I submit this declaration

to make part of the record a document related to Mr. Halligan's motions *in limine*. The

statements in this declaration are based on my personal knowledge.

2.      To the best of my knowledge, information, and belief, the exhibit to this

declaration is a true and correct copy of the following document.

3.      Exhibit A is a redacted excerpt of the government's letter to defense

counsel dated October 19, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
        April 9, 2024

                                                    *s/ Mary E. Mulligan*
                                                    Mary E. Mulligan

1

4866-1480-5173.1