UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
UNITED STATES OF AMERICA             :
                                     :
                                     :   **SCHEDULING ORDER**
   -against-                         :
                                     :   22 Cr. 240 (AKH)
                                     :
SUNG KOOK (BILL) HWANG and           :
PATRICK HALLIGAN,                    :
                                     :
                        Defendants.  :
------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The final pre-trial conference set for this Thursday, April 11 will begin at 10:00 a.m. instead of 2:30 p.m. and will continue through the day. If issues remain following Thursday's conference, the Court will take them up on Monday, April 15, 2024 beginning at 11:00 a.m.

Dated:    SO ORDERED.        __/s/ Alvin K. Hellerstein__
                                       ALVIN K. HELLERSTEIN
        April 9, 2024        United States District Judge
        New York, New York

1