# EXHIBIT A

O5GVHWA1

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
UNITED STATES OF AMERICA,

            v.                          22 CR 240(AKH)

SUNG KOOK HWANG and PATRICK
HALLIGAN,
            Defendants.                 Trial
------------------------------x
                                        New York, N.Y.
                                        May 16, 2024
                                        10:05 a.m.
Before:

                HON. ALVIN K. HELLERSTEIN,

                                        District Judge
                                        -and a jury-
                        APPEARANCES

DAMIAN WILLIAMS,
     United States Attorney for the
     Southern District of New York
BY:  MATTHEW D. PODOLSKY
     ANDREW M. THOMAS
     ALEXANDRA ROTHMAN
     SAMUEL ROTHSCHILD
     Assistant United States Attorneys

FRIEDMAN KAPLAN SEILER ADELMAN & ROBBINS LLP
     Attorneys for Defendant Halligan
BY:  MARY MULLIGAN
     TIMOTHY HAGGERTY
     BONNIE BAKER
     ANIL VASSANJI
     RUPITA CHAKRABORTY

KRAMER LEVIN NAFTALIS & FRANKEL LLP
     Attorneys for Defendant Hwang
BY:  BARRY H. BERKE
     DANI R. JAMES
     JORDAN L. ESTES
     MICHAEL MARTINEZ
     MICHELLE BEN-DAVID
     SHAKED SIVAN
     DAYNA CHIKAMOTO
```

                On behalf of Mr. Halligan, we have no questions for
1
2    Mr. Jones.
3                THE COURT:  Thank you very much, Mr. Haggerty.
4                Mr. Thomas, redirect.  Any?
5                MR. THOMAS:  Very briefly, your Honor.
6                Sorry to spoil the mood.
7    REDIRECT EXAMINATION
8    BY MR. THOMAS:
9    Q.   Mr. Jones?
10   A.   Yes.
11   Q.   How many times did you advise Mr. Hwang on how much Viacom
12   to buy?
13   A.   I never advised Mr. Hwang on how much Viacom to buy.
14   Q.   Or at what prices?
15   A.   No.
16   Q.   Now, you were just asked some questions by Ms. James about
17   a proposal by Archegos to the banks that the banks would pay
18   for the Archegos deferred comp.  Do you remember that subject?
19               THE COURT:  He remembers.
20   A.   Yes.
21               THE COURT:  It was two minutes ago.
22   Q.   Was there any proposal to ask Mr. Hwang to pay for the
23   deferred compensation of his employees?
24               MS. BAKER:  Objection.
25               THE COURT:  Overruled.

1  A.  Well, there was a discussion around Mr. Hwang being able to
2  contribute and help the employees as part of that and to
3  potentially fund that, yes.
4  Q.  And he didn't do it, did he?
5  A.  He did not.
6          MR. THOMAS:  Nothing further.
7          THE COURT:  Thank you.  You are excused, Mr. Jones.
8          THE WITNESS:  Okay.
9          THE COURT:  Thanks very much.
10         (Witness excused)
11         THE COURT:  Our next witness, please.
12         MR. ROTHSCHILD:  United States calls Jennifer Miranda.
13         THE COURT:  Let's all pay attention to the oath.
14  JENNIFER MIRANDA,
15      called as a witness by the Government,
16      having been duly sworn, testified as follows:
17         THE COURT:  You may inquire, Mr. Rothschild.
18         MR. ROTHSCHILD:  Thank you, your Honor.
19  DIRECT EXAMINATION
20  BY MR. ROTHSCHILD:
21  Q.  Good afternoon, Ms. Miranda.
22          Where do you work?
23  A.  I work at Jefferies Financial Group.
24  Q.  What's Jefferies?
25  A.  Jefferies is an investment bank.