# Exhibit A

**Thread**
**Participants:** +15165780616 Dave Hohlman;+15169845293 Jesse Martz;+12158209375 Barima Osei;scott.v.becker@gmail.com Scott Becker (owner)
**ThreadFirst:** 2020-01-29 16:05:19
**ThreadLast:** 2020-01-29 21:02:45

+12158209375 Barima Osei

**01/29/20 04:05:19 PM**

*~/Library/SMS/Attachments/7d/13 /8075B648-D119-4032- B676-213E0D124899/IMG-20200129- WA0015.jpg*

~/Library/SMS/Attachments/7d/13 /8075B648-D119-4032- B676-213E0D124899/IMG-20200129- WA0015.jpg

+15165780616 Dave Hohlman

**01/29/20 04:07:53 PM**
Laughed at an image

+15165780616 Dave Hohlman

**01/29/20 06:19:26 PM**
Pat just emailed

+12158209375 Barima Osei

**01/29/20 06:26:21 PM**
Always something with that dude

+15165780616 Dave Hohlman

**01/29/20 06:26:34 PM**
Our question poked the bear

+12158209375 Barima Osei

**01/29/20 06:27:19 PM**
Thin skinned

+15165780616 Dave Hohlman

**01/29/20 06:29:22 PM**
Yup

DEFENSE EXHIBIT 7003

22-Cr-240 (AKH)

7003-1

scott.v.becker@gmail.com Scott Becker (owner)

**01/29/20 06:46:57 PM**
Just saw your SPY email Jesse.
Thank you for that. And you are
correct.

+15169845293 Jesse Martz

**01/29/20 06:47:30 PM**
Okay sweet, same pge

scott.v.becker@gmail.com Scott Becker (owner)

**01/29/20 07:02:22 PM**
These guys are out of their god damn
minds. I'm ready for Pat to reply to me
telling me I did something wrong. I
hate all of them with such a passion.

+15169845293 Jesse Martz

**01/29/20 07:03:20 PM**
Laughed at "These guys are out of
their god damn minds. I'm ready for
Pat to reply to me telling me I did
something wrong. I hate all of them
with such a passion. "

+15169845293 Jesse Martz

**01/29/20 07:03:24 PM**
Its unreal

+15165780616 Dave Hohlman

**01/29/20 07:03:31 PM**
Laughed at "These guys are out of
their god damn minds. I'm ready for
Pat to reply to me telling me I did
something wrong. I hate all of them
with such a passion. "

+15165780616 Dave Hohlman

**01/29/20 07:03:53 PM**
Can't wait for bill to cover more

**7003-2**

+12158209375 Barima Osei

**01/29/20 07:03:57 PM**
Lol

scott.v.becker@gmail.com Scott Becker (owner)

**01/29/20 07:04:04 PM**
Do they really need to know the lots tonight? And why the fuck does pat get CCd?

+15165780616 Dave Hohlman

**01/29/20 07:04:07 PM**
Then you'll see heads roll when the rates go haywire

scott.v.becker@gmail.com Scott Becker (owner)

**01/29/20 07:04:20 PM**
It's going to be awesome.

+15165780616 Dave Hohlman

**01/29/20 07:04:35 PM**
Because Will is a douche

scott.v.becker@gmail.com Scott Becker (owner)

**01/29/20 07:06:10 PM**
Daiki is going to add a column to the daily tax report and call it his new creation. Austin will have 37 questions on it. Napoleon will say it's not detailed enough. And then pat will get mad because he's so busy working on tax questions.

scott.v.becker@gmail.com Scott Becker (owner)

**01/29/20 07:06:33 PM**
Then we'll get accused of not putting forth an A+ effort.

7003-3

+15169845293 Jesse Martz

**01/29/20 07:06:36 PM**
Liked "Daiki is going to add a column to the daily tax report and call it his new creation. Austin will have 37 questions on it. Napoleon will say it's not detailed enough. And then pat will get mad because he's so busy working on tax questions. "

+15169845293 Jesse Martz

**01/29/20 07:06:54 PM**
Wild

scott.v.becker@gmail.com Scott Becker (owner)

**01/29/20 07:07:25 PM**
With any luck $$ will be sipping pina coladas on the beach next week when this all goes down. Washing the sand off his feet dreaming of wash sales.

