# Exhibit B

**Thread Participants:** +18457412993 Joe (uncle) O'Malley;scott.v.becker@gmail.com Scott Becker (owner)
**ThreadFirst:** 2018-12-27 20:21:57
**ThreadLast:** 2018-12-27 20:21:57

+18458637921 Scott Becker (owner)

**12/27/18 08:21:57 PM**
Just read that article. Work smarter not harder, my work goal for 2019. For now, I'll have a few more days of getting yelled at by my boss via email while he is at his beach house in Turks and Caicos for Christmas with his spoiled Long Island family. Maybe his plane will crash on his way home. 😎 But at least i can enjoy a glass of scotch while I recover from another busy day. See you Saturday.

6809-1

DEFENSE EXHIBIT
**6809**
22-Cr-240 (AKH)