# Exhibit C

| | |
|---|---|
| **Thread Participants:** | +12158209375 Barima Osei;+15165780616 Dave Hohlman;scott.v.becker@gmail.com Scott Becker (owner) |
| **ThreadFirst:** | 2020-03-17 15:15:11 |
| **ThreadLast:** | 2020-03-17 15:18:21 |

+12158209375 Barima Osei

**03/17/20 03:15:11 PM**
I really hope Bill has been hounding Pat nonstop today

scott.v.becker@gmail.com Scott Becker (owner)

**03/17/20 03:15:47 PM**
Hopefully he infected him with Coronavirus and they both die painful slow deaths.

+15165780616 Dave Hohlman

**03/17/20 03:16:19 PM**
Hahahahaha

+12158209375 Barima Osei

**03/17/20 03:17:17 PM**
Lol there goes Scott making my little neighbourhood play a Blockbuster movie 😂😂

scott.v.becker@gmail.com Scott Becker (owner)

**03/17/20 03:18:21 PM**
Hehe.

6819-1

DEFENSE
EXHIBIT
**6819**
22-Cr-240 (AKH)