# Exhibit D

shout out

08/20/2020 11:47:20 UTC BARIMA OSEI (BOSEI1@Bloomberg.net) posted: The Moon lives!

08/20/2020 11:47:25 UTC BARIMA OSEI (BOSEI1@Bloomberg.net) posted: Almost forgot about her

08/20/2020 11:47:31 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Saeromi somehow scares these folks into thanking her a lot

08/20/2020 11:47:40 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Nah dude. Those are power moves

08/20/2020 11:47:57 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: SK taking ownership of 22, can't wait to welcome us all to HER space.

08/20/2020 11:48:06 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Then the moon jumping in and putting the smackdown on SK.

08/20/2020 11:48:20 UTC BARIMA OSEI (BOSEI1@Bloomberg.net) posted: Is it? I always thought they did that because they know Bill has sided with her on a lot of things when they bring up their own suggestions

08/20/2020 11:48:23 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Wonder if the general will reply too? He takes a long time to see emails. So maybe tomorrow

08/20/2020 11:48:27 UTC BARIMA OSEI (BOSEI1@Bloomberg.net) posted: But you make a good argument there

08/20/2020 11:48:40 UTC BARIMA OSEI (BOSEI1@Bloomberg.net) posted: Want to assert their "rank" as the first to email

08/20/2020 11:48:50 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: I feel like the pandemic has been good to SY like it has been for us.

08/20/2020 11:48:50 UTC BARIMA OSEI (BOSEI1@Bloomberg.net) posted: That's very ACM/G&M

08/20/2020 11:48:59 UTC BARIMA OSEI (BOSEI1@Bloomberg.net) posted: Yeah for sure

08/20/2020 11:49:02 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: In terms of her mental health

08/20/2020 11:49:06 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: BKO I think is right

08/20/2020 11:49:13 UTC BARIMA OSEI (BOSEI1@Bloomberg.net) posted: I was thinking the other day about the little contact we have with Pat

08/20/2020 11:49:14 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: She's got the big man on her side

08/20/2020 11:49:27 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: I've never been happier BKO

FOIA Confidential Treatment Requested-S1230350326

BBG00010247
SDNY_SWR_0000006035



08/20/2020 11:49:33 UTC BARIMA OSEI (BOSEI1@Bloomberg.net) posted: HAHA

08/20/2020 11:49:40 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: At ACM

08/20/2020 11:49:51 UTC BARIMA OSEI (BOSEI1@Bloomberg.net) posted: Like he literally has to fight to figure out what's going on with us you know?

08/20/2020 11:50:04 UTC BARIMA OSEI (BOSEI1@Bloomberg.net) posted: Before he'd be in and out the room chatting our ear off

08/20/2020 11:50:08 UTC BARIMA OSEI (BOSEI1@Bloomberg.net) posted: Stopping Scott from working

08/20/2020 11:50:19 UTC BARIMA OSEI (BOSEI1@Bloomberg.net) posted: Even his emails have dried up considerably

08/20/2020 11:50:23 UTC BARIMA OSEI (BOSEI1@Bloomberg.net) posted: We can just work

08/20/2020 11:50:28 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: 2020 has been the best work year of my life.

08/20/2020 11:50:49 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: And we can talk to each other about work stuff without the risk of him intervening

08/20/2020 11:51:02 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: And my life in general. Every time someone says, well that's 2020... I'm like F YEAH IT IS!

08/20/2020 11:51:10 UTC BARIMA OSEI (BOSEI1@Bloomberg.net) posted: HAHAHA!

08/20/2020 11:51:24 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Or saying while his eyes bug out he frowns his brow and his head goes side to side "what's up?! What's the problem?!"

08/20/2020 11:51:35 UTC BARIMA OSEI (BOSEI1@Bloomberg.net) posted: Yeah!

08/20/2020 11:51:54 UTC BARIMA OSEI (BOSEI1@Bloomberg.net) posted: And that would be just from a "Bill Hwang" email he saw pop up on someone's screen

08/20/2020 11:52:02 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: yup

08/20/2020 11:52:12 UTC BARIMA OSEI (BOSEI1@Bloomberg.net) posted: Yo can one of you get into Jefferies website? Not working for me

08/20/2020 11:52:21 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: HAHAH

08/20/2020 11:52:33 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: I'll check

08/20/2020 11:52:49 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Moon: May God give you a big reward

08/20/2020 11:52:50 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: hahaha

08/20/2020 11:52:53 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Just keeps spinning

BBG00010248
SDNY_SWR_0000006036

3609-2