# Exhibit E

10/20/2020 19:23:35 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted:   Corona zombies on 8th ave, then corona zombies in NJ.

10/20/2020 19:23:37 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted:   gross

10/20/2020 19:23:56 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted:   I drive by corona zombies in KJ.  Zombies all over man.

10/20/2020 19:26:02 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted:   haha

10/20/2020 19:37:38 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted:   What up fellas

10/20/2020 19:37:46 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted:   Yo dude

10/20/2020 19:37:49 UTC BARIMA OSEI (BOSEI1@Bloomberg.net) posted:   Jesse

10/20/2020 19:38:34 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted:   Another day in paradise around these parts?

10/20/2020 19:39:05 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted:   Barima I got that hyper volt thing by the way, such a game changer

10/20/2020 19:40:29 UTC BARIMA OSEI (BOSEI1@Bloomberg.net) posted:   sweeet

10/20/2020 19:40:33 UTC BARIMA OSEI (BOSEI1@Bloomberg.net) posted:   You used it yet?

10/20/2020 19:40:53 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted:   Yeah got it yesterday so was using it last night after a workout

10/20/2020 19:41:06 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted:   The different heads to it is a nice touch

10/20/2020 19:41:10 UTC BARIMA OSEI (BOSEI1@Bloomberg.net) posted:   Makes a big difference man

10/20/2020 19:41:20 UTC BARIMA OSEI (BOSEI1@Bloomberg.net) posted:   Good stuff

10/20/2020 19:57:18 UTC BARIMA OSEI (BOSEI1@Bloomberg.net) posted:   We're out of NFLX at G&M right?

10/20/2020 19:57:29 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted:   yup

10/20/2020 19:57:40 UTC BARIMA OSEI (BOSEI1@Bloomberg.net) posted:   sweeeeeeeeeet

10/20/2020 19:57:46 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted:   Gotta love it

10/20/2020 19:57:49 UTC BARIMA OSEI (BOSEI1@Bloomberg.net) posted:   Those ones always irritate me man

10/20/2020 19:58:08 UTC BARIMA OSEI (BOSEI1@Bloomberg.net) posted:   I'd be done with the sheets thinking the long day is done the Jesse would remind me "don't forget about G&M"

10/20/2020 19:58:16 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted:   hahahha

Confidential Treatment Requested by King & Spalding

Archegos-SDNY-03889084
SDNY_P001_0003944343

6854-1



DEFENSE EXHIBIT
6854
22-Cr-240 (AKH)

10/20/2020 19:58:25 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted:   Such a buzz kill I am

10/20/2020 19:58:32 UTC BARIMA OSEI (BOSEI1@Bloomberg.net) posted:   FACTS!

10/20/2020 19:58:35 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted:   lol

10/20/2020 19:58:50 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted:   You guys gonna need any assitance with the close?

10/20/2020 19:59:38 UTC BARIMA OSEI (BOSEI1@Bloomberg.net) posted:   Alll good on my end

10/20/2020 20:00:08 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted:   Yeah should be good dude

10/20/2020 20:00:39 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted:   Alrighty looks like Im on am Tom by the way, scotts on cash

10/20/2020 20:00:46 UTC BARIMA OSEI (BOSEI1@Bloomberg.net) posted:   sweet

10/20/2020 20:00:52 UTC BARIMA OSEI (BOSEI1@Bloomberg.net) posted:   Catch you in the AM my dude

10/20/2020 20:01:02 UTC BARIMA OSEI (BOSEI1@Bloomberg.net) posted:   Game time DH!

10/20/2020 20:01:05 UTC BARIMA OSEI (BOSEI1@Bloomberg.net) posted:   Show me something!

