# Exhibit A

Adam Lipsky Interview Notes 6.14.2024
Conor O'Shea FBI
Alexie Rothman AUSA SDNY
Jennifer Thompson - WH
Michael Leotta - WH
Marianne Bretton-Granatoor (BofA)
--

Been at Bank of America (BofA) 4 years, current role hedge fund team lead within global markets.





After the call, AL, Rich, Darrin, spoke internally about leverage and concentrated. Told Rich they should not be proceeding with the client.