**FRIEDMAN KAPLAN**

**MARY E. MULLIGAN**
mmulligan@fklaw.com
212.833.1123

October 22, 2024

So ordered
10-22-24
/s/ A.K. Hellerstein

**VIA ECF**

Hon. Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan
  United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *United States v. Hwang, Halligan*, No. 22-cr-240-AKH

Dear Judge Hellerstein:

We are counsel to defendant Patrick Halligan. We write to respectfully request that Mr. Halligan be permitted to travel to the Binghamton, N.Y. area tomorrow (October 23, 2024). [REDACTED]

Mr. Halligan's conditions of release permit him to travel in the Southern District of New York and the Eastern District of New York. [*See* ECF No. 9.] This request seeks permission for him to travel in the Northern District of New York (where Binghamton is located) and in and through the District of New Jersey and the Middle District of Pennsylvania while en route to and from Binghamton.

We have conferred with Pretrial Services and the U.S. Attorney's Office regarding this request, and both have advised that they do not object.

We respectfully request that the Court endorse this letter to permit Mr. Halligan to travel as proposed.

Additionally, we respectfully request that the Court endorse a copy of this letter that redacts the second and third sentences of the first paragraph, given the personal and sensitive nature of these matters.

Respectfully submitted,

Mary Mulligan

Mary E. Mulligan