UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
:
UNITED STATES OF AMERICA,                :
:               **SCHEDULING ORDER**
-against-                                :
:               22 Cr. 240 (AKH)
PATRICK HALLIGAN,                        :
:
Defendant.    :
:
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       Sentencing for Defendant Patrick Halligan, scheduled for November 26, 2024, is adjourned to January 27, 2025, at 10:00 a.m. in Courtroom 14D.

       SO ORDERED.

Dated:    November 6, 2024                      _____/s/ Alvin K. Hellerstein____
             New York, New York               ALVIN K. HELLERSTEIN
                                                 United States District Judge