**FRIEDMAN KAPLAN**

> *The request is denied. Halligan's appearance on July 22, 2025, along with Hwang, is necessary, since the issues of restitution will be heard and determined that day.*
>
> *7-1-25*
> */s/ A.K. Hellerstein*

**MARY E. MULLIGAN**
mmulligan@fklaw.com
212.833.1123

June 27, 2025

**VIA ECF**

Hon. Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan
  United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   <u>United States v. Hwang, Halligan</u>, No. 22-cr-240-AKH

Dear Judge Hellerstein:

We are counsel to defendant Patrick Halligan. We write to respectfully request that the Court adjourn Mr. Halligan's final sentencing hearing from July 22, 2025 to any date that is convenient for the Court during the period from August 11 through August 14, 2025. We have conferred with the government, which has no objection to this adjournment.[1]

The reason for this requested adjournment is that Mr. Halligan's counsel has long-standing and prepaid travel plans during the end of July, including the date currently set for Mr. Halligan's final sentencing proceeding, and the dates proposed above are the earliest dates when both counsel for Mr. Halligan and the government are available.

We thank the Court for its consideration of this request.

Respectfully submitted,

*Mary Mulligan*

Mary E. Mulligan

---

[1] This requested adjournment relates only to Mr. Halligan's sentencing proceeding, not to any proceeding for his co-defendant Mr. Hwang.