UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
UNITED STATES OF AMERICA,           :
:         **ORDER REGULATING**
:         **PROCEEDINGS**
            -against-                :
:
:         22 Cr. 240 (AKH) (BCM)
SUNG KOOK (BILL) HWANG and          :
PATRICK HALLIGAN,                   :
:
                        Defendants. :
-------------------------------------------------------------- X
ALVIN K. HELLERSTEIN, U.S.D.J.:

    Several open issues concerning Defendants' restitution obligations are set to be resolved at the July 22, 2025 sentencing hearing:

1. The timing of, and procedures for, liquidating Defendants' assets that are not ready for liquidation.

2. The establishment of an escrow or some other arrangement giving the Government control over timing of sales, sale decisions, and escrow of sale proceeds.

3. Defendants' remission of 15% of their monthly gross income, from the date the judgment is entered through the date of their surrender to the custody of the Bureau of Prisons, to be kept in escrow.

    Any and all submissions by the parties as to these matters, or any other issues relating to sentencing, shall be filed by July 15, 2025.

1

By July 15, 2025, the parties shall submit (via email to HellersteinNYSDChambers@nysd.uscourts.gov) a joint list of the attorneys expected to appear on the record at the final sentencing hearing.

SO ORDERED.

Dated:  July 2, 2025
        New York, New York

ALVIN K. HELLERSTEIN
United States District Judge