

MARY E. MULLIGAN
mmulligan@fklaw.com
212.833.1123

August 11, 2025

<u>**VIA ECF**</u>

Hon. Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan
  United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**So ordered.**

**/s/ Alvin K. Hellerstein, U.S.D.J.**
**8/13/2025**

Re:   <u>United States v. Hwang, Halligan</u>, No. 22-cr-240-AKH

Dear Judge Hellerstein:

      We are counsel to defendant Patrick Halligan. We write to respectfully request that Mr. Halligan be permitted to travel to the Las Vegas, Nevada area during the period from August 25 through August 28, 2025. This is work travel for Mr. Halligan in connection with his work at Time Partners, where he is a case manager (as described in our July 15 sentencing submission). The purpose of the trip is for Mr. Halligan to meet with and assist an individual who is facing re-entry from the criminal justice system.

      Mr. Halligan's conditions of release permit him to travel in the Southern District of New York and the Eastern District of New York. [*See* ECF No. 9.] We are requesting permission for him to travel in the District of Nevada, where Las Vegas is located. In addition, we are requesting permission for him to travel in and through any district en route to and from Las Vegas (for example, if his flight is re-routed or he is unable to book a direct flight).

      We have conferred with Pretrial Services and the U.S. Attorney's Office regarding this request, and both have advised that they do not object.

      We respectfully request that the Court endorse this letter to permit Mr. Halligan to travel as proposed.

Respectfully submitted,

*Mary Mulligan*

Mary E. Mulligan