

**MARY E. MULLIGAN**
mmulligan@fklaw.com
212.833.1123

November 7, 2025

**VIA ECF**

Hon. Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan
  United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    <u>*United States v. Hwang, Halligan*, No. 22-cr-240-AKH</u>

Dear Judge Hellerstein:

      We are counsel to defendant Patrick Halligan. We write to respectfully request that Mr. Halligan be permitted to travel to Baltimore, Maryland during the period from December 12 through December 14, 2025. The purpose of the trip is for Mr. Halligan to spend time with his family, including attending the annual Army-Navy football game, which is being held in Baltimore on December 13, 2025. Mr. Halligan would travel from his home on December 12, and he would return home on December 14. We have provided Pretrial Services with the details of Mr. Halligan's family's hotel arrangements.

      Mr. Halligan's conditions of release permit him to travel in the Southern District of New York and the Eastern District of New York. This request seeks permission for him to travel in the District of Maryland during the period from December 12 through December 14, 2025; additionally, as he will be traveling by car from his home in New York, he is requesting permission to travel in and through all of the intermediate districts en route (the District of New Jersey, the Eastern District of Pennsylvania, and the District of Delaware).

      We have conferred with Pretrial Services and the U.S. Attorney's Office regarding this request, and both have advised that they do not object.

      We respectfully request that the Court endorse this letter to permit Mr. Halligan to travel as proposed.

      Respectfully submitted,

      *Mary Mulligan*

      Mary E. Mulligan