

**FRIEDMAN KAPLAN**

MARY E. MULLIGAN
mmulligan@fklaw.com
212.833.1123

February 5, 2026



*So Ordered.*

X _____
       2/9/2026

**VIA ECF**

Hon. Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan
  United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *United States v. Hwang, Halligan*, No. 22-cr-240-AKH

Dear Judge Hellerstein:

      We are counsel to defendant Patrick Halligan. Mr. Halligan's current conditions of release permit him to travel in the Southern District of New York and the Eastern District of New York. We write to respectfully request that Mr. Halligan's conditions of release be modified to permit him to travel in the District of New Jersey as well. We have conferred with Pretrial Services and the U.S. Attorney's Office regarding this request, and both have advised that they do not object.



      We respectfully request that the Court endorse this letter to permit Mr. Halligan to travel in the District of New Jersey as proposed.

Hon. Alvin K. Hellerstein        - 2 -        February 5, 2026

      Additionally, we respectfully request that the second and third paragraphs of this letter be redacted in any copy that is filed on the public docket, given the personal and sensitive nature of these matters.

      Respectfully submitted,

*[signature]*

Mary E. Mulligan