

**MARY E. MULLIGAN**
mmulligan@fklaw.com
212.833.1123

August 6, 2026

**VIA ECF**

Hon. Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan
   United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:    <u>*United States v. Hwang, Halligan*</u>, No. 22-cr-240-AKH

Dear Judge Hellerstein:

We are counsel to defendant Patrick Halligan. We write to respectfully request that Mr. Halligan be permitted to travel as follows:

1. **Binghamton, NY (August 14 – 16, 2026)**

Mr. Halligan seeks permission to travel to Binghamton, N.Y. from August 14 to August 16, 2026. The purpose of the trip is for Mr. Halligan to assist his son as he moves into college for his junior year at Binghamton University. If travel is permitted, Mr. Halligan would travel from his home to Binghamton on August 14 and return home from Binghamton on August 16.

Mr. Halligan's conditions of release permit him to travel in the Southern District of New York, the Eastern District of New York, and the District of New Jersey. We are requesting permission for him to travel during the period from August 14 through 16 in the Northern District of New York, where Binghamton is located. In addition, we are requesting permission for him to travel in and through the Middle District of Pennsylvania while en route to or from Binghamton.

2. **Fauquier and Culpeper Counties, VA (September 17 – 21, 2026)**

Mr. Halligan also seeks permission to attend a retreat vacation in Fauquier County, VA from September 17 – 21, 2026. If travel is permitted, Mr. Halligan would attend activities in and around Culpeper and Fauquier Counties in Virginia.

As stated above, Mr. Halligan's conditions of release permit him to travel in the Southern District of New York, the Eastern District of New York, and the District of New Jersey. We are requesting permission for Mr. Halligan to travel during the period from September 17 through 21 in the Eastern District of Virginia (where Fauquier County is located) and the Western District of Virginia (where Culpeper County is located). In

Hon. Alvin K. Hellerstein                    - 2 -                    August 6, 2026

addition, we are requesting permission for him to travel in and through the District of Columbia, in the event his air travel is booked through Ronald Reagan Washington National Airport.

   We have conferred with Pretrial Services and the U.S. Attorney's Office regarding this request, and both have advised that they do not object.

   We respectfully request that the Court endorse this letter to permit Mr. Halligan to travel as proposed.

       Respectfully submitted,

       Mary E. Mulligan