+15165780616 Dave Hohlman

**01/29/20 07:07:32 PM**

*~/Library/SMS/Attachments/94/04 /3FD7B65E-4903-47AD-951B-6E25DEFFCA5E/ms-W17Syz.gif*

*~/Library/SMS/Attachments/94/04 /3FD7B65E-4903-47AD-951B-6E25DEFFCA5E/ms-W17Syz.gif*

+15165780616 Dave Hohlman

**01/29/20 07:07:35 PM**
Haha

+15169845293 Jesse Martz

**01/29/20 07:07:55 PM**
Lmfao

7003-4

+15165780616 Dave Hohlman

**01/29/20 07:07:59 PM**
Loved "With any luck $$ will be sipping
pina coladas on the beach next week
when this all goes down. Washing the
sand off his feet dreaming of wash
sales. "

+15169845293 Jesse Martz

**01/29/20 07:08:03 PM**
Dirty bananas!

+15165780616 Dave Hohlman

**01/29/20 07:08:13 PM**
Loved "Dirty bananas! "

+15165780616 Dave Hohlman

**01/29/20 07:08:49 PM**
I'm gonna start drinking on the job and
if anyone asks I'll say I'm doing this in
solidarity with $$.

+15169845293 Jesse Martz

**01/29/20 07:09:13 PM**
Hahahah - its team bonding

+15169845293 Jesse Martz

**01/29/20 07:09:19 PM**
Long distance style

+15165780616 Dave Hohlman

**01/29/20 07:09:25 PM**
Liked "Hahahah - its team bonding "

scott.v.becker@gmail.com Scott Becker (owner)

**01/29/20 07:09:41 PM**
We'll have Zaman set up a zoom call
that won't work.

7003-5

+15165780616 Dave Hohlman

**01/29/20 07:10:00 PM**
Laughed at "We'll have Zaman set up a zoom call that won't work. "

+15169845293 Jesse Martz

**01/29/20 07:10:04 PM**
Laughed at "We'll have Zaman set up a zoom call that won't work. "

+15165780616 Dave Hohlman

**01/29/20 07:11:01 PM**
So we are all in agreement I will put the TSLA trades in in the morning right?

scott.v.becker@gmail.com Scott Becker (owner)

**01/29/20 07:11:18 PM**
Yes.

+15165780616 Dave Hohlman

**01/29/20 07:11:45 PM**
Cool. Sorry just pulled a Will

scott.v.becker@gmail.com Scott Becker (owner)

**01/29/20 07:11:45 PM**
Btw, I finished the subtle art of not giving a fuck. Started the authors next book.

scott.v.becker@gmail.com Scott Becker (owner)

**01/29/20 07:11:50 PM**
~/Library/SMS/Attachments/89/09/5E5DC2C8-27BA-4976-BF04-8A5170156E32/IMG_6645.PNG

~/Library/SMS/Attachments/89/09/5E5DC2C8-27BA-4976-BF04-8A5170156E32/IMG_6645.PNG

7003-6

+15165780616 Dave Hohlman

**01/29/20 07:12:16 PM**
Hahahahaha

+15165780616 Dave Hohlman

**01/29/20 07:12:24 PM**
Liked an image

+15169845293 Jesse Martz

**01/29/20 07:12:28 PM**
Wow. Fridays gonna be awesome

+12158209375 Barima Osei

**01/29/20 07:34:47 PM**
How was "Subtle art...."? I thought it
was going to be our inaugural Ops
JSU

scott.v.becker@gmail.com Scott Becker (owner)

**01/29/20 07:36:45 PM**
Life altering. Great book. Only dumb
people read books that have bad
words in the title though.

+12158209375 Barima Osei

**01/29/20 07:43:14 PM**
Faith & Finance team will pray for you

scott.v.becker@gmail.com Scott Becker (owner)

**01/29/20 07:45:19 PM**
Their prayers should be focused on
the blood urinator.

+12158209375 Barima Osei

**01/29/20 08:16:32 PM**
🤣🤣🤣🤣🤣🤣🤣🤣🤣🤣

7003-7

+12158209375 Barima Osei

**01/29/20 08:55:18 PM**
Watch "Narcos: Mexico Season 2 |
Official Trailer | Netf…" on YouTube
Narcos: Mexico Season 2 | Official
Trailer | Netf…: https://youtu.be
/AGv_F9hpQ-w

scott.v.becker@gmail.com Scott Becker (owner)

**01/29/20 09:02:45 PM**
Now that's exciting

**7003-8**



7003-9















7003-16



**7003-17**





7003-19