10/20/2020 20:01:18 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted:   Later man, hit me up if anything funky goes on in the after market hours happy to jump on and help

10/20/2020 20:01:23 UTC BARIMA OSEI (BOSEI1@Bloomberg.net) posted:   cool

10/20/2020 20:01:25 UTC BARIMA OSEI (BOSEI1@Bloomberg.net) posted:   Later

10/20/2020 20:02:14 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted:   Didn't break 5b

10/20/2020 20:02:19 UTC BARIMA OSEI (BOSEI1@Bloomberg.net) posted:   ARGHH!

10/20/2020 20:02:26 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) entered

10/20/2020 20:02:26 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) viewed history from 10/19/2020 20:02:26 UTC to 10/20/2020 20:02:26 UTC

10/20/2020 20:02:30 UTC BARIMA OSEI (BOSEI1@Bloomberg.net) posted:   We'll take an up day

10/20/2020 20:02:31 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) viewed history from 10/20/2020 04:00:00 UTC to 10/20/2020 20:02:31 UTC

10/20/2020 20:02:32 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted:   You a pirate?

10/20/2020 20:02:40 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) exited

10/20/2020 20:02:46 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted:   arghh

10/20/2020 20:02:48 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted:   haha

10/20/2020 20:03:02 UTC BARIMA OSEI (BOSEI1@Bloomberg.net) posted:   ARGHH!

10/20/2020 20:03:03 UTC BARIMA OSEI (BOSEI1@Bloomberg.net) posted:   lol

10/20/2020 20:05:35 UTC BARIMA OSEI (BOSEI1@Bloomberg.net) posted:   Trades ready for ya

10/20/2020 20:05:59 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted:   Thx dude

10/20/2020 20:12:54 UTC BARIMA OSEI (BOSEI1@Bloomberg.net) posted:   Oooh down 5%

10/20/2020 20:36:10 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted:   Yeah no bueno

10/20/2020 20:36:16 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted:   Gotta send

10/20/2020 20:36:27 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted:   Hey we got nflx on the greenies?

10/20/2020 20:37:31 UTC BARIMA OSEI (BOSEI1@Bloomberg.net) posted:   yeah

10/20/2020 20:37:36 UTC BARIMA OSEI (BOSEI1@Bloomberg.net) posted:   We don't send greenies

10/20/2020 20:37:38 UTC BARIMA OSEI (BOSEI1@Bloomberg.net) posted:   Just cap base

10/20/2020 20:37:46 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted:   word

10/20/2020 20:37:51 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted:   Good stuff not so bad

10/20/2020 20:38:00 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted:   Should have it done by 5ish

10/20/2020 20:38:06 UTC BARIMA OSEI (BOSEI1@Bloomberg.net) posted:   sweet

10/20/2020 20:38:12 UTC BARIMA OSEI (BOSEI1@Bloomberg.net) posted:   Yeah you moved quick today man

10/20/2020 20:38:19 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted:   No trades really

10/20/2020 20:38:41 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted:   And wifes bday

10/20/2020 20:38:48 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted:   So trying to hustle for dinner

10/20/2020 20:39:01 UTC BARIMA OSEI (BOSEI1@Bloomberg.net) posted:   That'll push a man every time

10/20/2020 20:39:02 UTC BARIMA OSEI (BOSEI1@Bloomberg.net) posted:   :-)

10/20/2020 20:39:23 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted:   Haha yup

10/20/2020 20:44:40 UTC BARIMA OSEI (BOSEI1@Bloomberg.net) posted:   What px are you using for NFLX?

10/20/2020 20:44:49 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted:   497.5

10/20/2020 20:44:57 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted:   You gonna do the cap base for me?

10/20/2020 20:45:04 UTC BARIMA OSEI (BOSEI1@Bloomberg.net) posted:   I can update and save the Cap Base Aftermket sheets for you

10/20/2020 20:45:10 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted:   You are the man

10/20/2020 20:45:12 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted:   Thanks dude

10/20/2020 20:45:21 UTC BARIMA OSEI (BOSEI1@Bloomberg.net) posted:   Unless you have the Combo and LP saved?

10/20/2020 20:45:28 UTC BARIMA OSEI (BOSEI1@Bloomberg.net) posted:   Then I can rock the whole thing

10/20/2020 20:45:48 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted:   Four sheets, combo and lp pdf's all saved

10/20/2020 20:45:54 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted:   Just gotta do the 10's email

10/20/2020 20:45:59 UTC BARIMA OSEI (BOSEI1@Bloomberg.net) posted:   Aftermarket sheets?

10/20/2020 20:46:07 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted:   Just save the cap base aftermarket and I'm good dude

10/20/2020 20:46:11 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted:   Yeah aftermarket

10/20/2020 20:46:26 UTC BARIMA OSEI (BOSEI1@Bloomberg.net) posted:   cool

10/20/2020 20:46:28 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted:   I'm about to do the aftermarket email I'll just wait to drop the cap base aftermarket in

10/20/2020 20:46:42 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted:   Didn't have to resort or anything so it was quick

10/20/2020 20:47:10 UTC BARIMA OSEI (BOSEI1@Bloomberg.net) posted:   Where are the aftermarket sheets?

10/20/2020 20:47:12 UTC BARIMA OSEI (BOSEI1@Bloomberg.net) posted:   Do't see them

10/20/2020 20:47:15 UTC BARIMA OSEI (BOSEI1@Bloomberg.net) posted:   *don't

10/20/2020 20:47:22 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted:   I save them in the four sheets folder

10/20/2020 20:47:33 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted:   $4,926,574,106

10/20/2020 20:47:33 UTC BARIMA OSEI (BOSEI1@Bloomberg.net) posted:   Lol Pete's question SMH

10/20/2020 20:47:39 UTC BARIMA OSEI (BOSEI1@Bloomberg.net) posted:   As if you'd check every name LOL

10/20/2020 20:47:39 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted:   That's the combo ending capital

10/20/2020 20:47:50 UTC BARIMA OSEI (BOSEI1@Bloomberg.net) posted:   Ah ok I see the aftermarket folder

10/20/2020 20:47:52 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted:   And the daily p&L  108,504,397

10/20/2020 20:47:52 UTC BARIMA OSEI (BOSEI1@Bloomberg.net) posted:   Good move

10/20/2020 20:47:56 UTC BARIMA OSEI (BOSEI1@Bloomberg.net) posted:   sweet

10/20/2020 20:48:09 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted:   I just move it into that aftermarket folder within the four sheets folder when I'm done

10/20/2020 20:48:16 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted:   That way pat doesn't see anything

10/20/2020 20:49:53 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted:   I know what kind of question was that lol

10/20/2020 20:50:57 UTC BARIMA OSEI (BOSEI1@Bloomberg.net) posted:   Cap base saved in the Four Sheets folder

10/20/2020 20:51:02 UTC BARIMA OSEI (BOSEI1@Bloomberg.net) posted:   Cap Base Aftermarket

10/20/2020 20:51:05 UTC BARIMA OSEI (BOSEI1@Bloomberg.net) posted:   You should be set

10/20/2020 20:51:07 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted:   Dude thank you

10/20/2020 20:51:12 UTC BARIMA OSEI (BOSEI1@Bloomberg.net) posted:   No worries

10/20/2020 20:51:14 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted:   Yeah about to send the email in 5

10/20/2020 20:51:19 UTC BARIMA OSEI (BOSEI1@Bloomberg.net) posted:   Catch you tomorrow

10/20/2020 20:51:29 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted:   See you in the AM

10/20/2020 20:59:33 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) exited

10/20/2020 21:19:03 UTC BARIMA OSEI (BOSEI1@Bloomberg.net) exited

10/20/2020 22:12:32 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) exited

10/21/2020 10:37:32 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) entered

10/21/2020 11:39:29 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) entered

10/21/2020 11:43:50 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) exited

10/21/2020 11:43:55 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) entered